**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number *(if known)* _____    Chapter __11__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

12/15

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Liberty Asset Management Corporation** | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | **80-0832089** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2648 E. Workman Avenue #3001-263**<br>**West Covina, CA 91791**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Los Angeles**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership

☐ Other. Specify: _____

| Debtor | **Liberty Asset Management Corporation** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**7. Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53AB))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80a-3)

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.naics.com/search/.
5313

**8. Under which chapter of the Bankruptcy Code is the Debtor filing?**   *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operation, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
☑ Yes.

If more than 2 cases, attach a separate list.

| | District | **Central District of California** | When | **3/09/15** | Case number | **2:15-bk-13570-TD** |
|---|---|---|---|---|---|---|
| | District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
☑ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | **See Attachment** | | | Relationship to you | |
|---|---|---|---|---|---|---|
| | District | | When | | Case number, if known | |

| Debtor | **Liberty Asset Management Corporation** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    **Liberty Asset Management Corporation** _____        Case number (*if known*) _____
      Name

■ **Request for Relief, Declaration, and Signature**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March 21, 2016**
            MM / DD / YYYY

X _____        **Benjamin Kirk**
Signature of authorized representative of debtor        Printed name

Title    **CEO** _____

**18. Signature of attorney**    **X** _____        Date **March 21, 2016**
      Signature of attorney for debtor               MM / DD / YYYY

**David B. Golubchik** _____
Printed name

**Levene, Neale, Bender, Yoo & Brill LLP** _____
Firm name

**10250 Constellation Blvd.**
**Suite 1700**
**Los Angeles, CA 90067** _____
Number, Street, City, State & ZIP Code

Contact phone    **(310) 229-1234** _____        Email address _____

**185520** _____
Bar number and State

Debtor  **Liberty Asset Management Corporation**                    Case number (*if known*)
        Name

| Fill in this information to identify your case: |
| --- |

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

Case number (*if known*)                                        Chapter    **11**

☐ Check if this an
  amended filing

## FORM 201. VOLUNTARY PETITION

## Pending Bankruptcy Cases Attachment

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| Debtor | **In re Crystal Waterfalls LLC** | | | Relationship to you | **Subsidiary/affiliate** |
| District | **Central District of California (Los Angeles Division)** | When | **11/19/15** | Case number, if known | **2:15-bk-27769-ER** |
| Debtor | **In re Gold River Valley LLC** | | | Relationship to you | **Affiliate** |
| District | **Central** | When | **1/06/15** | Case number, if known | **2:15-bk-10691-TD** |

## United States Bankruptcy Court
### Central District of California - Los Angeles Division

In re   **Liberty Asset Management Corporation**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benjamin Kirk**<br>**2648 E. Workman Avenue #3001-263**<br>**West Covina, CA 91791** | **Common** | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **March 21, 2016**

Signature

**Benjamin Kirk**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**In re Atherton Financial Building, LLC (14-bk-27223-TD); In re: 544 San Antonio Road LLC (2:15-bk-13570-TD), In re Gold River Valley LLC (2:15-bk-10691-TD), In re Crystal Waterfalls, LLC (2:15-bk-27769)**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**N/A**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**In re Atherton Financial Building, LLC (14-bk-27223-TD); In re: 544 San Antonio Road LLC (2:15-bk-13570-TD), In re Gold River Valley LLC (2:15-bk-10691-TD), In re Crystal Waterfalls, LLC (2:15-bk-27769)**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
**N/A**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **West Covina** _____ , California.

Date:    **March 21, 2016**

**Benjamin Kirk**
Signature of Debtor

_____
Signature of Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 1        **F 1015-2.1.STMT.RELATED.CASES**

| Fill in this information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor name | **Liberty Asset Management Corporation** | | | |
| United States Bankruptcy Court for the: | **CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION** | | | ☐ Check if this is an |
| Case number (if known): | _____ | | | amended filing |

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **JD Brothers LLC 530 Showers Drive, Suite 7-315 Mountain View, CA 94040** | **650-867-0599** | **166 Geary Street, San Francisco, CA. Open lawsuit. Case 3:15-cv-01373-LB.** | | | | **$21,960,000.00** |
| **Faith Hope International Ltd. 126 Atherton Ave. Atherton, CA 94027** | **650-815-1947** | **540, 550 Montgomery Street, San Francisco, CA 94111** | | | | **$12,000,000.00** |
| **Remy Associates, Inc. 126 Atherton Ave. Atherton, CA 94027** | **650-815-1947** | **60 & 68 W. Colorado Blvd., and First Floor at 10 S. DeLacey, Pasadena CA 91105** | | | | **$7,683,939.12** |
| **Smart Gear Development Ltd. 126 Atherton Avenue Atherton, CA 94027** | **650-815-1947** | **39 Stockton Street, San Francisco CA** | | | | **$6,000,000.00** |
| **Lee Walgreens 2013 LLC 2880 Lakeside Drive, Suite 112 Santa Clara, CA 95054** | **650-815-1947** | **3931 Alemany Blvd., San Francisco, CA** | | | | **$3,000,000.00** |
| **Heusing Holdings, LLC 8 Aristotle Irvine, CA 92603** | **949-725-9499** | **1211 E. Garvey St** | | | | **$2,650,000.00** |
| **HCL 2011 LLC 2880 Lakeside Drive, Suite 112 Santa Clara, CA 95054** | **650-815-1947** | **1444 Edgewood Drive, Palo Alto, CA 94301** | | | | **$1,750,000.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Debtor    **Liberty Asset Management Corporation**                              Case number (if known)
                    Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **PA One LLC One Ferry Building, Suite 200 San Francisco, CA 94111** | **650-815-1947** | **27840 Via Feliz, Los Altos Hills, CA 94022** | | | | **$1,650,000.00** |
| **PA One LLC One Ferry Building, Suite 200 San Francisco, CA 94111** | **650-815-1947** | **99 Irving Avenue, Atherton, CA 94027** | | | | **$1,650,000.00** |
| **Good Special International Ltd 126 Atherton Avenue Atherton, CA 94027** | **650-815-1947** | **1122 10th Street, Santa Monica, CA 90403** | | | | **$1,375,000.00** |
| **HCL 2011 LLC 2880 Lakeside Drive, Suite 112 Santa Clara, CA 95054** | **650-815-1947** | **338 Greenoaks Drive, Atherton, CA 94027** | | | | **$950,000.00** |
| **Richbest Holding LLC 803 Pilgram Loop Lafayette, CA 94549** | **510-366-9980** | **119 Furlong Lane, Bradbury, CA 91008** | | | | **$900,000.00** |
| **Minyu Jessica Chang 803 Pilgram Loop Fremont, CA 94539** | **510-366-9980** | **554 San Antonio Road, Mountain View 94040** | | | | **$757,500.00** |
| **Jean Hung 156 Bay View Drive San Carlos, CA 94070** | **Jean Hung** **650-815-1947** | **554 San Antonio Road, Mountain View 94040** | | | | **$750,000.00** |
| **HT 2011 REO Management LLC 1181 Spring Hill Way, San Jose San Jose, CA 95120** | **408-482-8893** | **554 San Antonio Road, Mountain View 94040** | | | | **$690,000.00** |
| **Chin-I Tu 126 Atherton Avenue Atherton, CA 94027** | **Chin-I Tu** **650-815-1947** | **175 Stone Pine Lane, Menlo Park CA** | | | | **$552,982.00** |
| **Union square 117 Project LLC One Montgomery Street Suite 3000 San Francisco, CA 94104** | **650-815-1947** | **117 Post Street, San Francisco, CA** | | | | **$451,742.37** |
| **Heusing Holdings, LLC 8 Aristotle Irvine, CA 92603** | **949-725-9499** | **554 San Antonio Road, Mountain View 94040** | | | | **$450,800.00** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

Debtor    **Liberty Asset Management Corporation**                           Case number *(if known)* _____
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Great Vista Real Estate 126 Atherton Ave. Atherton, CA 94027** | **650-815-1947** | **554 San Antonio Road, Mountain View 94040** | | | | **$450,000.00** |
| **Brooker Parker LLC 20651 Golden Springs Street #334 Diamond Bar, CA 91789** | | **Close of 10469 48th Street, Mira Loma, CA 91752** | | | | **$308,686.14** |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 3

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **185520** | |

☐   *Debtor(s) appearing without an attorney*

■   *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION

| In re:<br><br>        **Liberty Asset Management Corporation** | CASE NO.:<br>CHAPTER: **11** |
|---|---|
| <br>                                                              Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of **5** sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: **March 21, 2016**
_____
                                                                              Siganture of Debtor 1

Date: _____
                                                                              Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: **March 21, 2016**
_____
                                                                              Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                              **F 1007-1.MAILING.LIST.VERIFICATION**

Liberty Asset Management Corporation
2648 E. Workman Avenue #3001-263
West Covina, CA 91791

David B. Golubchik
Levene, Neale, Bender, Yoo & Brill LLP
10250 Constellation Blvd.
Suite 1700
Los Angeles, CA 90067

Alhambra Park LLC
1744 Coach Place
Hacienda Heights, CA 91745

AMF Bowling Centers, Inc.
Mark Hatcher, VP of Real Estate
1020 S Baldwin Ave
Arcadia, CA 91007

Bank Sino Pac
355 S Grand Ave,
Los Angeles, CA 90071

Blue Sky Communications
17800 Casteton Street #210
Rowland Heights, CA 91748

Brooker Parker LLC
20651 Golden Springs Street #334
Diamond Bar, CA 91789

Chin-I Tu
126 Atherton Avenue
Atherton, CA 94027

Faith Hope International Ltd.
126 Atherton Ave.
Atherton, CA 94027

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812

George Eschoo
702 Marshall Street #500
Redwood City, CA 94063

Good Special International Ltd
126 Atherton Avenue
Atherton, CA 94027

Great Vista Real Estate
126 Atherton Ave.
Atherton, CA 94027

HCL 2011 LLC
2880 Lakeside Drive, Suite 112
Santa Clara, CA 95054

Heusing Holdings, LLC
8 Aristotle
Irvine, CA 92603

HT 2011 REO Management LLC
1181 Spring Hill Way, San Jose
San Jose, CA 95120

Huesing Holdings LLC
8 Aristotle
Irvine, CA 92603


Internal Revenue Service
Insolvency I Stop 5022
300 N. Los Angeles St., #4062
Los Angeles, CA 90012-9903


Isabel Liu
2416 Monet Terrace
Fremont, CA 94539


JD Brothers LLC
530 Showers Drive, Suite 7-315
Mountain View, CA 94040


Jean Hung
156 Bay View Drive
San Carlos, CA 94070


Lee Walgreens 2013 LLC
2880 Lakeside Drive, Suite 112
Santa Clara, CA 95054


Los Angeles County Tax Collector
P.O. Box 54018
Los Angeles, CA 90054-0018


Minyu Jessica Chang
803 Pilgram Loop
Fremont, CA 94539

Northern Ca. Mtg. Fund VII LLC
101 Lucas Valley Rd.
San Rafael, CA 94903

PA One LLC
One Ferry Building, Suite 200
San Francisco, CA 94111

Remy Associates Inc.
677 Washington Blvd.
Stamford, CT 06901

Remy Associates, Inc.
126 Atherton Ave.
Atherton, CA 94027

Richbest Holding LLC
43456 Ellsworth Street #3566
Fremont, CA 94539

SANTA CLARA TAX COLLECTOR
70 W HEDDING ST.
San Jose, CA 95110

Securities & Exchange Commission
Attn: Bankruptcy Counsel
5670 Wilshire Blvd., Fl 11
Los Angeles, CA 90036

Shanghai Commercial Bank Ltd.
383 E Valley Blvd
Alhambra, CA 91801

Smart Gear Development Ltd.
126 Atherton Avenue
Atherton, CA 94027

Union square 117 Project LLC
One Montgomery Street
Suite 3000
San Francisco, CA 94104

Washe LLC
702 Marshall Street #500
Redwood City, CA 94063

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **David B. Golubchik**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>California State Bar Number: **185520** | |
| ■ Attorney for: | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>  **Liberty Asset Management Corporation**<br><br>Debtor(s), | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   **11** |
|---|---|
| Plaintiff(s),<br><br><br><br>Defendant(s). | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **David B. Golubchik 185520**                        , the undersigned in the above-captioned case, hereby declare
         *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                 **F 1007-4.CORP.OWNERSHIP.STMT**

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.    I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the Debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the Debtor corporation

2.a.    ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

**March 21, 2016**
Date

By: _____
      Signature of Debtor, or attorney for Debtor

Name:    **David B. Golubchik 185520**
             Printed name of Debtor, or attorney for
             Debtor

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                        **F 1007-4.CORP.OWNERSHIP.STMT**

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | CASE NO.: |
|---|---|
| **David B. Golubchik**<br>**Levene, Neale, Bender, Yoo & Brill LLP**<br>**10250 Constellation Blvd.**<br>**Suite 1700**<br>**Los Angeles, CA 90067**<br>**(310) 229-1234**<br>**185520**<br><br>Attorney for: | CHAPTER: 11<br>ADVERSARY NO.:<br>(if applicable) |

| In re:<br><br>    **Liberty Asset Management Corporation**<br><br>                                Debtor(s). | **ELECTRONIC FILING DECLARATION**<br>**(CORPORATION/PARTNERSHIP)**<br><br>**[LBR 1002-1(f)]** |

| | |
|---|---|
| ☑ Petition, statement of affairs, schedules or lists | Date Filed: March 21, 2016 |
| ☐ Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐ Other *(specify):* _____ | Date Filed: _____ |

**PART I - DECLARATION OF SIGNATORY OF DEBTOR OR OTHER PARTY**

    I, the undersigned, declare under penalty of perjury that: (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct printed copy of the Filed Document in such places on behalf of the Filing Party and provided the executed printed copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

**March 21, 2016**
Date: _____

                                  Signature (handwritten) of authorized signatory of Filing Party

                                  **Benjamin Kirk**
                                  Printed name of authorized signatory of Filing Party

                                  **CEO**
                                  Title of authorized signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

    I, the undersigned Attorney for the Filing Party, declare under penalty of perjury that: (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed Part 1 - *Declaration of Authorized Signatory of Debtor or Other Party of this Declaration* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct printed copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration* and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this Declaration and the Filed Document available for review upon request of the court or other parties.

**March 21, 2016**
Date: _____

                                  Signature (handwritten) of attorney for Filing Party

                                  **David B. Golubchik 185520**
                                  Printed Name of attorney for Filing Party

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                                                       **F 1002-1.DEC.ELEC.FILING.NONINDIVIDUAL**

## RESOLUTIONS OF LIBERTY ASSET MANAGEMENT CORPORATION
## AUTHORIZING FILING OF PETITION UNDER
## <u>CHAPTER 11 OF THE BANKRUPTCY CODE</u>

I, Benjamin Kirk, hereby certify as follows:

At a special meeting of the Members of Liberty Asset Management Corporation (the "Company"), and based on recent developments with respect to the Company, the following resolutions were duly enacted, and the same remain in full force and effect, without modification, as of the date hereof:

> **RESOLVED**, that Benjamin Kirk ("Kirk") is hereby authorized to determine, based upon current and subsequent events and advice of counsel, whether it is desirable and in the best interests of the Company, its creditors, and other interested parties, that the Company file a Petition under the provisions of Chapter 11 of Title 11, United States Code (the "Bankruptcy Code");

> **FURTHER RESOLVED**, that Kirk is hereby authorized and directed on behalf of and in the name of the Company to execute a Chapter 11 bankruptcy petition and all related documents and papers on behalf of the Company in order to enable the Company to commence a Chapter 11 bankruptcy case;

> **FURTHER RESOLVED**, that Kirk, or his designee, is hereby authorized and directed on behalf of and in the name of the Company to execute and file and to cause counsel for the Company to prepare with the assistance of the Company as appropriate all petitions, schedules, lists and other papers, documents and pleadings in connection with the Company's bankruptcy case, and to take any and all action which Kirk deems necessary and proper in connection with the Company's bankruptcy case;

> **FURTHER RESOLVED,** that the Company hereby retains the law offices of Levene, Neale, Bender, Yoo & Brill L.L.P. ("LNBYB") as bankruptcy counsel for the Company for purposes of, among other things, representing the Company in its Chapter 11 case; and

> **FURTHER RESOLVED**, that Kirk is hereby authorized and directed on behalf of and in the name of the Company to execute a

pre-petition retainer agreement, and is hereby authorized and
directed on behalf of and in the name of the Company to execute
the Company's employment application of LNBYB as bankruptcy
counsel to the Company in the Company's Chapter 11 bankruptcy
case.

Dated: March 18, 2016

Liberty Asset Management Corporation

By: _____

Benjamin Kirk
Managing and Sole Member

2