DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone:  (310) 229-1234
Facsimile:  (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Proposed Attorneys for Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor. | Chapter 11<br><br>Case No.  2:16-bk-13575 |
| LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAST HEIGHTS LLC, a California corporation; LUCY GAO, an individual,<br><br>Defendant. | Adv. No. _____<br><br><br>COMPLAINT FOR (1)DECLARATORY RELIEF; AND (2)UNJUST ENRICHMENT AND IMPOSITION OF CONSTRUCTIVE TRUST |

Plaintiff Liberty Asset Management Corporation ("Plaintiff" or "Liberty") complains as follows:

/ / /

/ / /

**JURISDICTION AND VENUE**

1.      This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), in that this is a civil proceeding arising in or related to cases under title 11 of the United States Code (the "Bankruptcy Code").  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2.      This adversary proceeding is brought pursuant to Rule 7001, et seq. of the Federal Rules of Bankruptcy Procedure.

3.      Venue in this Court is proper pursuant to 28 U.S.C. § 1409 as this adversary proceeding arises in and relates to a case under the Bankruptcy Code that is pending in this District.

**THE PARTIES**

4.      Liberty is, and at all times relevant to the allegations in this Complaint was, a corporation organized and existing under the laws of the State of California, qualified and authorized to do business under the laws of the State of California, with its principal place of business in the City of West Covina, California.

5.      Benjamin Kirk ("Kirk"), who is not a party to this adversary proceeding, is the Managing Member of Liberty.

6.      Liberty is informed and believes, and on that basis alleges, that East Heights LLC ("East Heights") is, and at all times relevant to the allegations in this Complaint was, a limited liability company organized and existing under the laws of the State of California, with a principal place of business located at 2058 N. Mills Avenue, Suite 431, Claremont, CA 91711.

7.      Liberty is informed and believes, and on that basis alleges, that Lucy Gao ("Gao," and together with East Heights, the "Defendants") is, and at all times relevant to the allegations in this Complaint was, an individual residing in the city of Claremont, California, who asserts an equity interest in and purports to be managing member of East Heights.

**GENERAL ALLEGATIONS**

8.      The true and sole owner of the membership interests of East Heights is Liberty.

9.      Prior to the filing of the Petition, Gao and Kirk were former business partners that formed Liberty to pursue various business ventures and acquire certain properties for the benefit

of Liberty. Gao and Kirk would: (1) use funds from Liberty to acquire investment properties; and (2) create special purpose entities to purchase, manage, and/or hold such investment properties for the benefit of Liberty.

10.     Although membership in these special purpose entities would be held by Gao and/or Kirk at various times, these entities were created solely to benefit Liberty, the central funding vehicle and, therefore, Liberty was the beneficial owner of such equity interests. In fact, the first statement of information filed by East Heights with the California Secretary of State (the "<u>Statement of Information</u>") shows Kirk as the manager and agent for service of process for East Heights. A true and correct copy of the Statement of Information is attached hereto as **Exhibit "1"** and incorporated herein by reference.

11.     East Heights holds title to certain real properties located at: (1) 3808 Hollins Ave, Claremont, CA 91711 (the "<u>Claremont Property</u>"); and (2) 1001 East Road, La Habra, CA 90631 (the "<u>La Habra Property</u>") (collectively, the "<u>Properties</u>"). East Heights is one such special purpose entity formed to purchase, hold, and manage the Properties for the benefit of Liberty.

12.     Liberty is informed and believes and thereon alleges that Gao falsely asserts an equity interest in East Heights.

13.     On or around June 18, 2009, East Heights purchased the Claremont Property, in-part, using funds that either originated from or were provided to it from Liberty. Specifically, Liberty contributed funds – either directly through escrow or indirectly from its other special purpose entities – so that East Heights could acquire the Claremont Property for the benefit of Liberty. A true and correct copy of the grant deed transferring the Claremont Property from the Kunce Family Trust (the "<u>Seller</u>") to East Heights recorded on August 3, 2009 (the "<u>August 3, 2009 Grant Deed</u>") is attached hereto as **Exhibit "2"** and incorporated herein by reference.

14.     With regards to the La Habra Property, on or around November 20, 2002, Zheng-Ru Wang purchased the La Habra Property, in-part, using funds that either originated from or were provided to it from Liberty. Specifically, Liberty contributed funds – either directly through escrow or indirectly from its special purpose entities – so that Wang could acquire the La Habra Property for the benefit of Liberty. A true and correct copy of the Individual Grant Deed,

recorded on February 26, 2003 transferring the La Habra Property to Wang is attached hereto as **Exhibit "3"** and incorporated herein by reference.

15.    On or around August 22, 2008, Wang transferred the La Habra Property to JJ Living Trust (the "JJ Trust") for the benefit of Liberty, via a grant deed recorded on September 16, 2008 (the "September 16, 2008 Grant Deed").  A true and correct copy of the September 16, 2008 Grant Deed is attached hereto as **Exhibit "4"** and incorporated herein by reference.

16.    Further, on or around May 21, 2009, the JJ Trust transferred the La Habra Property to East Heights for the benefit of Liberty, via a grant deed recorded on May 29, 2009 (the "May 29, 2009 Grant Deed").  A true and correct copy of the May 29, 2009 Grant Deed is attached hereto as **Exhibit "5"** and incorporated herein by reference.

17.    At all times relevant to the allegations in this Complaint, (1) Liberty owns a one-hundred percent (100%) equity interest in East Heights; and (2) the Properties were acquired for the benefit of Liberty, such that the Properties and any proceeds obtained therefrom were intended to be used to benefit Liberty.

18.    Aside from the Properties, Liberty is informed and believes and thereon alleges that Gao has already liquidated several other properties held by certain other special purpose entities created for the benefit of Liberty, without paying any distributions to Liberty.

19.    Accordingly, this Complaint was brought to protect Liberty, its creditors, and its equity interests.  Through this Complaint, Liberty seeks a judicial determination that Gao does not have any equity interest in East Heights, and that Liberty is the true and sole equity holder in East Heights.  Additionally, Liberty seeks a judicial determination that the Properties and any proceeds obtained from the Properties, net of payment of debts, are held by East Heights in a constructive trust for the benefit of Liberty.

## FIRST CLAIM FOR RELIEF

### (Declaratory Relief)

20.    Liberty incorporates the allegations in paragraphs 1 through 19 above as if fully set forth herein.

21.     A present and actual controversy exists between and among Liberty, on the one hand, and the Defendants, on the other hand, as to the ownership of the equity interests in East Heights.  Liberty and Gao each asserts equity interests in East Heights.

22.     Specifically, Liberty seeks a declaration that Gao is not an equity interest holder in East Heights, and that Liberty is the sole equity interest holder in East Heights.

23.     Accordingly, an actual, justiciable controversy exists between Liberty, on the one hand, and the Defendants, on the other, relating to the ownership of the equity interests in East Heights. This Court has the power to adjudicate the rights of the parties with respect to this controversy and should grant the declaratory relief requested in this Complaint.

### SECOND CLAIM FOR RELIEF

**(Unjust Enrichment and Imposition of Constructive Trust)**

24.     Liberty incorporates the allegations in paragraphs 1 through 23 above as if fully set forth herein.

25.     An actual controversy has arisen between Liberty, on the one hand, and the Defendants, on the other hand, as to whether East Heights has now become the constructive trustee of the Properties for Liberty.

26.     Liberty holds a one-hundred percent (100%) interest in East Heights, and the Properties were acquired by Gao: (1) using Liberty funds; and (2) solely for the benefit of Liberty.  Accordingly, the Properties equitably belong to Liberty; and they are currently being held and managed by East Heights for the benefit of Liberty.

27.     The Defendants improperly, mistakenly, and/or fraudulently purportedly appears to deny that Liberty has an equity interest in East Heights or the Properties.

28.     For the reasons alleged herein, and based on the Defendants' mistaken and/or fraudulent misrepresentations, allowing the Defendants to keep the Properties and/or to receive an equity distribution related to the Properties would unjustly enrich them.

29.     Accordingly, East Heights should be deemed to hold the Properties in constructive trust for the benefit of Liberty.

/ / /

# PRAYER FOR RELIEF

**WHEREFORE**, Liberty respectfully prays for judgment as follows:

A.    **ON THE FIRST CLAIM FOR RELIEF**: for a judicial determination that Liberty is the 100% member and holder of all of the membership interests in East Heights.

B.    **ON THE SECOND CLAIM FOR RELIEF**: for a judgment in favor of Liberty and against the Defendants for unjust enrichment, including a judicial declaration that East Heights is holding the Properties and their proceeds, net of payment of debts, in constructive trust for the benefit of Liberty.

C.    **ON ALL CLAIMS FOR RELIEF**: for such other and further relief as the Court deems just and proper.

Dated: March 22, 2016                    LEVENE, NEALE, BENDER,
                                         YOO & BRILL L.L.P.


                                         By:   _/s/ Jeffrey S. Kwong_____
                                               DAVID B. GOLUBCHIK
                                               JEFFREY S. KWONG
                                               Proposed Attorneys for Debtor and Debtor in
                                               Possession

6

**Exhibit 1**



# State of California
## Secretary of State

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ____1____ page(s) has been compared with the record on file in this office, of which it purports to be a copy, and that it is full, true and correct.



**IN WITNESS WHEREOF,** I execute this certificate and affix the Great Seal of the State of California this day of

MAY 2 7 2009

DEBRA BOWEN
Secretary of State

Sec/State Form CE-107 (REV 1/2007)

OSP 06 99734



**L**

# State of California
## Secretary of State

### STATEMENT OF INFORMATION
(Limited Liability Company)

**Filing Fee $20.00. If amendment, see instructions.**

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

**ENDORSED - FILED**
in the office of the Secretary of State
of the State of California

MAY 2 1 2009

This Space For Filing Use Only

| 1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.) |
|---|
| East Heights LLC |

**DUE DATE:**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200913910049 | CA |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | | ZIP CODE |
|---|---|---|---|
| 1001 East Road | La Habra Heights, CA | | 90631 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1001 East Road | La Habra Heights | CA | 90631 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Benjamin Kirk | 1001 East Road | La Habra Heights, CA | 90631 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| | NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|---|
| 7. | Benjamin Kirk | 1001 East Road | La Habra Heights, CA | 90631 |
| 8. | | | | |
| 9. | | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10. NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Benjamin Kirk |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1001 East Road | La Habra Heights | CA | 90631 |

**TYPE OF BUSINESS**

| 12. DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY |
|---|
| Property Management |

**13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.**

| Vanessa Lavendera | | Organizer | 05/21/2009 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

| LLC-12 (REV 03/2007) | | APPROVED BY SECRETARY OF STATE |
|---|---|---|

**Exhibit 2**

**This page is part of your document - DO NOT DISCARD**



## 20091181882



**Pages:**
**0004**



**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**08/03/09 AT 08:00AM**

| | |
|---|---:|
| FEES: | 19.00 |
| TAXES: | 2,805.00 |
| OTHER: | 0.00 |
| PAID: | 2,824.00 |



**L E A D S H E E T**



200908030110004

00000980340



002239684

**SEQ:**
**18**

DAR - Title Company (Hard Copy)



**THIS FORM IS NOT TO BE DUPLICATED**                    T21

RECORDING REQUESTED BY:
Fidelity National Title

AND WHEN RECORDED MAIL TO:

East Heights, LLC
3808 Hollins Ave.
Claremont, CA 91711



08/03/2009

*20091181882*

THIS SPACE FOR RECORDER'S USE ONLY:

Title Order No.: 195 72687-39

Escrow No.: 18213-L

# GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(S)
**DOCUMENTARY TRANSFER TAX is $2,805.00**
[X] computed on full value of property conveyed, or
[ ] computed on full value less value of liens or encumbrances remaining at time of sale.
[ ] Unincorporated area   [X] City of Claremont AND

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**Michael D. Kunce, Trustee and Marianne E. Kunce, Trustee of the Kunce Family Trust dated August 20, 1991**

hereby GRANT(s) to:

**East Heights, LLC, a California Limited Liability Company**

the real property in the City of Claremont, County of Los Angeles, State of California, described as:
LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT "A" AND MADE A PART HEREOF
Also Known as: 3808 Hollins Ave., Claremont, CA 91711
AP#: 8673-036-009

**DATED June 18, 2009**
STATE OF CALIFORNIA
COUNTY OF Los Angeles
On June 18, 2009
before me, Laurie Misner
A Notary Public in and for said State personally appeared
Marianne E. Kunce
who proved to me on the basis of satisfactory evidence to be
the person(s) whose name(s) is/are subscribed to the within
instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies),
and that by his/her/their signature(s) on the instrument the
person(s), or the entity upon behalf of which the person(s)
acted, executed the instrument.
I certify under PENALTY OF PERJURY under the laws of the State
of California that the foregoing paragraph is true and correct.
WITNESS my hand and official seal.

Signature _____

Michael D. Kunce, Trustee and Marianne E. Kunce,
Trustee of the Kunce Family Trust dated August 20,
1991

BY: _____
Michael D. Kunce, Trustee

BY: _____
Marianne E. Kunce, Trustee

LAURIE MISNER
Commission # 1792519
Notary Public - California
San Bernardino County
My Comm. Expires Mar 27, 2012

MAIL TAX STATEMENTS TO PARTY SHOWN BELOW; IF NO PARTY SHOWN, MAIL AS DIRECTED ABOVE:

(Seal)

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

State of California

County of Los Angeles

On June 25, 2009 before me, _____
_Date_          _Here Insert Name and Title of the Officer_

personally appeared Michael D. Kunce
_Name(s) of Signer(s)_

Laurie Misner
Notary Public

LAURIE MISNER
Commission # 1792519
Notary Public - California
San Bernardino County
My Comm. Expires Mar 27, 2012

_Place Notary Seal Above_

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____
_Signature of Notary Public_

─────────── **OPTIONAL** ───────────

_Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document._

**Description of Attached Document**

Title or Type of Document: Deed

Document Date: 4/18/09 _____ Number of Pages: 1

Signer(s) Other Than Named Above: Marianne E. Kunce

**Capacity(ies) Claimed by Signer(s)**

| | |
|---|---|
| Signer's Name: _____ | Signer's Name: _____ |
| ☑ Individual | ☐ Individual |
| ☐ Corporate Officer — Title(s): _____ | ☐ Corporate Officer — Title(s): _____ |
| ☐ Partner — ☐ Limited ☐ General | ☐ Partner — ☐ Limited ☐ General |
| ☐ Attorney in Fact | ☐ Attorney in Fact |
| ☐ Trustee | ☐ Trustee |
| ☐ Guardian or Conservator | ☐ Guardian or Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| | |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org    Item #5907    Reorder: Call Toll-Free 1-800-876-6827

Order No. 19572687



# LEGAL DESCRIPTION

## EXHIBIT "ONE"



THE LAND REFERRED TO HEREIN BELOW IS SITUATED IN THE CITY OF CLAREMONT, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AND IS DESCRIBED AS FOLLOWS:

Lot 9 of Tract No. 44502, in the City of Claremont, County of Los Angeles, State of California, as per map recorded in Book 1104 Pages 51 and 52 of Maps, in the office of the County Recorder of said county.

Except therefrom all oil, gas, minerals, and other hydrocarbon substances lying below the surface of said land, but without the right of surface entry, as reserved or granted in documents of record.

Assessor's Parcel No: 8673-036-009

**Exhibit 3**



2815O648-J03

RECORDING REQUESTED BY:
**CHICAGO TITLE COMPANY**
AND WHEN RECORDED MAIL TO:

03 0550876

MISS ZHENG-RUI WANG
1001 EAST ROAD
LA HABRA HEIGHTS, CA 90631

RECORDED AT THE REQUEST OF
CHICAGO TITLE COMPANY     THIS SPACE FOR RECORDER'S USE ONLY:

ESCROW NO. 029349     TITLE ORDER NO. 28150648

## INDIVIDUAL GRANT DEED

THE UNDERSIGNED GRANTOR(S) DECLARE(s)
    **DOCUMENTARY TRANSFER TAX is $1,100.00**
    [X] computed on full value of property conveyed, or
    [ ] computed on full value less value of liens or encumbrances remaining at time of sale.
    [ ] Unincorporated area    [X] City of LA HABRA HEIGHTS, AND

#80

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,

**FAYE R. ROTHAERMEL, TRUSTEE UNDER DECLARATION OF TRUST DATED 7 DECEMBER, 1990 ("ROTHAERMEL FAMILY TRUST")**

hereby GRANT(s) to:

**ZHENG-RUI WANG, a Single Woman**

the real property in the city of LA HABRA HEIGHTS, County of LOS ANGELES, State of California,
described as:
**LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF.**   "Exhibit A"

ALSO KNOWN AS: 1001 EAST ROAD, LA HABRA HEIGHTS, CA 90631
A.P. # 8268-008-006

DATED November 18, 2002
STATE OF CALIFORNIA
COUNTY OF Orange
On November 20, 2002
before me, Cindy M. Villalobos
a Notary Public in and for said State, personally appeared
Faye R. Rothaermel

personally known to me (or proved to me on the basis of
satisfactory evidence) to be the person(s) whose name(s)
is/are subscribed to the within instrument and acknowledged
to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s)
on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.
WITNESS my hand and official seal.

Signature Cindy M. Villalobos

FAYE R. ROTHAERMEL, TRUSTEE UNDER
DECLARATION OF TRUST DATED 7 DECEMBER,
1990 ("ROTHAERMEL FAMILY TRUST")

Faye R Rothaermel
FAYE R. ROTHAERMEL, TRUSTEE

CINDY M. VILLALOBOS
COMM. #1277633
NOTARY PUBLIC - CALIFORNIA
ORANGE COUNTY
My Comm. Expires Oct. 17, 2004

(This area for official notarial seal)

Mail tax statements to: MISS ZHENG-RUI WANG, 1001 EAST ROAD, LA HABRA HEIGHTS, CA 90631

**GOVERNMENT CODE 27361.7**

I certify under the penalty of perjury that the notary seal on the document
to which this statement is attached reads as follows:

Name of Notary:  *Cindy M. Villalobos*

Date Commission Expires:  *10-17-04*

Commission Number:  *1277633*

Vendor Number:  *TCC1*

County where bond is filed:  *Orange*

Place of Execution:   Irvine, California

Date:  *12-11-02*

By:  *Patty Hardy*
   CHICAGO TITLE COMPANY

03  0550876


## EXHIBIT A

THAT PORTION OF THE RANCHO LA HABRA, IN THE COUNTY OF LOS ANGELES, STATE OF
CALIFORNIA, AS SHOWN ON THE MAP OF THE NORTHERN PORTION OF SAID RANCHO, FILED
IN BOOK 1 PAGE 53, RECORD OF SURVEYS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EASTERLY LINE OF THE LAND CONVEYED TO THE HACIENDA
LAND COMPANY, BY DEED RECORDED IN BOOK 4831 PAGE 78, OFFICIAL RECORDS OF SAID
COUNTY, SAID POINT BEING DISTANT SOUTH 2°06'30" EAST 71.14 FEET FROM THE
NORTHERLY EXTREMINTY OF THAT CERTAIN COURSE NOTED IN SAID DEED AS BEING NORTH
2°06'30" WEST 709.38 FEET.  SAID POINT OF BEGINNING BEING ALSO THE SOUTHWEST
CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO CLYDE C. WILCOX AND GRACE F.
WILCOX, HIS WIFE, BY DEED RECORDED IN BOOK 3957 PAGE 289 OF SAID OFFICIAL
RECORDS; THENCE FROM SAID POINT OF BEGINNING SOUTH 2°06'30" EAST 638.24 FEET;
THENCE NORTH 76°16' 62.85 FEET TO THE BEGINNING OF A TANGENT CURVE CONCAVE
SOUTHERLY AND HAVING A RADIUS OF 1000 FEET; THENCE EASTERLY ALONG SAID CURVE,
A DISTANCE OF 201.88 FEET; THENCE TANGENT TO SAID CURVE, NORTH 87°50' EAST
184.43 FEET; THENCE NORTH 2°06'30" WEST 604.88 FEET TO THE SOUTHEAST CORNER OF
SAID LAND SO CONVEYED TO WILCOX; THENCE ALONG THE SOUTHERLY LINE OF SAID LAND
OF WILCOX, SOUTH 87°53'30" WEST 446.48 FEET TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION LYING SOUTHERLY OF A LINE THAT BEARS NORTH 87°53'30" EAST
FROM A POINT IN THE WESTERLY LINE OF SAID LAND DISTANT SOUTH 2°06'30" EAST
THEREON 354.14 FEET FROM SAID NORTHERLY TERMINUS.

ALSO EXCEPT THEREFROM ALL PETROLEUM, COAL, OIL, NAPTHA, NATURAL GAS AND OTHER
HYDROCARBON AND LIKE SUBSTANCES INCLUDING ASPHALTUM AND BREA, IN, UPON AND
UNDER SAID PROPERTY.

03  0550876

**Exhibit 4**

  **This page is part of your document - DO NOT DISCARD**  



**20081663974**    Pages: 004

Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California

**09/16/08 AT 08:00AM**

| | |
|---|---|
| Fee: | 28.00 |
| Tax: | 0.00 |
| Other: | 0.00 |
| **Total:** | **28.00** |

**Title Company**

**TITLE(S) :**    **DEED**



**Assessor's Identification Number (AIN)**
**To be completed by Examiner OR Title Company in black ink.**         **Number of AIN's Shown**

       *C48477*       **THIS FORM IS NOT TO BE DUPLICATED**       

*2*

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

ZHENG RUI WANG
1001 EAST STREET,
LA HABRA HEIGHTS, CA 90631
Escrow No.:
APN No  8266-008-006



09/16/08

**20081663974**

Above space is for recorder's use

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) DOCUMENTARY TRANSFER TAX IS $          and City $
[ X ] Computed on full value of property conveyed, or
[    ] computed on full value less value of liens or encumbrances remaining at time of sale,
[    ] unincorporated area,    [ X ] City of  La Habra Heights and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
**JJ LIVING TRUST DATED APRIL 18, 2006, Lucy Gao as Trustee**

This conveyance establishes sole and
separate property of a spouse, R & T 11911.

Hereby GRANT(S) to.  **ZHENG RUI WANG, a Single Woman**

The following described real property in the City of La Habra Heights, County of Los Angeles, and State of **California**

**SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF**

Property commonly known as  **1001 EAST ROAD, LA HABRA HEIGHTS, CA 90631**
APN No..  **8266-008-006**

**Date:  August 22, 2008**

JJ LIVING TRUST DATED APRIL 18, 2006, Lucy Gao as Trustee

STATE OF **CALIFORNIA**              )SS
COUNTY OF  *Los Angeles*  )

On *September 5, 2008* before me,  *Karen Chan*  A Notary Public              personally appeared
LUCY GAO   who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are
subscribed to the within instrument and proved to me acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity
upon behalf of which the person(s) acted, executed the instrument

**I certify under PENALTY OF PERJURY under the law of the state of California that foregoing paragraph in true
and correct.**

WITNESS my hand and official seal.

Signature _____
Seal of Notary

KAREN CHAN
Commission # 1640431
Notary Public - California
Los Angeles County
My Comm. Expires Jan 23, 2010

Seal of Notary

**CALIFORNIA ALL PURPOSE ACKNOWLEDEGMENT**

STATE OF CALIFORNIA

COUNTY OF _____ *Los Angeles* _____

On _____ *September 5, 2008* _____ before me,

_____ *Karen Chan* _____ **Notary Public**
(here insert name and title of the officer)

, personally appeared _____ *Lucy Cao* _____

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument

I certify under PENALTY OF PERJURY under the laws of the state of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

Signature _____

KAREN CHAN
Commission # 1640431
Notary Public - California
Los Angeles County
My Comm. Expires Jan 23, 2010

(This area for official notarial seal)

———————— *Optional* ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document*

**Description of Attached Document**

Title or Type of Document:

Document Date:

Number of Pages:                    (Not including this page)

Signer(s) Other Than Named Above·

# EXHIBIT "A" LEGAL DESCRIPTION

the following described Real Property in the State of California, County of Los Angeles,

That portion of the Rancho La Habra, in the County of Los Angeles, State of California, as shown on the Map of the Northern Portion of said Rancho, filed in Book 1, Page 53, Record of Surveys of said County, described in full detail as Per Exhibt "A" attached hereto and made a part hereof.

**Exhibit 5**



**This page is part of your document - DO NOT DISCARD**



# 20090799680



Pages:
0003

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**05/29/09 AT 08:00AM**

| | |
|---|---|
| FEES: | 46.00 |
| TAXES: | NFPR |
| OTHER: | 0.00 |
| PAID: | NFPR |



**L E A D S H E E T**



200905290260010

00000609069



002128971

**SEQ:**
**03**

DAR - Title Company (Hard Copy)

**THIS FORM IS NOT TO BE DUPLICATED**

E200020                                                                          t80

*2*

*NTC*

RECORDING REQUESTED BY
AND WHEN RECORDED MAIL TO

ZHENG RUI WANG
1001 EAST ROAD,
LA HABRA, CA 90631
Escrow No.: 08070431-KC
APN No.: **8266-008-006**

05/29/2009

*20090799680*

Above space is for recorder's use

*1304060*

# GRANT DEED

THE UNDERSIGNED GRANTOR(s) DECLARE(s) DOCUMENTARY TRANSFER TAX IS *Not of public record*
[   X   ] Computed on full value of property conveyed, or
[       ] computed on full value less value of liens or encumbrances remaining at time of sale,
[       ] unincorporated area;   [   X   ] City of  La Habra *and*

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged, *Heights*
**Zheng Rui Wang, a single woman**

Hereby GRANT(S) to:  **East Heights, LLC**

The following described real property in the City of La Habra, County of Los Angeles, and State of **California**:

SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF *Heights*

Property commonly known as: **1001 East Road, La Habra, CA 90631**

APN No.: **8266-008-006**                                    *Heights*

Date:  **5/21/2009**

_Zheng Rui Wang_
**Zheng Rui Wang**

STATE OF **CALIFORNIA**              )SS
COUNTY OF  Los Angeles              )

On   5/21/2009            before me, _Karen Chan, Notary public_            personally appeared
_ Zheng Rui Wang _____ who proved to me on the basis of satisfactory evidence to be the person(s) whose
name(s) is/are subscribed to the within instrument and proved to me acknowledged to me that he/she/they executed the
same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or
the entity upon behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the law of the state of California that foregoing paragraph in true
and correct.**

**WITNESS my hand and official seal.**

Signature

KAREN CHAN
Commission # 1640431
Notary Public - California
Los Angeles County
My Comm. Expires Jan 23, 2010

*3A*

**EXHIBIT "A"**

All that certain real property situated in the CITY OF LA HABRA HEIGHTS, County of LOS ANGELES, State of CALIFORNIA, described as follows:

THAT PORTION OF THE RANCHO LA HABRA, IN THE COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS SHOWN ON THE MAP OF THE NORTHERN PORTION OF SAID RANCHO, FILED IN BOOK 1 PAGE 53, RECORD OF SURVEYS OF SAID COUNTY, DESCRIBED AS FOLLOWS:

BEGINNING AT A POINT IN THE EASTERLY LINE OF THE LAND CONVEYED TO THE HACIENDA LAND COMPANY, BY DEED RECORDED IN BOOK 4831 PAGE 78, OFFICIAL RECORDS OF SAID COUNTY,  SAID POINT BEING DISTANT SOUTH 2°06'30" EAST 71.14 FEET FROM THE NORTHERLY EXTREMINTY OF THAT CERTAIN COURSE NOTED IN SAID DEED AS BEING NORTH 2°06'30- WEST 709.38 FEET.  SAID POINT OF BEGINNING BEING ALSO THE SOUTHWEST CORNER OF THAT CERTAIN PARCEL OF LAND CONVEYED TO CLYDE C. HILCOX AND GRACE F. HILCOX,  HIS WIFE, BY DEED RECORDED IN BOOK 3957 PAGE 2B9 OF SAID OFFICIAL RECORDS; THENCE FROM SAID POINT OF BEGINNING SOUTH 2°06'30" EAST 638.24 FEET; THENCE NORTH 76°16' 62.85 FEET TO THB BEGINNING OF A TANGENT CURVE CONCAVE SOUTHERLY AND HAVING A RADIUS OF 1000 FEET; THENCE EASTERLY ALONG SAID CURVE, A DISTANCE OF 201.88 FEET; THENCE TANGENT TO SAID CURVE, NORTH 87°50' EAST 184.43 FEET; THENCE NORTH 2°06'30" WEST 604.88 FEET TO THB SOUTHEAST CORNER OF SAID LAND SO CONVEYED TO HILCOX; THENCE ALONG THE SOUTHERLY LINE OF SAID LAND OF WILCOX, SOUTH 87°53'30" WEST 446.48 FEET TO THE POINT OF BEGINNING.

EXCEPT THAT PORTION LYING SOUTHERLY OF A LINE THAT BEARS NORTH 87°53'30" EAST FROM A POINT IN THB WESTERLY LINE OF SAID LAND DISTANT SOUTH 2°06'30" EAST THEREON  354.14 FEET FROM SAID NORTHERLY TERMINUS.

ALSO EXCEPT THEREFROM ALL PETROLEUM, COAL, OIL, NAPTKA, NATURAL GAS AND OTHER HYDROCARBON AND LIKE SUBSTANCES INCLUDING ASPHALTUM AND BREA, IN, UPON AND UNDER SAID PROPERTY.


**Assessor Parcel No(s).:  8266-008-006**

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET<br>(Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER<br>(Court Use Only) |
|---|---|

| PLAINTIFF(S)<br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation | DEFENDANT(S)<br>EAST HEIGHTS LLC, a California corporation; LUCY GAO, an individual, |
|---|---|
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone:  (310) 229-1234<br>Facsimile:  (310) 229-1244<br>Email: DBG@LNBYB.com; JSK@LNBYB.COM<br>Proposed Attorneys for Debtor and Debtor in Possession | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor  ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☒ Other<br>☐ Trustee |

CAUSE OF ACTION (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)
COMPLAINT FOR (1) DECLARATORY RELIEF; AND (2) UNJUST ENRICHMENT AND IMPOSITION OF CONSTRUCTIVE TRUST

## NATURE OF SUIT
**(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)**

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☒ 02-Other (Unjust Enrichment and Imposition of Constructive Trust)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand |
| Other Relief Sought | |

B1040 (FORM 1040) (12/15)

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation | BANKRUPTCY CASE NO.<br>Case No. 2:16-bk-13575 | |
| DISTRICT IN WHICH CASE IS PENDING<br>**CENTRAL** | DIVISIONAL OFFICE<br>**LOS ANGELES DIVISION** | NAME OF JUDGE<br>THE HON. THOMAS DONOVAN |
| RELATED ADVERSARY PROCEEDING (IF ANY) | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>/s/ Jeffrey S. Kwong | | |
| DATE<br>March 22, 2016 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>*Jeffrey S. Kwong* | |

# INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney).  A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties** and **Defendants.** Give the names of the parties to the adversary proceeding exactly as they appear on the complaint.

**Attorneys.**  Give the names and addresses of the attorneys if known.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.