DAVID B. GOLUBCHIK (State Bar No. 185520)
JEFFREY S. KWONG (State Bar No. 288239)
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Email: DBG@LNBYB.com; JSK@LNBYB.COM

Proposed Attorneys for Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re<br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Debtor. | Chapter 11<br><br>Case No. 2:16-bk-13575 |
| LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>BRIDGESTREAM MANAGEMENT LLC, a California corporation; LUCY GAO, an individual,<br><br>Defendant. | Adv. No. ______________<br><br>**COMPLAINT FOR (1)DECLARATORY RELIEF; AND (2)UNJUST ENRICHMENT AND IMPOSITION OF CONSTRUCTIVE TRUST** |

Plaintiff Liberty Asset Management Corporation ("Plaintiff" or "Liberty") complains as follows:

/ / /

/ / /

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334(b), in that this is a civil proceeding arising in or related to cases under title 11 of the United States Code (the "Bankruptcy Code"). This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

2. This adversary proceeding is brought pursuant to Rule 7001, et seq. of the Federal Rules of Bankruptcy Procedure.

3. Venue in this Court is proper pursuant to 28 U.S.C. § 1409 as this adversary proceeding arises in and relates to a case under the Bankruptcy Code that is pending in this District.

## THE PARTIES

4. Liberty is, and at all times relevant to the allegations in this Complaint was, a corporation organized and existing under the laws of the State of California, qualified and authorized to do business under the laws of the State of California, with its principal place of business in the City of West Covina, California.

5. Benjamin Kirk ("Kirk"), who is not a party to this adversary proceeding, is the Managing Member of Liberty.

6. Liberty is informed and believes, and on that basis alleges, that Bridgestream Management LLC ("Bridgestream") is, and at all times relevant to the allegations in this Complaint was, a limited liability company organized and existing under the laws of the State of California, with a principal place of business located at 3218 East Holt Avenue, West Covina, CA 91791.

7. Liberty is informed and believes, and on that basis alleges, that Greenfield Investments LLC ("Greenfield") is, and at all times relevant to the allegations in this Complaint was, a limited liability company organized and existing under the laws of the State of California, with a principal place of business located at 3218 East Holt Avenue, West Covina CA 91791.

8. Liberty is informed and believes, and on that basis alleges, that 3218 Holt LLC ("Holt LLC") was a limited liability company organized under the laws of the State of California, with a principal place of business located at 3218 East Holt Avenue, West Covina, CA 91791.

9. Liberty is informed and believes, and on that basis alleges, that Lucy Gao ("Gao," and together with Bridgestream, the "Defendants") is, and at all times relevant to the allegations in this Complaint was, an individual residing in the city of Claremont, California, who asserts an equity interest in and purports to be the managing member of Bridgestream.

## GENERAL ALLEGATIONS

10. The true and sole owner of the membership interests of Bridgestream is Liberty.

11. Prior to the filing of the Petition, Gao and Kirk were former business partners that formed Liberty to pursue various business ventures and acquire certain properties for the benefit of Liberty. Gao and Kirk would: (1) use funds from Liberty to acquire investment properties; and (2) create special purpose entities to purchase, manage, and/or hold such investment properties for the benefit of Liberty.

12. Although membership in these special purpose entities would be held by Gao and/or Kirk at various times, these entities were created solely to benefit Liberty, the central funding vehicle and, therefore, Liberty was the beneficial owner of such equity interests.

13. Bridgestream holds title to certain real property located at 3218 E. Holt Avenue, West Covina, CA 91791 (the "Property"), and is one such special purpose entity formed to purchase, hold, and manage the Property for the benefit of Liberty.

14. Liberty is informed and believes and thereon alleges that Gao falsely asserts an equity interest in Bridgestream.

15. On or around July 2005, Gao purchased the Property, in-part, using funds that either originated from or were provided to it from Liberty. Specifically, Liberty contributed funds – either directly through escrow or indirectly from its other special purpose entities – so that Gao could acquire the Property for the benefit of Liberty.

16. On or around December 2005, Gao transferred the Property to Holt LLC, a special purpose entity created for the benefit of Liberty, via a grant deed recorded on December 28, 2005.

17. On or around March 23, 2009, Holt LLC transferred the Property back to Gao, via a grant deed recorded on March 30, 2009.

18. On or around July 22, 2010, Gao transferred the Property to Greenfield, another special purpose entity created for the benefit of Liberty, via a grant deed recorded on September 24, 2010.

19. On or around January 20, 2014, Greenfield transferred the Property to Bridgestream, another special purpose entity created for the benefit of Liberty, via a grant deed recorded on February 28, 2014. A true and correct copy of the "Transaction History" for the Property dated February 8, 2016 from First American Financial Corporation (the "Transaction History") is attached hereto as **Exhibit "1"** and incorporated herein by reference.

20. At all times relevant to the allegations in this Complaint, (1) Liberty owns a one-hundred percent (100%) equity interest in Bridgestream; and (2) the Property was acquired for the benefit of Liberty, such that the Property and any proceeds obtained therefrom were intended to be used to benefit Liberty.

21. Aside from the Property, Liberty is informed and believes and thereon alleges that Gao has already liquidated several other properties held by certain other special purpose entities created for the benefit of Liberty, without paying any distributions to Liberty.

22. Accordingly, this Complaint was brought to protect Liberty, its creditors, and its equity interests. Through this Complaint, Liberty seeks a judicial determination that Gao does not have any equity interest in Bridgestream, and that Liberty is the true and sole equity holder in Bridgestream. Additionally, Liberty seeks a judicial determination that the Property and any proceeds obtained from the Property, net of payment of debts, are held by Bridgestream in a constructive trust for the benefit of Liberty.

## FIRST CLAIM FOR RELIEF

### (Declaratory Relief)

23. Liberty incorporates the allegations in paragraphs 1 through 22 above as if fully set forth herein.

24. A present and actual controversy exists between and among Liberty, on the one hand, and the Defendants, on the other hand, as to the ownership of the equity interests in Bridgestream. Liberty and Gao each asserts equity interests in Bridgestream.

25. Specifically, Liberty seeks a declaration that Gao is not an equity interest holder in Bridgestream, and that Liberty is the sole equity interest holder in Bridgestream.

26. Accordingly, an actual, justiciable controversy exists between Liberty, on the one hand, and the Defendants, on the other, relating to the ownership of the equity interests in Bridgestream. This Court has the power to adjudicate the rights of the parties with respect to this controversy and should grant the declaratory relief requested in this Complaint.

**SECOND CLAIM FOR RELIEF**

**(Unjust Enrichment and Imposition of Constructive Trust)**

27. Liberty incorporates the allegations in paragraphs 1 through 26 above as if fully set forth herein.

28. An actual controversy has arisen between Liberty, on the one hand, and the Defendants, on the other hand, as to whether Bridgestream has now become the constructive trustee of the Property for Liberty.

29. Liberty holds a one-hundred percent (100%) interest in Bridgestream, and the Property was acquired by Gao: (1) using Liberty funds; and (2) solely for the benefit of Liberty. Accordingly, the Property equitably belongs to Liberty; and it is currently being held and managed by Bridgestream for the benefit of Liberty.

30. The Defendants improperly, mistakenly, and/or fraudulently purportedly denies that Liberty has an equity interest in Bridgestream or the Property.

31. For the reasons alleged herein, and based on the Defendants' mistaken and/or fraudulent misrepresentations, allowing the Defendants to keep the Property and/or to receive an equity distribution related to the Property would unjustly enrich them.

32. Accordingly, Bridgestream should be deemed to hold the Property in constructive trust for the benefit of Liberty.

**PRAYER FOR RELIEF**

**WHEREFORE**, Liberty respectfully prays for judgment as follows:

A. **ON THE FIRST CLAIM FOR RELIEF**: for a judicial determination that Liberty is the 100% member and holder of all of the membership interests in Bridgestream.

B. **ON THE SECOND CLAIM FOR RELIEF**: for a judgment in favor of Liberty and against the Defendants for unjust enrichment, including a judicial declaration that Bridgestream is holding the Property and its proceeds, net of payment of debts, in constructive trust for the benefit of Liberty.

C. **ON ALL CLAIMS FOR RELIEF**: for such other and further relief as the Court deems just and proper.

Dated: March 22, 2016

LEVENE, NEALE, BENDER,
YOO & BRILL L.L.P.

By: *___/s/ Jeffrey S. Kwong___*
DAVID B. GOLUBCHIK
JEFFREY S. KWONG
Proposed Attorneys for Debtor and Debtor in Possession

# Exhibit 1




myFirstAm® Transaction History 3218 E Holt Ave, West Covina, CA 91791

Transaction History provides records for the past ten years. To request additional information, please contact your local Sales Representative, Customer Service Department, or for an additional fee you may click here .

## History Record # 1 : FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 05/28/2015 | Mortgage Transfer Type: | Stand Alone Finance |
| Mortgage Document #: | 000000620198 | Mortgage Rate Type: | |
| Lender: | Sheppard Mullin Richter & Hamp | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $250,000 | Mortgage Rate: | |
| Borrower 1: | Bridgestream Management Llc | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

## History Record # 2 : SALE/TRANSFER

| | | | |
|---|---|---|---|
| Buyer: | Bridgestream Management Llc | Seller: | Greenfield Investments Llc |
| Transaction Date: | 01/20/2014 | Sale Price: | |
| Recording Date: | 02/28/2014 | Sale Price Type: | Full Value |
| Recorded Doc #: | 000000210783 | Title Company: | |
| Document Type: | Deed Transfer | Vesting Type: | N/A |

## FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 02/28/2014 | Mortgage Transfer Type: | Nominal - Non/Arms Length Sale |
| Mortgage Document #: | 000000210784 | Mortgage Rate Type: | |
| Lender: | Cervenka & Lukes Mtg | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $1,500,000 | Mortgage Rate: | |
| Borrower 1: | Bridgestream Management Llc | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

Continued on next page...



All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof. ©2005-2016 First American Financial Corporation and/or its affiliates. All rights reserved.

| History Record # 3 : | FORECLOSURE | | |
|---|---|---|---|
| Recording Date: | 01/14/2014 | | |
| Recorded Doc #: | 000000040379 | | |
| Document Type: | Release of Lis Pendens/Notice | Vesting Type: | |

| History Record # 4 : | FORECLOSURE | | |
|---|---|---|---|
| Recording Date: | 10/29/2013 | | |
| Recorded Doc #: | 000001540266 | | |
| Document Type: | Notice of Sale | Vesting Type: | |

| History Record # 5 : | FORECLOSURE | | |
|---|---|---|---|
| Recording Date: | 06/19/2013 | | |
| Recorded Doc #: | 000000912401 | | |
| Document Type: | Notice of Default | Vesting Type: | |

| History Record # 6 : | FORECLOSURE | | |
|---|---|---|---|
| Recording Date: | 05/30/2013 | | |
| Recorded Doc #: | 000000804185 | | |
| Document Type: | Release of Lis Pendens/Notice | Vesting Type: | |

| History Record # 7 : | FORECLOSURE | | |
|---|---|---|---|
| Recording Date: | 04/08/2013 | | |
| Recorded Doc #: | 000000515526 | | |
| Document Type: | Notice of Default | Vesting Type: | |

| History Record # 8 : | SALE/TRANSFER | | |
|---|---|---|---|
| Buyer: | Greenfield Investments Llc | Seller: | Gao Yu H |
| Transaction Date: | 07/22/2010 | Sale Price: | $1,923,500 |
| Recording Date: | 09/24/2010 | Sale Price Type: | Full Value |
| Recorded Doc #: | 1363603 | Title Company: | Pacific Coast Title |
| Document Type: | Deed Transfer | Vesting Type: | N/A |

Continued on next page...



All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof. ©2005-2016 First American Financial Corporation and/or its affiliates. All rights reserved.

| | FINANCE | | |
|---|---|---|---|
| Mortgage Recording Date: | 09/24/2010 | Mortgage Transfer Type: | Resale |
| Mortgage Document #: | 1363604 | Mortgage Rate Type: | Fix |
| Lender: | Gao Yu H | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $300,000 | Mortgage Rate: | |
| Borrower 1: | Greenfield Investments Llc | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

| History Record # 9 : | FINANCE | | |
|---|---|---|---|
| Mortgage Recording Date: | 09/24/2010 | Mortgage Transfer Type: | Refinance |
| Mortgage Document #: | 1363604 | Mortgage Rate Type: | Fix |
| Lender: | Gao Yu H | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $300,000 | Mortgage Rate: | |
| Borrower 1: | Greenfield Investments Llc | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

| History Record # 10 : | SALE/TRANSFER | | |
|---|---|---|---|
| Buyer: | Gao,Yu H | Seller: | 3218 Holt Llc |
| Transaction Date: | 03/23/2009 | Sale Price: | |
| Recording Date: | 03/30/2009 | Sale Price Type: | |
| Recorded Doc #: | 448181 | Title Company: | |
| Document Type: | Deed Transfer | Vesting Type: | N/A |

| History Record # 11 : | SALE/TRANSFER | | |
|---|---|---|---|
| Buyer: | 3218 Holt Llc | Seller: | Gao Lucy F |
| Transaction Date: | | Sale Price: | |
| Recording Date: | 12/28/2005 | Sale Price Type: | |
| Recorded Doc #: | 3199039 | Title Company: | Other |
| Document Type: | Deed Transfer | Vesting Type: | N/A |

Continued on next page...



All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof. ©2005-2016 First American Financial Corporation and/or its affiliates. All rights reserved.

## History Record # 12 : FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 11/09/2005 | Mortgage Transfer Type: | Refinance |
| Mortgage Document #: | 2710256 | Mortgage Rate Type: | Fix |
| Lender: | Gao Yu H | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $500,000 | Mortgage Rate: | |
| Borrower 1: | 3218 Holt Llc | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

## History Record # 13 : FORECLOSURE

| | | | |
|---|---|---|---|
| Recording Date: | 08/12/2005 | | |
| Recorded Doc #: | 2005 1932605 | | |
| Document Type: | Notice of Default | Vesting Type: | |

## History Record # 14 : FORECLOSURE

| | | | |
|---|---|---|---|
| Recording Date: | 08/12/2005 | | |
| Recorded Doc #: | 2005 1932604 | | |
| Document Type: | Notice of Default | Vesting Type: | |

## History Record # 15 : FORECLOSURE

| | | | |
|---|---|---|---|
| Recording Date: | 08/12/2005 | | |
| Recorded Doc #: | 2005 1932603 | | |
| Document Type: | Notice of Default | Vesting Type: | |

## History Record # 16 : FORECLOSURE

| | | | |
|---|---|---|---|
| Recording Date: | 08/12/2005 | | |
| Recorded Doc #: | 2005 1932602 | | |
| Document Type: | Notice of Default | Vesting Type: | |

Continued on next page...



All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof. ©2005-2016 First American Financial Corporation and/or its affiliates. All rights reserved.

## History Record # 17 : SALE/TRANSFER

| | | | |
|---|---|---|---|
| Buyer: | Gao,Lucy F | Seller: | Warren Arthur A |
| Transaction Date: | | Sale Price: | |
| Recording Date: | 07/27/2005 | Sale Price Type: | |
| Recorded Doc #: | 1775757 | Title Company: | Ticor Title |
| Document Type: | Deed Transfer | Vesting Type: | N/A |

## FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 07/27/2005 | Mortgage Transfer Type: | Resale |
| Mortgage Document #: | 1775758 | Mortgage Rate Type: | Var |
| Lender: | United Commercial Bank | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $1,000,000 | Mortgage Rate: | |
| Borrower 1: | Gao Lucy F | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

## FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 07/27/2005 | Mortgage Transfer Type: | |
| Mortgage Document #: | 1775761 | Mortgage Rate Type: | Variable |
| Lender: | United Commercial Bank | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $800,000 | Mortgage Rate: | |
| Borrower 1: | Gao Lucy F | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

## History Record # 18 : FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 09/05/2002 | Mortgage Transfer Type: | Refinance |
| Mortgage Document #: | 2078536 | Mortgage Rate Type: | Fix |
| Lender: | Upland Bank | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $833,000 | Mortgage Rate: | |
| Borrower 1: | Warren Arthur A | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

Continued on next page...



All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof. ©2005-2016 First American Financial Corporation and/or its affiliates. All rights reserved.

## History Record # 19 : FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 09/11/2000 | Mortgage Transfer Type: | Refinance |
| Mortgage Document #: | 1417556 | Mortgage Rate Type: | Var |
| Lender: | Upland Bank | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $350,000 | Mortgage Rate: | |
| Borrower 1: | Warren Arthur A | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

## History Record # 20 : FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 11/17/1995 | Mortgage Transfer Type: | Refinance |
| Mortgage Document #: | 0001848890 | Mortgage Rate Type: | Var |
| Lender: | La Jolla Savings Bank | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $544,000 | Mortgage Rate: | |
| Borrower 1: | Warren Arthur A | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

## History Record # 21 : FINANCE

| | | | |
|---|---|---|---|
| Mortgage Recording Date: | 12/29/1989 | Mortgage Transfer Type: | Refinance |
| Mortgage Document #: | 0002096178 | Mortgage Rate Type: | |
| Lender: | Bank Of Commerce | Mortgage Term: | |
| Document Type | Trust Deed/Mortgage | Vesting Type: | N/A |
| Loan Amount: | $500,000 | Mortgage Rate: | |
| Borrower 1: | Warren Arthur A | Borrower 2: | |
| Borrower 3: | | Borrower 4: | |

Continued on next page...



All information contained herein is subject to the Limitation of Liability for Informational Report set forth on the last page hereof. ©2005-2016 First American Financial Corporation and/or its affiliates. All rights reserved.

Limitation of Liability for Informational Report

IMPORTANT – READ CAREFULLY: THIS REPORT IS NOT AN INSURED PRODUCT OR SERVICE OR A REPRESENTATION OF THE CONDITION OF TITLE TO REAL PROPERTY. IT IS NOT AN ABSTRACT, LEGAL OPINION, OPINION OF TITLE, TITLE INSURANCE COMMITMENT OR PRELIMINARY REPORT, OR ANY FORM OF TITLE INSURANCE OR GUARANTY. THIS REPORT IS ISSUED EXCLUSIVELY FOR THE BENEFIT OF THE APPLICANT THEREFOR, AND MAY NOT BE USED OR RELIED UPON BY ANY OTHER PERSON. THIS REPORT MAY NOT BE REPRODUCED IN ANY MANNER WITHOUT FIRST AMERICAN'S PRIOR WRITTEN CONSENT. FIRST AMERICAN DOES NOT REPRESENT OR WARRANT THAT THE INFORMATION HEREIN IS COMPLETE OR FREE FROM ERROR, AND THE INFORMATION HEREIN IS PROVIDED WITHOUT ANY WARRANTIES OF ANY KIND, AS-IS, AND WITH ALL FAULTS. AS A MATERIAL PART OF THE CONSIDERATION GIVEN IN EXCHANGE FOR THE ISSUANCE OF THIS REPORT, RECIPIENT AGREES THAT FIRST AMERICAN'S SOLE LIABILITY FOR ANY LOSS OR DAMAGE CAUSED BY AN ERROR OR OMISSION DUE TO INACCURATE INFORMATION OR NEGLIGENCE IN PREPARING THIS REPORT SHALL BE LIMITED TO THE FEE CHARGED FOR THE REPORT. RECIPIENT ACCEPTS THIS REPORT WITH THIS LIMITATION AND AGREES THAT FIRST AMERICAN WOULD NOT HAVE ISSUED THIS REPORT BUT FOR THE LIMITATION OF LIABILITY DESCRIBED ABOVE. FIRST AMERICAN MAKES NO REPRESENTATION OR WARRANTY AS TO THE LEGALITY OR PROPRIETY OF RECIPIENT'S USE OF THE INFORMATION HEREIN.


©2005-2016 First American Financial Corporation and/or its affiliates. All rights reserved.

B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARYPROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFF(S)**<br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation | **DEFENDANT(S)**<br>BRIDGESTREAM MANAGEMENT LLC, a California corporation; LUCY GAO, an individual, |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.)<br>DAVID B. GOLUBCHIK (State Bar No. 185520)<br>JEFFREY S. KWONG (State Bar No. 288239)<br>LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.<br>10250 Constellation Boulevard, Suite 1700<br>Los Angeles, California 90067<br>Telephone: (310) 229-1234<br>Facsimile: (310) 229-1244<br>Email: DBG@LNBYB.com; JSK@LNBYB.COM<br>Proposed Attorneys for Debtor and Debtor in Possession | **ATTORNEYS** (If Known) |
| **PARTY** (Check One Box Only)<br>☒ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☐ Debtor ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor ☒ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE ABRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

COMPLAINT FOR (1)DECLARATORY RELIEF; AND (2)UNJUST ENRICHMENT AND IMPOSITION OF CONSTRUCTIVE TRUST

## NATURE OF SUIT

**(Number up to five (5) boxes starting with the lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)**

**FRBP 7001(1) – Recovery of Money/Property**

☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
☐ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**

☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**

☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**

☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**

☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**

☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
☐ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny

**(continued next column)**

**FRBP 7001(6) – Dischargeability (continued)**

☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**

☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**

☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**

☒ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**

☐ 01-Determination of removed claim or cause

**Other**

☐ SS-SIPA Case – 15 U.S.C. §§78aaa *et.seq.*
☒ 02-Other (Unjust Enrichment and Imposition of Constructive Trust)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand |
| Other Relief Sought | |

**B1040 (FORM 1040) (12/15)**

| BANKRUPTCY CASE IN WHICH THIS ADVERSARY PROCEEDING ARISES | | |
|---|---|---|
| NAME OF DEBTOR<br>LIBERTY ASSET MANAGEMENT CORPORATION, a California corporation | BANKRUPTCY CASE NO.<br>Case No. 2:16-bk-13575 | |
| DISTRICT IN WHICH CASE IS PENDING<br>**CENTRAL** | DIVISIONAL OFFICE<br>**LOS ANGELES DIVISION** | NAME OF JUDGE<br>THE HONORABLE THOMAS DONOVAN |
| **RELATED ADVERSARY PROCEEDING (IF ANY)** | | |
| PLAINTIFF | DEFENDANT | ADVERSARY PROCEEDING NO. |
| DISTRICT IN WHICH ADVERSARY IS PENDING | DIVISIONAL OFFICE | NAME OF JUDGE |
| SIGNATURE OF ATTORNEY (OR PLAINTIFF)<br>*/s/ Jeffrey S. Kwong* | | |
| DATE<br>March 22, 2016 | PRINT NAME OF ATTORNEY (OR PLAINTIFF)<br>*Jeffrey S. Kwong* | |

## INSTRUCTIONS

The filing of a bankruptcy case creates an "estate" under the jurisdiction of the bankruptcy court which consists of all of the property of the debtor, wherever that property is located. Because the bankruptcy estate is so extensive and the jurisdiction of the court so broad, there may be lawsuits over the property or property rights of the estate. There also may be lawsuits concerning the debtor's discharge. If such a lawsuit is filed in a bankruptcy court, it is called an adversary proceeding.

A party filing an adversary proceeding must also must complete and file Form104, the Adversary Proceeding Cover Sheet, unless the party files the adversary proceeding electronically through the court's Case Management/Electronic Case Filing system (CM/ECF). (CM/ECF captures the information on Form 104 as part of the filing process.) When completed, the cover sheet summarizes basic information on the adversary proceeding. The clerk of court needs the information to process the adversary proceeding and prepare required statistical reports on court activity.

The cover sheet and the information contained on it do not replace or supplement the filing and service of pleadings or other papers as required by law, the Bankruptcy Rules, or the local rules of court. The cover sheet, which is largely self-explanatory, must be completed by the plaintiff's attorney (or by the plaintiff if the plaintiff is not represented by an attorney). A separate cover sheet must be submitted to the clerk for each complaint filed.

**Parties** and **Defendants.** Give the names of the parties to the adversary proceeding exactly as they appear on the complaint.

**Attorneys.** Give the names and addresses of the attorneys if known.

**Demand.** Enter the dollar amount being demanded in the complaint.

**Signature.** This cover sheet must be signed by the attorney of record in the box on the second page of the form. If the plaintiff is represented by a law firm, a member of the firm must sign. If the plaintiff is pro se, that is, not presented by an attorney, the plaintiff must sign.