| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeremy V. Richards (CA SBN 102300)<br>John D. Fiero (CA SBN 136557)<br>Gail S. Greenwood (CA SBN 169939)<br>Victoria A. Newmark (CA SBN 183581)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail:  jrichards@pszjlaw.com<br>         jfiero@pszjlaw.com<br>         ggreenwood@pszjlaw.com<br>         vnewmark@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Official Committee of Creditors Holding Unsecured Creditors | **FILED & ENTERED**<br><br>AUG 12 2016<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY penning  DEPUTY CLERK |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES    **DIVISION**

| In re:<br>LIBERTY ASSET MANAGEMENT CORPORATION, | CASE NO.: 16-13575-TD<br>CHAPTER: 11 |
|---|---|
| | **ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**<br>**[FRBP 3003(c)(3); LBR 3003-1]** |
| | ☒ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |
| Debtor(s) | |

Based either on a filed motion to set a bar date or on this court's own motion, IT IS ORDERED THAT:

1. The general bar date for creditors of the Debtor to file proofs of claim (Bar Date) is *(date)* October 30, 2016, with the exceptions set forth in mandatory court form F 3003-1.NOTICE.BARDATE (the "Bar Date Notice"). With respect to governmental units, the person completing the notice is responsible for ensuring that it states the correct exception. If the stated deadline is incorrect, then the actual deadline is hereby set as the latter of (a) the incorrect date stated in the notice, (b) the statutory deadline (11 U.S.C. §§ 101(27) and 502(b)(9)), or (c) the general Bar Date.

//

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*
DOCS_SF:91594.1 52593/002

Page 1

**F 3003-1.ORDER.BARDATE**

2. On or before (*date*) August 30, 2016 , the Committee must serve written notice of the bar date, using the Bar Date Notice, on all creditors and the United States Trustee.  On or before August 30, 2016, the Committee must publish the Bar Date Notice in Mandarin one time in The World Journal, as translated from the English Bar Date Notice, for the purpose of providing notice to unknown creditors and potential creditors of the Debtor.

3. ☐ Other (*specify*):

(a)    for claims arising from the rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim will be the later of thirty (30) days after the date of entry of the order authorizing the rejection, or October 30, 2016;

(b)    for claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim will be the later of thirty (30) days after the entry of judgment avoiding the transfer or October 30, 2016; and

(c)    for claims of governmental units that arose before the Petition Date, the last day to file a proof of claim will also be October 30, 2016, which is more than 180 days after the date of the Order for Relief in this case.

### 

Date: August 12, 2016

Thomas B. Donovan
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                   Page 2                                   **F 3003-1.ORDER.BARDATE**
DOCS_SF:91594.1 52593/002