United States Bankruptcy Court
Central District of California

In re:
Liberty Asset Management Corporation
    Debtor

Case No. 16-13575-TD
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 0973-2    User: ppenningt    Page 1 of 2    Date Rcvd: Aug 12, 2016
    Form ID: pdf042    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 14, 2016.
db    +Liberty Asset Management Corporation,   2648 E. Workman Avenue #3001-263,
    West Covina, CA 91791-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 14, 2016    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 12, 2016 at the address(es) listed below:

    Alexandre I Cornelius   on behalf of Interested Party Lucy  Gao aicornelius@costell-law.com,
      ssaad@costell-law.com;mharris@costell-law.com;jstambaugh@costell-law.com;ladelson@costell-law.com;jlcostell@costell-law.com
    Alexandre I Cornelius   on behalf of Defendant Lucy  Gao aicornelius@costell-law.com,
      ssaad@costell-law.com;mharris@costell-law.com;jstambaugh@costell-law.com;ladelson@costell-law.com;jlcostell@costell-law.com
    Barry S Glaser   on behalf of Interested Party    Courtesy NEF bglaser@swesq.com,  erhee@swesq.com
    Charles Alex Naegele   on behalf of Creditor    JD Brothers LLC alex@canlawcorp.com,
      alexnaegelelaw@gmail.com
    David A Trinh   on behalf of Defendant Sonia  Chiou dtrinh@trinhlawfirm.com,  kim@trinhlawfirm.com
    David B Golubchik   on behalf of Defendant    LIBERTY ASSET MANAGEMENT CORPORATION dbg@lnbyb.com,
      dbg@ecf.inforuptcy.com
    David B Golubchik   on behalf of Debtor    Liberty Asset Management Corporation dbg@lnbyb.com,
      dbg@ecf.inforuptcy.com
    David B Golubchik   on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION dbg@lnbyb.com,
      dbg@ecf.inforuptcy.com
    David B Golubchik   on behalf of Plaintiff    Liberty Asset Management Corporation dbg@lnbyb.com,
      dbg@ecf.inforuptcy.com
    David S Henshaw   on behalf of Plaintiff    FRANK LEE, Co-Trustee of THE LEE LIVING TRUST DATED 6/23/1987 david@henshawlaw.com,  info@henshawlaw.com
    David S Henshaw   on behalf of Plaintiff    AHA 2012 LLC david@henshawlaw.com,  info@henshawlaw.com
    David S Henshaw   on behalf of Plaintiff    YCJS 2012 LLC david@henshawlaw.com,
      info@henshawlaw.com
    David S Henshaw   on behalf of Plaintiff    CHRISTOPHER D. LEE david@henshawlaw.com,
      info@henshawlaw.com
    David S Henshaw   on behalf of Interested Party Frank  Lee david@henshawlaw.com,
      info@henshawlaw.com
    David W. Meadows   on behalf of Interested Party    Courtesy NEF david@davidwmeadowslaw.com
    Eve H Karasik   on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION ehk@lnbyb.com
    Eve H Karasik   on behalf of Defendant    LIBERTY ASSET MANAGEMENT CORPORATION ehk@lnbyb.com
    Eve H Karasik   on behalf of Debtor    Liberty Asset Management Corporation ehk@lnbyb.com
    Gail S Greenwood   on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION
      ggreenwood@pszjlaw.com,  efitzgerald@pszjlaw.com
    Gail S Greenwood   on behalf of Creditor Committee Chair    Committee Of Unsecured Creditors
      ggreenwood@pszjlaw.com,  efitzgerald@pszjlaw.com
    Gail S Greenwood   on behalf of Creditor Committee    Committee Of Unsecured Creditors
      ggreenwood@pszjlaw.com,  efitzgerald@pszjlaw.com
    Gail S Greenwood   on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
      ggreenwood@pszjlaw.com,  efitzgerald@pszjlaw.com
    Gail S Greenwood   on behalf of Creditor Committee    Committee of Creditors Holding Unsecured Claims ggreenwood@pszjlaw.com,  efitzgerald@pszjlaw.com

```
District/off: 0973-2          User: ppenningt              Page 2 of 2                  Date Rcvd: Aug 12, 2016
                              Form ID: pdf042             Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Ian Landsberg    on behalf of Interested Party    Crystal Waterfalls LLC ian@landsberg-law.com,
               casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ila
               ndsberg@ecf.inforuptcy.com
              James S Yan    on behalf of Creditor    PA One, LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    Faith Hope International Ltd. jsyan@msn.com
              James S Yan    on behalf of Creditor    HCL 2011 LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    Union Square 117 Project LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    Good Special International Ltd. jsyan@msn.com
              James S Yan    on behalf of Interested Party    Courtesy NEF jsyan@msn.com
              James S Yan    on behalf of Creditor    Lee Walgreens 2013 LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    Smart Gear Development Ltd. jsyan@msn.com
              Jeffrey S Kwong    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Debtor    Liberty Asset Management Corporation jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Defendant    LIBERTY ASSET MANAGEMENT CORPORATION jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Plaintiff    Liberty Asset Management Corporation jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Plaintiff    10TH STREET  SANTA MONICA PROJECT, LLC jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeremy V Richards    on behalf of Creditor Committee    Committee of Creditors Holding Unsecured
               Claims jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Creditor Committee Chair    Committee Of Unsecured Creditors
               jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Creditor Committee    Committee Of Unsecured Creditors
               jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION
               jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
              John D Fiero    on behalf of Creditor Committee    Committee of Creditors Holding Unsecured Claims
               jfiero@pszjlaw.com, ocarpio@pszjlaw.com
              John-Patrick M Fritz    on behalf of Debtor    Liberty Asset Management Corporation jpf@lnbyb.com,
               JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION
               jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Plaintiff    Liberty Asset Management Corporation
               jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Defendant    LIBERTY ASSET MANAGEMENT CORPORATION
               jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
              Julie A Esposito    on behalf of Defendant    MAXWELL REAL ESTATE INVESTMENT LLC
               cesarjuliem@yahoo.com, sensberg@aol.com
              Julie A Esposito    on behalf of Counter-Claimant    MAXWELL REAL ESTATE INVESTMENT LLC
               cesarjuliem@yahoo.com, sensberg@aol.com
              Julie A Esposito    on behalf of Defendant    CHUNBO ZHANG a/k/a GEORGE ZHANG cesarjuliem@yahoo.com,
               sensberg@aol.com
              Julie A Esposito    on behalf of Creditor    Maxwell Real Estate Investment, LLC et al.
               cesarjuliem@yahoo.com, sensberg@aol.com
              Julie A Esposito    on behalf of Defendant    CHENHAN WU a/k/a CHENG HAN WU a/k/a HUGO WU
               cesarjuliem@yahoo.com, sensberg@aol.com
              Kyra E Andrassy    on behalf of Interested Party    Courtesy NEF kandrassy@swelawfirm.com,
               csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
              Kyra E Andrassy    on behalf of Creditor    Huesing Holdings LLC kandrassy@swelawfirm.com,
               csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
              Laura Palazzolo    on behalf of Plaintiff    ELSV, LLC laura.palazzolo@berliner.com,
               sabina.hall@berliner.com
              Laura Palazzolo    on behalf of Creditor    ELSV, LLC laura.palazzolo@berliner.com,
               sabina.hall@berliner.com
              Lei Lei Wang Ekvall    on behalf of Interested Party    Courtesy NEF lekvall@swelawfirm.com,
               csheets@swelawfirm.com;gcruz@swelawfirm.com;hdavis@swelawfirm.com
              Lindsey L Smith    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION lls@lnbyb.com,
               lls@ecf.inforuptcy.com
              Mark Romeo    on behalf of Creditor    Northern California Mortgage Fund VII, LLC romeolaw@msn.com
              Patricia H Lyon    on behalf of Creditor    Nixon Peabody LLP phlyon@frenchlyontang.com,
               mwoodward@frenchlyontang.com
              Queenie K Ng    on behalf of U.S. Trustee    United States Trustee (LA) queenie.k.ng@usdoj.gov
              Robert M Saunders    on behalf of Creditor Committee    Committee of Creditors Holding Unsecured
               Claims rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
              Robert S Lawrence    on behalf of Debtor    Liberty Asset Management Corporation
               rlawrence@callahan-law.com, mwalters@callahan-law.com
              United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
              Victoria Newmark    on behalf of Creditor Committee    Committee of Creditors Holding Unsecured
               Claims vnewmark@pszjlaw.com
                                                                                             TOTAL: 65
```

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Jeremy V. Richards (CA SBN 102300)<br>John D. Fiero (CA SBN 136557)<br>Gail S. Greenwood (CA SBN 169939)<br>Victoria A. Newmark (CA SBN 183581)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail:  jrichards@pszjlaw.com<br>         jfiero@pszjlaw.com<br>         ggreenwood@pszjlaw.com<br>         vnewmark@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*   Official Committee of Creditors Holding Unsecured Creditors | **FILED & ENTERED**<br><br>AUG 12 2016<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** penning   **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES              **DIVISION**

| In re:<br>LIBERTY ASSET MANAGEMENT CORPORATION,<br><br><br><br><br><br><br><br><br><br>Debtor(s) | CASE NO.: 16-13575-TD<br>CHAPTER: 11<br><br>**ORDER SETTING BAR DATE FOR FILING PROOFS OF CLAIM**<br><br>**[FRBP 3003(c)(3); LBR 3003-1]**<br><br>☒ **No hearing: LBR 9013-1(q)**<br>☐ **Hearing information**<br>DATE:<br>TIME:<br>COURTROOM:<br>ADDRESS: |

Based either on a filed motion to set a bar date or on this court's own motion, IT IS ORDERED THAT:

1. The general bar date for creditors of the Debtor to file proofs of claim (Bar Date) is *(date)* October 30, 2016    , with the exceptions set forth in mandatory court form F 3003-1.NOTICE.BARDATE (the "Bar Date Notice"). With respect to governmental units, the person completing the notice is responsible for ensuring that it states the correct exception. If the stated deadline is incorrect, then the actual deadline is hereby set as the latter of (a) the incorrect date stated in the notice, (b) the statutory deadline (11 U.S.C. §§ 101(27) and 502(b)(9)), or (c) the general Bar Date.

//

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                    Page 1                              **F 3003-1.ORDER.BARDATE**
DOCS_SF:91594.1 52593/002

2. On or before (*date*) August 30, 2016  , the Committee must serve written notice of the bar date, using the Bar Date Notice, on all creditors and the United States Trustee. On or before August 30, 2016, the Committee must publish the Bar Date Notice in Mandarin one time in The World Journal, as translated from the English Bar Date Notice, for the purpose of providing notice to unknown creditors and potential creditors of the Debtor.

3. ☐ Other (*specify*):

(a) for claims arising from the rejection of executory contracts or unexpired leases pursuant to 11 U.S.C. § 365, the last day to file a proof of claim will be the later of thirty (30) days after the date of entry of the order authorizing the rejection, or October 30, 2016;

(b) for claims arising from the avoidance of a transfer under chapter 5 of the Bankruptcy Code, the last day to file a proof of claim will be the later of thirty (30) days after the entry of judgment avoiding the transfer or October 30, 2016; and

(c) for claims of governmental units that arose before the Petition Date, the last day to file a proof of claim will also be October 30, 2016, which is more than 180 days after the date of the Order for Relief in this case.

###

Date: August 12, 2016

*(signature)*
Thomas B. Donovan
United States Bankruptcy Judge

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*
DOCS_SF:91594.1 52593/002

Page 2

**F 3003-1.ORDER.BARDATE**