| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| JEREMY V. RICHARDS (CA SBN 102300)<br>GAIL S. GREENWOOD (CA SBN 169939)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA  90067<br>Telephone: 310/277-6910<br>Facsimile: 310/201-0760<br>E-mail: jrichards@pszjlaw.com<br> ggreenwood@pszjlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:*  Bradley D. Sharp, Plan Administrator | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br>LIBERTY ASSET MANAGEMENT CORPORATION<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:16-bk-13575-ER<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR:**<br>PLAN ADMINISTRATOR'S MOTION TO ABANDON REAL PROPERTY PLAN<br><br><br><br>(*Specify name of Motion*)<br><br>DATE: 01/16/2019<br>TIME:  10:00 am<br>COURTROOM: 1568<br>PLACE: 255 E. Temple Street<br>              Los Angeles, CA 90012 |
|---|---|

1. TO (*specify name*):  ALL CREDITORS, HON ERNEST ROBLES, US TRUSTEE, PARTIES REQUESTING NOTICE

2. NOTICE IS HEREBY GIVEN that on the following date and time and in the indicated courtroom, Movant in the above-captioned matter will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents served and filed herewith. Said Motion is based upon the grounds set forth in the attached Motion and accompanying documents.

3. **Your rights may be affected**. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

4.  **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

5.  **Hearing Date Obtained Pursuant to Judge's Self-Calendaring Procedure:** The undersigned hereby verifies that the above hearing date and time were available for this type of Motion according to the judge's self-calendaring procedures.

Date: 12/18/2018

PACHULSKI STANG ZIEHL & JONES LLP
Printed name of law firm

/s/ Gail S. Greenwood
Signature

GAIL S. GREENWOOD
Printed name of attorney

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9013-1.1.HEARING.NOTICE**

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
150 California Street, 15th Floor, San Francisco, CA  94111


A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR** (*specify name of motion*)
 PLAN ADMINISTRATOR'S MOTION TO ABANDON REAL PROPERTY; MEMORANDUM OF POINTS AND
 AUTHORITES; AND DECLARATION OF BRADLEY D. SHARP
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 12/18/2018___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 12/18/2018___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 12/18/2018 | Hung Phan | /s/ Hung Phan |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                    Page 3                         F 9013-1.1.HEARING.NOTICE

## 1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING:

- **Robert S Altagen**  robertaltagen@altagenlaw.com
- **Kyra E Andrassy**  kandrassy@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Sara Chenetz**  schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
- **John H Choi**  johnchoi@kpcylaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com
- **Alexandre I Cornelius**  aicornelius@costell-law.com, ssaad@costell-law.com;mharris@costell-law.com;jstambaugh@costell-law.com;ladelson@costell-law.com;jlcostell@costell-law.com
- **Jeffrey Lee Costell**  jlcostell@costell-law.com, aicornelius@costell-law.com;ssaad@costell-law.com;mharris@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com
- **William Crockett**  wec@weclaw.com, ksa@weclaw.com
- **Raphael Cung**  rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- **Lei Lei Wang Ekvall**  lekvall@swelawfirm.com, csheets@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- **Julie A Esposito**  cesarjuliem@yahoo.com, sensberg@aol.com
- **Sandford L. Frey**  sfrey@leechtishman.com, jabrams@leechtishman.com;dmulvaney@leechtishman.com
- **John-Patrick M Fritz**  jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com
- **Cynthia Futter**  cfutter@futterwells.com
- **Barry S Glaser**  bglaser@swesq.com, erhee@swesq.com
- **David B Golubchik**  dbg@lnbyb.com, dbg@ecf.inforuptcy.com
- **Gail S Greenwood**  ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- **Irving M Gross**  img@lnbyb.com, john@lnbyb.com
- **David S Henshaw**  david@henshawlaw.com, info@henshawlaw.com
- **James Andrew Hinds**  jhinds@jhindslaw.com, mduran@jhindslaw.com
- **Eve H Karasik**  ehk@lnbyb.com
- **Linda Kim**  lkim@t-nlaw.com, lkim@t-nlaw.com
- **Jeffrey S Kwong**  jsk@lnbyb.com, jsk@ecf.inforuptcy.com
- **Ian Landsberg**  ian@landsberg-law.com, casey@landsberg-law.com;lisa@landsberg-law.com;diana@landsberg-law.com;yesi@landsberg-law.com;ilandsberg@ecf.inforuptcy.com
- **Robert S Lawrence**  rlawrence@callahan-law.com, mwalters@callahan-law.com
- **Mitchell B Ludwig**  mbl@kpclegal.com
- **Patricia H Lyon**  phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com
- **Daniel J McCarthy**  dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
- **David W. Meadows**  david@davidwmeadowslaw.com
- **Charles Alex Naegele**  alex@canlawcorp.com, alexcr74753@notify.bestcase.com
- **Victoria Newmark**  vnewmark@pszjlaw.com
- **Laura Palazzolo**  laura.palazzolo@berliner.com, sabina.hall@berliner.com
- **Kimberly A Posin**  kim.posin@lw.com
- **Uzzi O Raanan**  uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- **Kelly M Raftery**  bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- **Jeremy V Richards**  jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- **Mark Romeo**  romeolaw@msn.com
- **Robert M Saunders**  rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- **Paul R Shankman**  pshankman@jhindslaw.com, mduran@jhindslaw.com
- **Timothy J Silverman**  tsilverman@scheerlawgroup.com
- **Lindsey L Smith**  lls@lnbyb.com, lls@ecf.inforuptcy.com
- **Rachel M Sposato**  rsposato@jhindslaw.com, mduran@jhindslaw.com
- **Michael Stein**  mdstein91104@gmail.com
- **Ralph J Swanson**  , sabina.hall@berliner.com
- **Derrick Talerico**  dtalerico@ztlegal.com, maraki@ztlegal.com
- **David A Trinh**  dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com

- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- **Stephen R Wade**   srw@srwadelaw.com, reception@srwadelaw.com
- **Scott L Whitman**   slw@mwlegal.com, holly@mwlegal.com
- **Douglas Wolfe**   dwolfe@asmcapital.com
- **James S Yan**   jsyan@msn.com
- **Hatty K Yip**   hatty.yip@usdoj.gov

## 2. SERVED BY UNITED STATES MAIL:

| | | |
|---|---|---|
| ASM Capital V, L.P. / ASM SPV, L.P. 7600 Jericho Turnpike, Suite 302 Woodbury, NY 11797-1705 | Crystal Waterfalls LLC 1211 E. Garvey Street Covina, CA 91724-3666 | Northern California Mortgage Fund VII, LLC 101 Lucas Valley Road San Rafael, CA 94903-1700 |
| SLBiggs 10960 Wilshire Boulevard, 7th Fl Los Angeles, CA 90024-3710 | U.S. Bank National Association, as Trustee c/o McCarthy & Holthus LLP 1770 Fourth Avenue San Diego, CA 92101-2607 | Shanghai Commercial Bank 5670 Wilshire Blvd., Ste. 2170 Los Angeles, CA 90036-5663 |
| AHA 2012 LLC c/o Olivia Chang 949 Brookgrove Lane Cupertino, CA 95014-4667 | AMF Bowling Centers, Inc. Mark Hatcher, VP of Real Estate 1020 S Baldwin Ave Arcadia, CA 91007-7234 | Los Angeles Division 255 East Temple Street Los Angeles, CA 90012-3332 |
| Alhambra Park LLC 1744 Coach Place Hacienda Heights, CA 91745-3763 | Bank Sino Pac 355 S Grand Ave, Los Angeles, CA 90071-1560 | Blue Sky Communications 17800 Casteton Street #210 Rowland Heights, CA 91748-6743 |
| Brooker Parker LLC 20651 Golden Springs St, #334 Diamond Bar, CA 91789-3866 | Chiu-Mei Chen/Isabel Liu/ Wan-Ting Liu/Wen-Che Liu/ Yu-Fang Liu Chen 2416 Monet Terrace Fremont, CA 94539-2508 | Christopher Deryen Lee/ Lee Living Trust dated 6/23/1987 15997 Grandview Avenue Monte Sereno, CA 95030-3117 |
| Cox Castle & Nicholson LLP Attn: Charles E. Noneman 2029 Century Park East #2100 Los Angeles, CA 90067-3007 | Franchise Tax Board/ Special Procedures Bankruptcy Section MS A340 PO Box 2952 Sacramento, CA 95812-2952 | Faith Hope International Ltd. 238 Houghton Street Mountain View, CA 94041-1318 |
| George Eschoo 702 Marshall Street #500 Redwood City, CA 94063-1826 | Good Special Limited Ltd/ HCL 2011 LLC 238 Houghton Street Mountain View, CA 94041-1318 | Wynne Partners Development 927 Deep Valley Dr, Suite 100 Rolling Hills Estates, CA 90274-3839 |
| Heusing Holdings LLC 1127 Ebbtide Road Corona Del Mar, CA 92625-1402 | Hopkins & Carley, ALC Breck E. Milde, Esq. 70 S. First Street San Jose, CA 95113-2406 | Huesing Holdings LLC 8 Aristotle Irvine, CA 92603-3619 |
| Internal Revenue Service Centralized Insolvency Op. PO Box 7346 Philadelphia PA 19101-7346 | Benjamin Kirk 2648 E Workman Ave #3001-263 West Covina, CA 91791-1604 | JD Brothers LLC 530 Showers Drive, Suite 7-315 Mountain View, CA 94040-4740 |
| HT 2011 REO Management LLC 1181 Spring Hill Way, San Jose San Jose, CA 95120-4238 | Jean Hung 156 Bay View Drive San Carlos, CA 94070-1649 | Jeffrey A Tisdale 2029 Century Park East, Ste 900 Los Angeles CA 90067-2910 |
| Law Offices Of Steven D. Hoffman 563 South Murphy Avenue Sunnyvale, CA 94086-6117 | Los Angeles County Treasurer and Tax Collector PO Box 54110 Los Angeles CA 90054-0110 | Latham & Watkins LLP Mitchell Seider and Marc Zelina 885 Third Ave New York NY 10022-4874 |

| | | |
|---|---|---|
| Lee Walgreens 2013 LLC<br>238 Houghton Street<br>Mountain View, CA 94041-1318 | Lucy Gao<br>3218 E Holt Avenue<br>West Covina, CA 91791-2310 | Richbest Holding LLC<br>c/o Minya Jessica Chang<br>3832 Sequoia Creek Court<br>San Jose CA 95121-3205 |
| Richbest Holding LLC<br>Minyu Jessica Chang<br>803 Pilgram Loop<br>Fremont, CA 94539-6289 | Pioneer Gen Eng Contractors Inc<br>c/o Robert T. Bryson Esq<br>10100 Santa Monica Blvd 12 Fl<br>Los Angeles, CA 90067-4003 | Northern CA Mtg. Fund VII LLC<br>101 Lucas Valley Rd.<br>San Rafael, CA 94903-1791 |
| PA One LLC<br>238 Houghton Street<br>Mountain View, CA 94041-1318 | Remy Associates Inc.<br>677 Washington Blvd.<br>Stamford, CT 06901-3707 | YCJS 2012 LLC<br>c/o Yuchi Wang<br>13566 Toni Ann Place<br>Saratoga, CA 95070-4852 |
| Shanghai Commercial Bank Ltd.<br>383 E Valley Blvd<br>Alhambra, CA 91801-5135 | Santa Clara Tax Collector<br>70 W Hedding St.<br>San Jose, CA 95110-1767 | US SEC<br>Los Angeles Regional Office<br>444 South Flower Street 9th Fl<br>Los Angeles CA 90071-2934 |
| Smart Gear Development Ltd.<br>238 Houghton Street<br>Mountain View, CA 94041-1318 | Brenda K. Radmacher, Esq.<br>Wood, Smith, Henning & Berman, LLP<br>505 N. Brand Blvd, Suite 1100<br>Glendale, CA 91203 | Union Square 117 Project LLC<br>One Montgomery St, Suite 3000<br>San Francisco, CA 94104-5500 |
| Washe LLC<br>702 Marshall Street #500<br>Redwood City, CA 94063-1826 | Alfred E Valladares<br>10246 Newville Ave<br>Downey, CA 90241-3037 | |

## 3. SERVED BY OVERNIGHT MAIL

Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
Edward R. Roybal Federal Building and Courthouse
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

## 4. SERVED BY EMAIL

Derrick Talerico on behalf of Defendant Benjamin Kirk
dtalerico@ztlegal.com

Stephen R Wade on behalf of Cross Defendant Lucy Gao
srw@srwadelaw.com,

3