| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| David S. Henshaw SBN 271226<br>HENSHAW LAW OFFICE<br>1871 The Alameda, Suite 333<br>San Jose, CA 95126<br>(408) 533-1075<br>(408) 583-4016 FAX<br>info@henshawlaw.com | |

☐ Individual *appearing without an attorney*
☒ Attorney for: Claimants AHA 2012 LLC, et al.

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA -** LOS ANGELES DIVISION

| In re:<br>LIBERTY ASSET MANAGEMENT CORPORATION<br><br>Debtor(s) | CASE NO.: 2:16-bk-13575<br>CHAPTER: 11<br><br>**NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]): MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING BANKRUPTCY CASES |
|---|---|

PLEASE TAKE NOTE that the order titled Order Denying Motion for Order Substantively Consolidating Bankruptcy Cases

was lodged on (*date*) 2/15/2019 and is attached. This order relates to the motion which is docket number 893.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
1871 The Alameda, Suite 333, San Jose, CA 95126

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 2/15/2019, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Jeremy Richards  
Pachulski Stang Ziehl & Jones LLP  
10100 Santa Monica Blvd, 13th Floor  
Los Angeles, CA 90067

David Golubchik  
Levene, Neale, Bender, Yoo & Brill LLP  
10250 Constellation Blvd, Suite 1700  
Los Angeles, CA 90067

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 2/15/2019 | Kate Ibarra | /s/ Kate Ibarra |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

Alexandre I Cornelius on behalf of Defendant Mel Canyon LLC
aicornelius@costell-law.com, ssaad@costell-law.com; mharris@costell-law.com; jstambaugh@costell-law.com; ladelson@costell-law.com; jlcostell@costell-law.com

Alexandre I Cornelius on behalf of Interested Party Lucy Gao
aicornelius@costell-law.com, ssaad@costelllaw.com; mharris@costelllaw.com; jstambaugh@costelllaw.com; ladelson@costell-law.com; jlcostell@costell-law.com

Alexandre I Cornelius on behalf of Defendant Lowridge Place, LLC
aicornelius@costell-law.com,ssaad@costell-law.com; mharris@costell-law.com; jstambaugh@costell-law.com; ladelson@costell-law.com; jlcostell@costell-law.com

Alexandre I Cornelius on behalf of Defendant Lucy Gao
aicornelius@costell-law.com, ssaad@costell-law.com; mharris@costell-law.com; jstambaugh@costell-law.com; ladelson@costell-law.com; jlcostell@costell-law.com

Alexandre I Cornelius on behalf of Defendant Golden Field Investment LLC
aicornelius@costell-law.com, ssaad@costell-law.com; mharris@costelllaw.com; jstambaugh@costell-law.com;ladelson@costell-law.com; jlcostell@costell-law.com

Alexandre I Cornelius on behalf of Defendant RH Investment LLC
aicornelius@costell-law.com, ssaad@costell-law.com;mharris@costell-law.com;jstambaugh@costell-law.com;ladelson@costell-law.com; jlcostell@costell-law.com

Barry S Glaser on behalf of Creditor Los Angeles County Treasurer & Tax Collector
bglaser@swesq.com, erhee@swesq.com

Barry S Glaser on behalf of Interested Party Courtesy NEF
bglaser@swesq.com, erhee@swesq.com

Charles Alex Naegele on behalf of Creditor JD Brothers LLC
alex@canlawcorp.com, alexcr74753@notify.bestcase.com

Cynthia Futter on behalf of Defendant Lantern Brands, Inc., a California Corporation
cfutter@futterwells.com

Cynthia Futter on behalf of Defendant Blue Sky Communications, Inc., a Delaware Corporation
cfutter@futterwells.com

Cynthia Futter on behalf of Defendant TT Investment Los Angeles Fund I, LLC, a California limited liability company cfutter@futterwells.com

Daniel J McCarthy on behalf of Creditor Washe LLC
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Jean Hung
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Yu-Fang Liu Chen
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor George Eshoo
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Chiu-Mei Chen
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Chin-I Tu
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Wan-Ting Liu
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Remy Associates, Inc.
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Wen-Che Liu
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Great Vista Real Estate Investment Corporation
 dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Heusing Holdings LLC
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor HT 2011 REO Management LLC
dmccarthy@hillfarrer.com,spadilla@hillfarrer.com; docket@hillfarrer.com

Daniel J McCarthy on behalf of Creditor Brook Parker LLC
dmccarthy@hillfarrer.com, spadilla@hillfarrer.com; docket@hillfarrer.com

David A Trinh on behalf of Defendant Sonia Chiou
dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com

David A Trinh on behalf of Respondent Sonia Chiou
dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com

David B Golubchik on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Plaintiff 10TH STREET SANTA MONICA PROJECT, LLC
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
dbg@lnbyb.com,dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Creditor Levene, Neale, Bender, Yoo & Brill L.L.P.
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Debtor Liberty Asset Management Corporation
dbg@lnbyb.com,dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Other Professional SierraConstellation Partners, LLC
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David B Golubchik on behalf of Plaintiff Liberty Asset Management Corporation
dbg@lnbyb.com, dbg@ecf.inforuptcy.com

David W. Meadows on behalf of Attorney David W. Meadows
david@davidwmeadowslaw.com

David W. Meadows on behalf of Interested Party Courtesy NEF
david@davidwmeadowslaw.com

Derrick Talerico on behalf of Interested Party Benjamin Kirk
dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com

Derrick Talerico on behalf of Defendant Benjamin Kirk
dtalerico@ztlegal.com, maraki@ztlegal.com, sfritz@ztlegal.com

Derrick Talerico on behalf of Interested Party Board of Directors of Liberty Asset Management Corporation
dtalerico@ztlegal.com, maraki@ztlegal.com, sfritz@ztlegal.com

Douglas Wolfe on behalf of Creditor ASM SPV, L.P.
dwolfe@asmcapital.com

Douglas Wolfe on behalf of Creditor ASM Capital V, L.P.
dwolfe@asmcapital.com

Eve H Karasik on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
ehk@lnbyb.com

Eve H Karasik on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
ehk@lnbyb.com

Eve H Karasik on behalf of Debtor Liberty Asset Management Corporation
ehk@lnbyb.com

Gail S Greenwood on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Plaintiff Official Committee of Unsecured Creditors for Liberty Asset Management Corporation
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Creditor Committee Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Other Professional Bradley D. Sharp ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Plaintiff Bradley D. Sharp ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Creditor Committee Official Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Creditor Committee Chair Committee Of Unsecured Creditors
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Plaintiff Liberty Asset Management Corporation
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Gail S Greenwood on behalf of Plaintiff Official Unsecured Creditors Committee for Liberty Asset Management Corporation
ggreenwood@pszjlaw.com, rrosales@pszjlaw.com

Hatty K Yip on behalf of U.S. Trustee United States Trustee (LA)
hatty.yip@usdoj.gov

Ian Landsberg on behalf of Interested Party Crystal Waterfalls LLC ian@landsberg-law.com, casey@landsberg-law.com; lisa@landsberg-law.com; diana@landsberglaw.com; yesi@landsberg-law.com; ilandsberg@ecf.inforuptcy.com

Irving M Gross on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
img@lnbyb.com, john@lnbyb.com

James Andrew Hinds, Jr on behalf of Creditor Minyu Jessica Chang
jhinds@jhindslaw.com, mduran@jhindslaw.com

James Andrew Hinds, Jr on behalf of Creditor Great Vista Real Estate Investment Corporation
jhinds@jhindslaw.com, mduran@jhindslaw.com

James Andrew Hinds, Jr on behalf of Interested Party Shelby Ho a/k/a Tsai Luan Ho
jhinds@jhindslaw.com, mduran@jhindslaw.com

James Andrew Hinds, Jr on behalf of Creditor Richbest Holding, LLC
jhinds@jhindslaw.com, mduran@jhindslaw.com

James Andrew Hinds, Jr on behalf of Defendant SHELBY HO, aka TSAI-LUAN HO
jhinds@jhindslaw.com, mduran@jhindslaw.com

James Andrew Hinds, Jr on behalf of Defendant Tsai Luan Ho
jhinds@jhindslaw.com, mduran@jhindslaw.com

James Andrew Hinds, Jr on behalf of Interested Party Courtesy NEF
jhinds@jhindslaw.com, mduran@jhindslaw.com

James Andrew Hinds, Jr on behalf of Creditor Washe LLC
jhinds@jhindslaw.com, mduran@jhindslaw.com

James S Yan on behalf of Creditor Union Square 117 Project LLC
jsyan@msn.com

James S Yan on behalf of Creditor Smart Gear Development Ltd.
jsyan@msn.com

James S Yan on behalf of Creditor Lee Walgreens 2013 LLC
jsyan@msn.com

James S Yan on behalf of Creditor PA One, LLC
jsyan@msn.com

James S Yan on behalf of Creditor Faith Hope International Ltd.
jsyan@msn.com

James S Yan on behalf of Interested Party Courtesy NEF
jsyan@msn.com

James S Yan on behalf of Creditor HCL 2011 LLC
jsyan@msn.com

James S Yan on behalf of Creditor Good Special International Ltd.
jsyan@msn.com

Jeffrey Lee Costell on behalf of Interested Party Courtesy NEF
jlcostell@costell-law.com, aicornelius@costell-law.com;
ssaad@costelllaw.com;mharris@costell-law.com; smcduffie@costell-law.com;
jstambaugh@costell-law.com

Jeffrey S Kwong on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Debtor Liberty Asset Management Corporation
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Plaintiff 10TH STREET SANTA MONICA PROJECT, LLC
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Plaintiff Liberty Asset Management Corporation
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeffrey S Kwong on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
jsk@lnbyb.com, jsk@ecf.inforuptcy.com

Jeremy V Richards on behalf of Creditor Committee Chair Committee Of Unsecured Creditors
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jeremy V Richards on behalf of Creditor Committee Committee Of Unsecured Creditors
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jeremy V Richards on behalf of Plaintiff Bradley D. Sharp
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jeremy V Richards on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jeremy V Richards on behalf of Creditor Committee Official Committee Of Unsecured Creditors
jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com

Jeremy V Richards on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims
jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com

Jeremy V Richards on behalf of Other Professional Bradley D. Sharp
jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com

Jeremy V Richards on behalf of Attorney Pachulski Stang Ziehl & Jones LLP
jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com

Jeremy V Richards on behalf of Plaintiff Official Committee of Unsecured Creditors for Liberty Asset Management Corporation
jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com

Jeremy V Richards on behalf of Plaintiff Official Unsecured Creditors Committee for Liberty Asset Management Corporation
jrichards@pszjlaw.com, bdassa@pszjlaw.com; imorris@pszjlaw.com

John H Choi on behalf of Interested Party Courtesy NEF
johnchoi@kpcylaw.com, christinewong@kpcylaw.com; aleeshim@kpcylaw.com

John-Patrick M Fritz on behalf of Plaintiff Liberty Asset Management Corporation
jpf@lnbyb.com

John-Patrick M Fritz on behalf of Defendant LIBERTY ASSET MANAGEMENT CORPORATION
 jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Debtor Liberty Asset Management Corporation
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

John-Patrick M Fritz on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com

Julie A Esposito on behalf of Defendant MAXWELL REAL ESTATE INVESTMENT LLC
cesarjuliem@yahoo.com, sensberg@aol.com

Julie A Esposito on behalf of Counter-Claimant MAXWELL REAL ESTATE INVESTMENT LLC
cesarjuliem@yahoo.com, sensberg@aol.com

Julie A Esposito on behalf of Defendant CHUNBO ZHANG a/k/a GEORGE ZHANG
cesarjuliem@yahoo.com, sensberg@aol.com

Julie A Esposito on behalf of Defendant CHENHAN WU a/k/a CHENG HAN WU a/k/a HUGO WU
cesarjuliem@yahoo.com, sensberg@aol.com

Julie A Esposito on behalf of Creditor Maxwell Real Estate Investment, LLC et al.
cesarjuliem@yahoo.com, sensberg@aol.com

Kelly M Raftery on behalf of Creditor U.S. Bank National Association, as Trustee for Adjustable Rate Mortgages Trust 2007-2 Mortgage Pass-Through Certificates, Series 2007-2
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Kelly M Raftery on behalf of Interested Party Courtesy NEF
bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com

Kimberly A Posin on behalf of Defendant Hieu Tai Tran
kim.posin@lw.com

Kyra E Andrassy on behalf of Interested Party Courtesy NEF
kandrassy@swelawfirm.com, csheets@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com

Kyra E Andrassy on behalf of Creditor Huesing Holdings LLC
kandrassy@swelawfirm.com, csheets@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com

Laura Palazzolo on behalf of Plaintiff ELSV, LLC
laura.palazzolo@berliner.com, sabina.hall@berliner.com

Laura Palazzolo on behalf of Defendant ELSV LLC
laura.palazzolo@berliner.com, sabina.hall@berliner.com

Laura Palazzolo on behalf of Creditor ELSV, LLC
laura.palazzolo@berliner.com, sabina.hall@berliner.com

Laura Palazzolo on behalf of Defendant David Tsang
laura.palazzolo@berliner.com,sabina.hall@berliner.com

Laura Palazzolo on behalf of Defendant ELSV, LLC a California Limited Liability Company
laura.palazzolo@berliner.com, sabina.hall@berliner.com

Laura Palazzolo on behalf of Defendant Cathy Tsang
laura.palazzolo@berliner.com, sabina.hall@berliner.com

Laura Palazzolo on behalf of Defendant Steven Tsang
laura.palazzolo@berliner.com,sabina.hall@berliner.com

Lei Lei Wang Ekvall on behalf of Interested Party Courtesy NEF
lekvall@swelawfirm.com, csheets@swelawfirm.com; gcruz@swelawfirm.com; jchung@swelawfirm.com

Linda Kim on behalf of Special Counsel TISDALE & NICHOLSON LLP, a California Limited Liability Partnership
lkim@t-nlaw.com, lkim@t-nlaw.com

Linda Kim on behalf of Plaintiff Liberty Asset Management Corporation
lkim@t-nlaw.com, lkim@t-nlaw.com

Lindsey L Smith on behalf of Plaintiff LIBERTY ASSET MANAGEMENT CORPORATION
lls@lnbyb.com, lls@ecf.inforuptcy.com

Mark Romeo on behalf of Creditor Northern California Mortgage Fund VII, LLC
romeolaw@msn.com

Michael Stein on behalf of Special Counsel TISDALE & NICHOLSON LLP, a California Limited Liability Partnership
mdstein91104@gmail.com

Michael Stein on behalf of Other Professional Bradley D. Sharp
mdstein91104@gmail.com

Michael Stein on behalf of Plaintiff Liberty Asset Management Corporation
mdstein91104@gmail.com

Mitchell B Ludwig on behalf of Other Professional Bradley D. Sharp
mbl@kpclegal.com

Mitchell B Ludwig on behalf of Plaintiff Bradley D. Sharp
mbl@kpclegal.com

Mitchell B Ludwig on behalf of Plaintiff Official Committee of Unsecured Creditors for Liberty Asset Management Corporation
mbl@kpclegal.com

Oscar Estrada on behalf of Creditor Los Angeles County Treasurer & Tax Collector
oestrada@ttc.lacounty.gov

Patricia H Lyon on behalf of Creditor Nixon Peabody LLP
phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com

Paul R Shankman on behalf of Interested Party Courtesy NEF
pshankman@jhindslaw.com, mduran@jhindslaw.com

Paul R Shankman on behalf of Defendant Tsai Luan Ho
pshankman@jhindslaw.com, mduran@jhindslaw.com

Rachel M Sposato on behalf of Interested Party Courtesy NEF
rsposato@jhindslaw.com, mduran@jhindslaw.com

Rachel M Sposato on behalf of Defendant Tsai Luan Ho
rsposato@jhindslaw.com, mduran@jhindslaw.com

Ralph J Swanson on behalf of Defendant Steven Tsang
sabina.hall@berliner.com

Ralph J Swanson on behalf of Defendant David Tsang
sabina.hall@berliner.com

Ralph J Swanson on behalf of Defendant ELSV LLC
sabina.hall@berliner.com

Ralph J Swanson on behalf of Defendant Cathy Tsang
sabina.hall@berliner.com

Raphael Cung on behalf of Debtor Liberty Asset Management Corporation
rcung@callahan-law.com, jeggleston@callahan-law.com; deisenbrey@callahanlaw.com; mmartinez@callahan-law.com

Robert M Saunders on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims
rsaunders@pszjlaw.com, rsaunders@pszjlaw.com

Robert S Altagen on behalf of Defendant SCG America Group, Inc.
robertaltagen@altagenlaw.com

Robert S Lawrence on behalf of Interested Party Courtesy NEF
rlawrence@callahan-law.com, mwalters@callahan-law.com

Sandford L. Frey on behalf of Debtor Liberty Asset Management Corporation
sfrey@leechtishman.com, jabrams@leechtishman.com; dmulvaney@leechtishman.com

Sara Chenetz on behalf of Interested Party Courtesy NEF
schenetz@perkinscoie.com, dlax@perkinscoie.com; cmallahi@perkinscoie.com

Scott L Whitman on behalf of Attorney Scott Whitman
slw@mwlegal.com, holly@mwlegal.com

Scott L Whitman on behalf of Interested Party Courtesy NEF
slw@mwlegal.com, holly@mwlegal.com

Scott L Whitman on behalf of Creditor Shanghai Commercial Bank
slw@mwlegal.com, holly@mwlegal.com

Stephen R Wade on behalf of Defendant Green Oak Asset Management LLC
srw@srwadelaw.com, reception@srwadelaw.com

Stephen R Wade on behalf of Defendant Bridgestream Management, LLC
srw@srwadelaw.com, reception@srwadelaw.com

Stephen R Wade on behalf of Interested Party Lucy Gao
srw@srwadelaw.com, reception@srwadelaw.com

Stephen R Wade on behalf of Defendant LUCY GAO, aka XIANGXIN GAO, aka XIANG XIN GAO, aka LUCY G. SHE, aka FEI L. GAO  srw@srwadelaw.com, reception@srwadelaw.com

Stephen R Wade on behalf of Defendant Lucy Gao  srw@srwadelaw.com, reception@srwadelaw.com

Stephen R Wade on behalf of Defendant East Heights LLC  srw@srwadelaw.com, reception@srwadelaw.com

Stephen R Wade on behalf of Cross Defendant Lucy Gao  srw@srwadelaw.com, reception@srwadelaw.com

Timothy J Silverman on behalf of Interested Party Courtesy NEF
tsilverman@scheerlawgroup.com

United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov

Uzzi O Raanan, ESQ on behalf of Defendant TA-LIN HSU
uor@dgdk.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant HANDING HOLDING
uor@dgdk.com, DanningGill@gmail.com; uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Defendant TLH REO MANAGEMENT LLC
uor@dgdk.com, DanningGill@gmail.com; uraanan@ecf.inforuptcy.com

Uzzi O Raanan, ESQ on behalf of Interested Party Courtesy NEF
uor@dgdk.com, DanningGill@gmail.com; uraanan@ecf.inforuptcy.com

Victoria Newmark on behalf of Creditor Committee Committee of Creditors Holding Unsecured Claims   vnewmark@pszjlaw.com

William Crockett on behalf of Plaintiff Benny James Kirk
wec@weclaw.com, ksa@weclaw.com

David S. Henshaw SBN 271226
HENSHAW LAW OFFICE
1871 The Alameda
Suite 333
San Jose, CA 95126
(408) 533-1075
(408) 583-4016 Fax

Attorney for Creditors
AHA 2012, LLC, YCJS 2012 LLC, The
Lee Living Trust dated 06/23/1987, and
Christopher Deryen Lee

UNITED STATE BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re: | ) Case No. 2:16-bk-13575-ER |
| | ) |
| LIBERTY ASSET MANAGEMENT CORPORATION, | ) Chapter 11 |
| | ) |
| Debtor. | ) **ORDER DENYING MOTION FOR ORDER SUBSTANTIVELY CONSOLIDATING BANKRUPTCY CASES** |
| | ) |
| | ) Date: February 13, 2019 |
| | ) Time: 10:00 a.m. |
| | ) Place: Courtroom 1568 |
| | )         255 E. Temple Street |
| | )         Los Angeles, CA 90012 |
| | ) |
| | ) Judge: Honorable Ernest M. Robles |

1    On January 17, 2019, Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation (the "Plan Administrator") filed a Motion for Order Substantively Consolidating Bankruptcy Cases (the "Motion"), as Docket Number 893. Through the Motion, the Plan Administrator sought to substantively consolidate the bankruptcy cases of Debtor LIBERTY ASSET MANAGEMENT CORPORATION ("Debtor") and the related Chapter 11 bankruptcy case of Oak River Asset Management LLC, Central District Bankruptcy Court Case Number 2:16-bk-19233-ER ("Oak River").

On January 30, 2019, AHA 2012, LLC, YCJS 2012 LLC, The Lee Living Trust dated 06/23/1987, and Christopher Deryen Lee ("Claimants"), all claimants in both Debtor's case and the case of Oak River, filed their Opposition to Motion for Order Substantively Consolidating Bankruptcy Case (the "Opposition"). In the Opposition, Claimants sought to have the cases and assets of Debtor and Oak River be administered separately.

On February 6, 2019, the Plan Administrator filed a Reply Brief in Support of Motion for Order Substantively Consolidating Bankruptcy Cases.

This Court issued a tentative ruling denying the Motion on February 12, 2019 (Docket Number 904). On February 13, 2019, the Court heard arguments for an against the Motion. Jeremy V. Richards of Pachulski Stang Ziehl & Jones LLP appeared on behalf of the Plan Administrator. David S. Henshaw appeared on behalf of Claimants. David B. Golubchik of Levene, Neale, Bender Yoo & Brill LLP appeared for Debtor.

For the reasons stated on the record, IT IS HEREBY ORDER THAT:

The Court adopts its tentative ruling (Docket Number 904) as its order. The Motion is DENIED.

###