| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| TIMOTHY J. SILVERMAN, #145264<br>85 ARGONAUT, SUITE 202<br>ALISO VIEJO, CA 92656<br>TELEPHONE: (949) 263-8757<br>FACSIMILE: (949) 308-7373<br>TSILVERMAN@SCHEERLAWGROUP.COM<br><br>☑ *Attorney for* CREDITOR | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re

                                                    Debtor(s),

                                                    Plaintiff(s),

VS.

                                                    Debtor(s).

CHAPTER

CASE NUMBER

☐ ADVERSARY NUMBER (if applicable)
☑ See attached list for multiple cases that require an update to the attorneys information

# NOTICE OF ATTORNEY CHANGE OF ADDRESS OR LAW FIRM
(See page 2 for additional requirements)

The following information must be provided:

I, __TIMOTHY J. SILVERMAN__, __145264__, __tsilverman@scheerlawgroup.com__
       *Name*                          *Bar ID Number*              *E-Mail Address*

☐ am **counsel of record** or
☐ **out-of-state attorney** in the above-entitled cause of action for the following party(s) *(single case)*

---

☑ am **counsel of record** or
☐ **out of state attorney** on all cases listed as an attachment to this form *(multiple cases)*

and am requesting the following change(s):

### PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to_____
New Firm/Government Agency Name_____
New Address_85 ARGONAUT, SUITE 202, ALISO VIEJO, CA 92656_____
New Telephone Number_____New Facsimile Number _(949) 308-7373___
New E-Mail Address_____

---

Notice of Change of Address or Law Firm

(September 2009)

**SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:**

### ☑ TO UPDATE NAME, ADDRESS OR FIRM INFORMATION:
☑ I am providing the new information above pursuant to Local Rule 2091-1 to be updated on the above-entitled cause of action and/or all cases listed on the attachment.

### ☐ TO BE TERMINATED FROM THE CASE:**
☐ I am, or
☐ the aforementioned attorney from my firm is no longer counsel of record in the above-entitled cause of action and/or all cases listed on the attachment.

**Note**: Attorneys for parties are **never** deleted from a case in order to maintain historical data.

### CHECK ONE BOX
☐ The order relieving me/the aforementioned attorney from my firm was entered on:_____
☐ There is/are other attorney(s) from the undersigned attorney's law firm/government agency who is/are counsel of record in this case.
☐ I am, or
☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this/these case(s).

**This form *cannot* be used as a substitution of attorney form. For substitution of attorney procedures please refer to Local Bankruptcy Rule 2091-1 and form F2090-1.4, *Substitution of Attorney*. At least one member of the firm/government agency MUST continue to represent and receive service for the parties indicated in this action.

Dated: 6/20/19                              /s/TIMOTHY J. SILVERMAN
                                            Signature of Present Attorney

IF YOUR FIRM IS **NOT** ALREADY PART OF THIS ACTION AND ARE ASSOCIATING IN AS COUNSEL OF RECORD A **NOTICE OF APPEARANCE** PURSUANT TO F.R.B.P. 9010(b) SHOULD BE FILED. IF YOU ARE GOING TO APPEAR PRO HAC VICE, A SEPARATE **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** MUST BE FILED PURSUANT TO LBR 2090-1(b).

PLEASE NOTE: CM/ECF users must file this *Notice of Change of Address or Law Firm* separately and electronically for every pending case pursuant to Local Bankruptcy Rule 2091-1. Please refer to the procedures posted on the Court's website on how to file this notice for single or multiple cases. The court will update the case information once filed.