United States Bankruptcy Court
Central District of California

In re:                                                                    Case No. 16-13575-ER
Liberty Asset Management Corporation                                       Chapter 11
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-2          User: admin              Page 1 of 5             Date Rcvd: Jun 26, 2019
                              Form ID: pdf042          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2019.
db             +Liberty Asset Management Corporation,    2648 E. Workman Avenue #3001-263,
                 West Covina, CA 91791-1604

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2019 at the address(es) listed below:
          Alexandre I Cornelius    on behalf of Defendant    Mel Canyon LLC aicornelius@costell-law.com,
           alex.cornelius100@gmail.com
          Alexandre I Cornelius    on behalf of Interested Party Lucy  Gao aicornelius@costell-law.com,
           alex.cornelius100@gmail.com
          Alexandre I Cornelius    on behalf of Defendant    Lowridge Place, LLC aicornelius@costell-law.com,
           alex.cornelius100@gmail.com
          Alexandre I Cornelius    on behalf of Defendant Lucy  Gao aicornelius@costell-law.com,
           alex.cornelius100@gmail.com
          Alexandre I Cornelius    on behalf of Defendant    Golden Field Investment LLC
           aicornelius@costell-law.com,   alex.cornelius100@gmail.com
          Alexandre I Cornelius    on behalf of Defendant    RH Investment LLC aicornelius@costell-law.com,
           alex.cornelius100@gmail.com
          Barry S Glaser    on behalf of Creditor    Los Angeles County Treasurer & Tax  Collector
           bglaser@swesq.com,   erhee@swesq.com
          Barry S Glaser    on behalf of Interested Party    Courtesy NEF bglaser@swesq.com,   erhee@swesq.com
          Charles Alex Naegele    on behalf of Creditor    JD Brothers LLC alex@canlawcorp.com,
           alexcr74753@notify.bestcase.com
          Cynthia  Futter    on behalf of Defendant    Lantern Brands, Inc., a California Corporation
           cfutter@futterwells.com
          Cynthia  Futter    on behalf of Defendant    Blue Sky Communications, Inc., a Delaware Corporation
           cfutter@futterwells.com
          Cynthia  Futter    on behalf of Defendant    TT Investment Los Angeles Fund I, LLC, a California
           limited liability company cfutter@futterwells.com
          Daniel J McCarthy    on behalf of Creditor    Washe LLC dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor Jean  Hung dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor Yu-Fang Liu  Chen dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor George  Eshoo dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor Chiu-Mei  Chen dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor Chin-I  Tu dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor Wan-Ting  Liu dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor    Remy Associates, Inc. dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com
          Daniel J McCarthy    on behalf of Creditor Wen-Che  Liu dmccarthy@hillfarrer.com,
           spadilla@hillfarrer.com;docket@hillfarrer.com

```
District/off: 0973-2              User: admin              Page 2 of 5              Date Rcvd: Jun 26, 2019
                                  Form ID: pdf042          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

      Daniel J McCarthy   on behalf of Creditor   Great Vista Real Estate Investment Corporation dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
      Daniel J McCarthy   on behalf of Creditor   Heusing Holdings LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
      Daniel J McCarthy   on behalf of Creditor   HT 2011 REO Management LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
      Daniel J McCarthy   on behalf of Creditor   Brook Parker LLC dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;docket@hillfarrer.com
      David A Trinh   on behalf of Defendant Sonia Chiou dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com
      David A Trinh   on behalf of Respondent Sonia Chiou dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com
      David B Golubchik   on behalf of Defendant   LIBERTY ASSET MANAGEMENT CORPORATION dbg@lnbyb.com, dbg@ecf.inforuptcy.com
      David B Golubchik   on behalf of Plaintiff   10TH STREET SANTA MONICA PROJECT, LLC dbg@lnbyb.com, dbg@ecf.inforuptcy.com
      David B Golubchik   on behalf of Plaintiff   LIBERTY ASSET MANAGEMENT CORPORATION dbg@lnbyb.com, dbg@ecf.inforuptcy.com
      David B Golubchik   on behalf of Creditor   Levene, Neale, Bender, Yoo & Brill L.L.P. dbg@lnbyb.com, dbg@ecf.inforuptcy.com
      David B Golubchik   on behalf of Debtor   Liberty Asset Management Corporation dbg@lnbyb.com, dbg@ecf.inforuptcy.com
      David B Golubchik   on behalf of Other Professional   SierraConstellation Partners, LLC dbg@lnbyb.com, dbg@ecf.inforuptcy.com
      David B Golubchik   on behalf of Plaintiff   Liberty Asset Management Corporation dbg@lnbyb.com, dbg@ecf.inforuptcy.com
      David S Henshaw   on behalf of Plaintiff   FRANK LEE, Co-Trustee of THE LEE LIVING TRUST DATED 6/23/1987 david@henshawlaw.com, info@henshawlaw.com
      David S Henshaw   on behalf of Plaintiff   AHA 2012 LLC david@henshawlaw.com, info@henshawlaw.com
      David S Henshaw   on behalf of Plaintiff   YCJS 2012 LLC david@henshawlaw.com, info@henshawlaw.com
      David S Henshaw   on behalf of Plaintiff   CHRISTOPHER D. LEE david@henshawlaw.com, info@henshawlaw.com
      David S Henshaw   on behalf of Interested Party Frank Lee david@henshawlaw.com, info@henshawlaw.com
      David S Henshaw   on behalf of Creditor   YCJS 2012 LLC david@henshawlaw.com, info@henshawlaw.com
      David W. Meadows   on behalf of Interested Party   Courtesy NEF david@davidwmeadowslaw.com
      David W. Meadows   on behalf of Attorney David W. Meadows david@davidwmeadowslaw.com
      Derrick Talerico   on behalf of Interested Party Benjamin Kirk dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com
      Derrick Talerico   on behalf of Defendant Benjamin Kirk dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com
      Derrick Talerico   on behalf of Interested Party   Board of Directors of Liberty Asset Management Corporation dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com
      Douglas Wolfe   on behalf of Creditor   ASM SPV, L.P. dwolfe@asmcapital.com
      Douglas Wolfe   on behalf of Creditor   ASM Capital V, L.P. dwolfe@asmcapital.com
      Eve H Karasik   on behalf of Plaintiff   LIBERTY ASSET MANAGEMENT CORPORATION ehk@lnbyb.com
      Eve H Karasik   on behalf of Defendant   LIBERTY ASSET MANAGEMENT CORPORATION ehk@lnbyb.com
      Eve H Karasik   on behalf of Debtor   Liberty Asset Management Corporation ehk@lnbyb.com
      Gail S Greenwood   on behalf of Plaintiff   LIBERTY ASSET MANAGEMENT CORPORATION ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Plaintiff   Official Committee of Unsecured Creditors for Liberty Asset Management Corporation ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Creditor Committee   Committee Of Unsecured Creditors ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Plaintiff   Bradley D. Sharp ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Other Professional Bradley D. Sharp ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Plaintiff Bradley D. Sharp ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Creditor Committee   Official Committee Of Unsecured Creditors ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Creditor Committee Chair   Committee Of Unsecured Creditors ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Plaintiff   Liberty Asset Management Corporation ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Creditor Committee   Committee of Creditors Holding Unsecured Claims ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Plaintiff Bradley Sharp ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Gail S Greenwood   on behalf of Plaintiff   Official Unsecured Creditors Committee for Liberty Asset Management Corporation ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
      Hatty K Yip   on behalf of U.S. Trustee   United States Trustee (LA) hatty.yip@usdoj.gov
      Ian Landsberg   on behalf of Interested Party   Crystal Waterfalls LLC ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com
      Irving M Gross   on behalf of Plaintiff   LIBERTY ASSET MANAGEMENT CORPORATION img@lnbyb.com, john@lnbyb.com

```
District/off: 0973-2           User: admin              Page 3 of 5                   Date Rcvd: Jun 26, 2019
                               Form ID: pdf042          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              James Andrew Hinds, Jr    on behalf of Creditor Minyu Jessica Chang jhinds@jhindslaw.com,
               mduran@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Creditor    Great Vista Real Estate Investment Corporation
               jhinds@jhindslaw.com,    mduran@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Interested Party Shelby  Ho a/k/a Tsai Luan Ho
               jhinds@jhindslaw.com,    mduran@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Creditor    Richbest Holding, LLC jhinds@jhindslaw.com,
               mduran@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Defendant    SHELBY HO, aka TSAI-LUAN HO
               jhinds@jhindslaw.com,    mduran@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Defendant Tsai Luan Ho jhinds@jhindslaw.com,
               mduran@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Interested Party    Courtesy NEF jhinds@jhindslaw.com,
               mduran@jhindslaw.com
              James Andrew Hinds, Jr    on behalf of Creditor    Washe LLC jhinds@jhindslaw.com,
               mduran@jhindslaw.com
              James S Yan    on behalf of Creditor    Union Square 117 Project LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    Smart Gear Development Ltd. jsyan@msn.com
              James S Yan    on behalf of Creditor    Lee Walgreens 2013 LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    PA One, LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    Faith Hope International Ltd. jsyan@msn.com
              James S Yan    on behalf of Interested Party    Courtesy NEF jsyan@msn.com
              James S Yan    on behalf of Creditor    HCL 2011 LLC jsyan@msn.com
              James S Yan    on behalf of Creditor    Good Special International Ltd. jsyan@msn.com
              Jeffrey Lee Costell    on behalf of Interested Party    Courtesy NEF jlcostell@costell-law.com,
               aicornelius@costell-law.com;ssaad@costell-law.com;mharris@costell-law.com;smcduffie@costell-law.c
               om;jstambaugh@costell-law.com
              Jeffrey S Kwong    on behalf of Defendant    LIBERTY ASSET MANAGEMENT CORPORATION jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Debtor    Liberty Asset Management Corporation jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Plaintiff    10TH STREET  SANTA MONICA PROJECT, LLC jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Plaintiff    Liberty Asset Management Corporation jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeffrey S Kwong    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION jsk@lnbyb.com,
               jsk@ecf.inforuptcy.com
              Jeremy V Richards    on behalf of Creditor Committee Chair    Committee Of Unsecured Creditors
               jrichards@pszjlaw.com,    bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Creditor Committee    Committee Of Unsecured Creditors
               jrichards@pszjlaw.com,    bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Plaintiff    Bradley D. Sharp jrichards@pszjlaw.com,
               bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION
               jrichards@pszjlaw.com,    bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Creditor Committee    Official Committee Of Unsecured Creditors
               jrichards@pszjlaw.com,    bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Creditor Committee    Committee of Creditors Holding Unsecured
               Claims jrichards@pszjlaw.com,    bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Other Professional Bradley D. Sharp jrichards@pszjlaw.com,
               bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Attorney    Pachulski Stang Ziehl & Jones LLP
               jrichards@pszjlaw.com,    bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Plaintiff    Official Committee of Unsecured Creditors for
               Liberty Asset Management Corporation jrichards@pszjlaw.com,
               bdassa@pszjlaw.com;imorris@pszjlaw.com
              Jeremy V Richards    on behalf of Plaintiff    Official Unsecured Creditors Committee for Liberty
               Asset Management Corporation jrichards@pszjlaw.com,    bdassa@pszjlaw.com;imorris@pszjlaw.com
              John H Choi    on behalf of Interested Party    Courtesy NEF johnchoi@kpcylaw.com,
               christinewong@kpcylaw.com;aleeshim@kpcylaw.com
              John-Patrick M Fritz    on behalf of Plaintiff    Liberty Asset Management Corporation
               jpf@lnbyb.com,    JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Defendant    LIBERTY ASSET MANAGEMENT CORPORATION
               jpf@lnbyb.com,    JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Debtor    Liberty Asset Management Corporation jpf@lnbyb.com,
               JPF.LNBYB@ecf.inforuptcy.com
              John-Patrick M Fritz    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION
               jpf@lnbyb.com,    JPF.LNBYB@ecf.inforuptcy.com
              Julie A Esposito    on behalf of Defendant    MAXWELL REAL ESTATE INVESTMENT LLC
               cesarjuliem@yahoo.com,    sensberg@aol.com
              Julie A Esposito    on behalf of Counter-Claimant    MAXWELL REAL ESTATE INVESTMENT LLC
               cesarjuliem@yahoo.com,    sensberg@aol.com
              Julie A Esposito    on behalf of Defendant    CHUNBO ZHANG a/k/a GEORGE ZHANG cesarjuliem@yahoo.com,
               sensberg@aol.com
              Julie A Esposito    on behalf of Defendant    CHENHAN WU a/k/a CHENG HAN WU a/k/a HUGO WU
               cesarjuliem@yahoo.com,    sensberg@aol.com
              Julie A Esposito    on behalf of Creditor    Maxwell Real Estate Investment, LLC et al.
               cesarjuliem@yahoo.com,    sensberg@aol.com

```
District/off: 0973-2          User: admin              Page 4 of 5              Date Rcvd: Jun 26, 2019
                              Form ID: pdf042          Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Kelly M Raftery    on behalf of Creditor    U.S. Bank National Association, as Trustee for Mastr Adjustable Rate Mortgages Trust 2007-2 Mortgage Pass-Through Certificates, Series 2007-2 bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
          Kelly M Raftery    on behalf of Interested Party    Courtesy NEF bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
          Kimberly A Posin    on behalf of Defendant Hieu Tai Tran kim.posin@lw.com
          Kyra E Andrassy    on behalf of Interested Party    Courtesy NEF kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
          Kyra E Andrassy    on behalf of Creditor    Huesing Holdings LLC kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
          Laura Palazzolo    on behalf of Plaintiff    ELSV, LLC laura.palazzolo@berliner.com, sabina.hall@berliner.com
          Laura Palazzolo    on behalf of Defendant    ELSV LLC laura.palazzolo@berliner.com, sabina.hall@berliner.com
          Laura Palazzolo    on behalf of Creditor    ELSV, LLC laura.palazzolo@berliner.com, sabina.hall@berliner.com
          Laura Palazzolo    on behalf of Defendant David Tsang laura.palazzolo@berliner.com, sabina.hall@berliner.com
          Laura Palazzolo    on behalf of Defendant    ELSV, LLC a California Limited Liability Company laura.palazzolo@berliner.com, sabina.hall@berliner.com
          Laura Palazzolo    on behalf of Defendant Cathy Tsang laura.palazzolo@berliner.com, sabina.hall@berliner.com
          Laura Palazzolo    on behalf of Defendant Steven Tsang laura.palazzolo@berliner.com, sabina.hall@berliner.com
          Lei Lei Wang Ekvall    on behalf of Interested Party    Courtesy NEF lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
          Linda Kim    on behalf of Special Counsel    TISDALE & NICHOLSON LLP, a California Limited Liability Partnership lkim@t-nlaw.com, lkim@t-nlaw.com
          Linda Kim    on behalf of Plaintiff    Liberty Asset Management Corporation lkim@t-nlaw.com, lkim@t-nlaw.com
          Lindsey L Smith    on behalf of Plaintiff    LIBERTY ASSET MANAGEMENT CORPORATION lls@lnbyb.com, lls@ecf.inforuptcy.com
          Mark Romeo    on behalf of Creditor    Northern California Mortgage Fund VII, LLC romeolaw@msn.com
          Michael Stein    on behalf of Special Counsel    TISDALE & NICHOLSON LLP, a California Limited Liability Partnership mdstein91104@gmail.com
          Michael Stein    on behalf of Other Professional Bradley D. Sharp mdstein91104@gmail.com
          Michael Stein    on behalf of Plaintiff    Liberty Asset Management Corporation mdstein91104@gmail.com
          Mitchell B Ludwig    on behalf of Other Professional Bradley D. Sharp mbl@kpclegal.com
          Mitchell B Ludwig    on behalf of Plaintiff    Bradley D. Sharp mbl@kpclegal.com
          Mitchell B Ludwig    on behalf of Plaintiff    Official Committee of Unsecured Creditors for Liberty Asset Management Corporation mbl@kpclegal.com
          Oscar Estrada    on behalf of Creditor    Los Angeles County Treasurer & Tax Collector oestrada@ttc.lacounty.gov
          Patricia H Lyon    on behalf of Creditor    Nixon Peabody LLP phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com
          Paul R Shankman    on behalf of Interested Party    Courtesy NEF pshankman@jhindslaw.com, mduran@jhindslaw.com
          Paul R Shankman    on behalf of Defendant Tsai Luan Ho pshankman@jhindslaw.com, mduran@jhindslaw.com
          Rachel M Sposato    on behalf of Interested Party    Courtesy NEF rsposato@jhindslaw.com, mduran@jhindslaw.com
          Rachel M Sposato    on behalf of Defendant Tsai Luan Ho rsposato@jhindslaw.com, mduran@jhindslaw.com
          Ralph J Swanson    on behalf of Defendant Steven Tsang , sabina.hall@berliner.com
          Ralph J Swanson    on behalf of Defendant David Tsang , sabina.hall@berliner.com
          Ralph J Swanson    on behalf of Defendant    ELSV LLC , sabina.hall@berliner.com
          Ralph J Swanson    on behalf of Defendant Cathy Tsang , sabina.hall@berliner.com
          Raphael Cung    on behalf of Debtor    Liberty Asset Management Corporation rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
          Robert M Saunders    on behalf of Creditor Committee    Committee of Creditors Holding Unsecured Claims rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
          Robert S Altagen    on behalf of Defendant    SCG America Group, Inc. robertaltagen@altagenlaw.com
          Robert S Lawrence    on behalf of Interested Party    Courtesy NEF rlawrence@callahan-law.com, mwalters@callahan-law.com
          Sandford L. Frey    on behalf of Debtor    Liberty Asset Management Corporation sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com
          Sara Chenetz    on behalf of Interested Party    Courtesy NEF schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com
          Scott L Whitman    on behalf of Attorney Scott Whitman slw@mwlegal.com, holly@mwlegal.com
          Scott L Whitman    on behalf of Interested Party    Courtesy NEF slw@mwlegal.com, holly@mwlegal.com
          Scott L Whitman    on behalf of Creditor    Shanghai Commercial Bank slw@mwlegal.com, holly@mwlegal.com
          Stephen R Wade    on behalf of Defendant    Green Oak Asset Management LLC srw@srwadelaw.com, reception@srwadelaw.com
          Stephen R Wade    on behalf of Defendant    Bridgestream Management, LLC srw@srwadelaw.com, reception@srwadelaw.com

```
District/off: 0973-2                  User: admin                    Page 5 of 5                   Date Rcvd: Jun 26, 2019
                                      Form ID: pdf042                Total Noticed: 1
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Stephen R Wade    on behalf of Interested Party Lucy  Gao srw@srwadelaw.com,
               reception@srwadelaw.com
              Stephen R Wade    on behalf of Defendant    LUCY GAO, aka XIANGXIN GAO, aka XIANG XIN GAO, aka LUCY
               G. SHE, aka FEI L. GAO srw@srwadelaw.com,  reception@srwadelaw.com
              Stephen R Wade    on behalf of Defendant Lucy  Gao srw@srwadelaw.com,  reception@srwadelaw.com
              Stephen R Wade    on behalf of Defendant    East Heights LLC srw@srwadelaw.com,
               reception@srwadelaw.com
              Stephen R Wade    on behalf of Cross Defendant Lucy  Gao srw@srwadelaw.com,
               reception@srwadelaw.com
              Timothy J Silverman    on behalf of Interested Party    Courtesy NEF tsilverman@scheerlawgroup.com
              United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
              Uzzi O Raanan, ESQ    on behalf of Defendant    TA-LIN HSU uor@dgdk.com,
               DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
              Uzzi O Raanan, ESQ    on behalf of Defendant    HANDING HOLDING uor@dgdk.com,
               DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
              Uzzi O Raanan, ESQ    on behalf of Defendant    TLH REO MANAGEMENT LLC uor@dgdk.com,
               DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
              Uzzi O Raanan, ESQ    on behalf of Interested Party    Courtesy NEF uor@dgdk.com,
               DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
              Victoria  Newmark    on behalf of Creditor Committee    Committee of Creditors Holding Unsecured
               Claims vnewmark@pszjlaw.com
              William  Crockett    on behalf of Plaintiff Benny James Kirk wec@weclaw.com,  ksa@weclaw.com
                                                                                             TOTAL: 164
```



**FILED & ENTERED**

**JUN 26 2019**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** gonzalez **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# LOS ANGELES DIVISION

| | | |
|---|---|---|
| In re: | Liberty Asset Management Corporation,<br>Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter: 11<br><br>**ORDER SETTING CONTINUED POSTCONFIRMATION STATUS CONFERENCE FOR DECEMBER 10, 2019, AT 10:00 A.M.**<br><br>Date:      June 11, 2019<br>Time:     10:00 a.m.<br>Location: Courtroom 1568<br>               Roybal Federal Building<br>               255 East Temple Street<br>               Los Angeles, CA 90012 |

    Having conducted a Postconfirmation Status Conference at the above-captioned date and time, the Court **HEREBY ORDERS AS FOLLOWS:**

1) A continued Postconfirmation Status Conference is set for **December 10, 2019, at 10:00 a.m.**
2) The Plan Administrator shall submit a Status Report by no later than fourteen days prior to the hearing.

IT IS SO ORDERED.

###

Date: June 26, 2019

Ernest M. Robles
United States Bankruptcy Judge