Gail S. Greenwood (CA Bar No. 169939)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: ggreenwood@pszjlaw.com
       egray@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Liquidating Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>**SEVENTH POST-CONFIRMATION STATUS REPORT**<br><br>**Post-Confirmation Status Conference**<br>Date:   June 15, 2021<br>Time:   10:00 a.m.<br>Place:  Courtroom 1568<br>        255 East Temple Street<br>        Los Angeles, CA 90012 |

Bradley D. Sharp, the Plan Administrator under the *Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation* ("Liberty" or the "Debtor") submits this Seventh Post-Confirmation Status Report. In support of the Status Report, the Plan Administrator represents as follows:

**A.    The Plan**

On June 18, 2018, the Court entered an Order Confirming First Amended Chapter 11 Plan of Liquidation dated January 31, 2018 (the "Plan").[1] The Plan went effective on July 2, 2018.

---
[1] Capitalized terms that are not defined herein have the meaning given to them in the Plan.

1

DOCS_LA:337291.1 52593/003

**B.**    **Plan Reserve**

On the Effective Date, the Plan Administrator funded a $2 million Plan Reserve for Plan Expenses. *See* **Exhibit A**.[2] Through March 31, 2021, the Plan Administrator has paid a total of $1,355,366.00 in Plan Expenses. *See* **Exhibit A**. Accordingly, as of March 31, 2021, there is a balance of $ 644,634.00 in the Plan Reserve. *Id.*

**C.**    **Indemnification Reserve**

The Plan Administrator set aside $200,000 from the Plan Reserve to support a one year indemnification required by the estate's settlement of the Bank Stock Adversary (the "Indemnification Reserve").  In December 2018, in connection with the Second Interim Distribution (below) and pursuant to the authority provided by section VII(C) of the Plan, the Plan Administrator replenished the Plan Reserves by $200,000.00. More specifically, the Plan Administrator, on behalf of the estate, agreed to indemnify California International Bank, N.A. ("CIB") in an amount up to $200,000 for a period of 12 months from issuance of the share certificate representing 20 million shares of common stock in CIB (the "Shares") in the Plan Administrator's (Liberty's) name. The indemnification protects CIB against claims of ownership of the Shares by anyone other than Liberty. The Plan Administrator received the stock certificate from CIB for the Shares on November 28, 2018. The indemnification was not called upon under the terms of the settlement agreement, and $200,000 was released and distributed to Holders of Allowed Class 3 Claims in the Sixth Interim Distribution.

**D.**    **Professional Fee Reserve**

The Plan Administrator has paid all pre-Effective Date Professional Fee Claims that have been approved by the Court. These include the pre-Effective Date Professional Fee Claims asserted by Pachulski Stang Ziehl & Jones LLP, Development Specialists, Inc., Sierra Constellation Partners, LLC, Levene, Neale, Bender, Yoo & Brill LLP, and Tisdale & Nicholson LLP. *See* Exhibit A. On the Effective Date, the Plan Administrator established a Professional Fee Reserve for the Professional Fee Holdback ($765,090.00) and Final Fee Applications ($1,319,281).  Since the

---

[2] Attached hereto as **Exhibit A** is a Cash Flow Summary for July 1, 2018 through March 31, 2021.

2

Effective Date, $763,826.75 was released from the Professional Fee Holdback Reserve pursuant to Court order authorizing its distribution to Professionals and the remainder of $1,264.00 was transferred into the general bank account, leaving a balance of $0.00 in the Professional Fee Reserve. *See* **Exhibit A**. Since the Effective Date, $1,265,271.28 was released from the Final Fee Applications Reserve pursuant to Court order authorizing its distribution to Professionals and the remainder of $54,010.00 was transferred into the general bank account, leaving a balance of $0.00. *See* **Exhibit A**. Professional Fees incurred by the Plan Administrator after the Effective Date have been paid from the Plan Reserves and are detailed on **Exhibit A**.

### E.    Tax Reserve

After the Effective Date, the Plan Administrator established a separate $1 million reserve (in addition to the $2 million Plan Reserve) for potential tax liabilities (the "Tax Reserve"). Neither the Debtor nor the Debtor's CRO had filed tax returns for 2013, 2015, 2016 and 2017.  Accordingly, the Plan Administrator retained Swicker & Associates, an accounting firm to do so.  All tax returns for years prior to 2020 have been filed, and the Plan Administrator's professionals are in the process of preparing the 2020 return. The Plan Administrator made the decision to release $750,000 of the Tax Reserve to distribute to Holders of Allowed Claims in connection with the Seventh Interim Distribution, which he did on or about October 7, 2020. The balance of the Tax Reserves is, therefore, $250,000.00.  The Plan Administrator does not anticipate that there will be any additional taxes owing for 2020, and will request a prompt audit determination prior to releasing the remaining Tax Reserve.

### F.    Distributions

**Effective Date Payments**: On the Effective Date, the Plan Administrator paid or reserved for the payment of the Effective Date Payments (including Administrative Claims, Priority Tax Claims and Class 1 Priority Claims).

**First Distribution**: On August 30, 2018, the Plan Administrator made a Distribution to Creditors holding Allowed Class 3 Claims and established reserves for Disputed Claims (the "First

3

DOCS_LA:337291.1 52593/003

Distribution").[3] Including amounts later released from the Disputed Claims Reserve and paid to Holders of Claims that were subsequently Allowed, the First Distribution totaled $3,178,388.30, which includes payments of $3,031,999.21 and Reserves of $146,389.09. *See* **Exhibit B.**

**Second Distribution**: On November 30, 2018, the Plan Administrator made a Distribution to Creditors holding Allowed Class 3 Claims and established reserves for Disputed Claims (the "Second Distribution"). Including amounts later released from the Disputed Claims Reserve and paid to Holders of Claims that were subsequently Allowed, the Second Distribution totaled $2,228,799.55, which includes payments of $2,126,169.46 and Reserves of $102,630.09. *See* **Exhibit B.**

**Third Distribution:** On February 28, 2019, the Plan Administrator made a Distribution to Creditors holding Allowed Class 3 Claims and established reserves for Disputed Claims (the "Third Distribution"). Including amounts later released from the Disputed Claims Reserve and paid to Holders of Claims that were subsequently Allowed, the Third Distribution totaled $900,000.00, which includes payments of $858,548.12 and Reserves of $41,451.88. *See* **Exhibit B.**

**Fourth Distribution**: On May 31, 2019, the Plan Administrator made a Distribution to Creditors holding Allowed Class 3 Claims (the "Fourth Distribution"). The Fourth Distribution totaled $300,000.00. *See* **Exhibit B.** As all Disputed Claims had been resolved by the time of this Distribution, no Reserve for Disputed Claims was established.

**Fifth Distribution**: On September 19, 2019, the Plan Administrator made a Distribution to Creditors holding Allowed Class 3 Claims (the "Fifth Distribution"). The Fifth Distribution totaled $3,000,000.00. *See* **Exhibit B.** As all Disputed Claims had been resolved by the time of this Distribution, no Reserve for Disputed Claims was established.

**Sixth Distribution**: On January 10, 2020, the Plan Administrator made a Distribution to Creditors holding Allowed Class 3 Claims (the "Sixth Distribution"). The Sixth Distribution totaled $2,100,000. *See* **Exhibit B.** As all Disputed Claims had been resolved by the time of this Distribution, no Reserve for Disputed Claims was established.

---

[3] Attached hereto as **Exhibit B** is a summary of all Distributions made on Allowed Claims and all Reserves for Disputed Claims.

4

DOCS_LA:337291.1 52593/003

**Seventh Distribution**: On or about October 7, 2020, the Plan Administrator made a Distribution to Creditors holding Allowed Class 3 Claims (the "Seventh Distribution"). The Seventh Distribution totaled $1,450,000.00. *See* **Exhibit B.** As all Disputed Claims had been resolved by the time of this Distribution, no Reserve for Disputed Claims was established. Including the Seventh Distribution, the Plan Administrator has made distributions totaling 18.56% on Allowed Class 3 Claims.

**Subsequent Distributions**: As of March 31, 2021, the Plan Administrator is holding $65,302 in Unrestricted Cash that will be available for distribution to Holders of Allowed Class 3 Claims in a Subsequent Distribution. As is set forth in more detail below, the amount of any Distribution beyond that amount will depend on the amount the Plan Administrator is able to realize on the remaining Assets (described below). At this time, the Plan Administrator thinks that it is unlikely that he will recover any other significant funds or make any Subsequent Distributions by the end of Q2 2021.

### G.  Remaining Assets

**Bank Stock:** As was noted above, Liberty holds rights to 20,000,000 shares of common stock in CIB (the "Bank Stock"). The Plan Administrator and his counsel are continuing their efforts to market the Bank Stock. It is unknown at this time, how much the estate will ultimately receive for the Bank Stock.

**Claim and Adversary Proceeding Against Shelby Ho**. Liberty filed a proof of claim against Shelby Ho for $11,011,304 in the chapter 7 bankruptcy of Shelby Ho (U.S. Bankruptcy Court, N.D. Cal., Case No. 18-bk-30581). The claim is for damages based on Ho's breach of fiduciary duties and misappropriation of Liberty assets consisting of real property at 126 Atherton Avenue in Atherton, CA ($9.5 million less pre-existing lien of $2.85 million), real property at 88 E. San Fernando Street #89 and #99 in San Jose, CA ($3 million), and cash receipts ($1,361,304). The claim is consistent with Liberty's original adversary proceeding before this court (2:16-ap-01374) (the "Ho Adversary"), which was automatically stayed when Ho filed a chapter 7 petition for bankruptcy (U.S. Bankruptcy Court, N.D. Cal., Case No. 18-bk-30581). On April 1, 2019, the Bankruptcy Court granted the chapter 7 trustee's motion for denial of discharge to Ho pursuant to 11

5

DOCS_LA:337291.1 52593/003

U.S.C. 727(a)(3) based on failure to maintain or preserve adequate records from which the debtor's financial condition or business transactions may be ascertained. Ho appealed to the District Court and on December 11, 2019, the order denying discharge was affirmed. Liberty had an allowed claim against Ho for $11,011,304.00 on which it received a payment of $17, 756.70 in November 2020 (reflected in current unrestricted cash). A final decree was entered in the case on March 31, 2021.

With respect to the Ho Adversary, the Bankruptcy Court has stayed the adversary proceeding until the conclusion of the criminal proceedings against Benjamin Kirk and Lucy Gao, as requested by Ho, who asserts that Kirk and Gao are trial witnesses in the Ho Adversary and they may assert their Fifth Amendment privilege to refuse to testify regarding the facts and alleged transfers at issue as long as Kirk an Gao are subject to criminal prosecution. The Plan Administrator has been monitoring the criminal case and understands that a preliminary examination of the evidence is scheduled for August 23, 2021. No trial date has been scheduled. A further status conference in the Ho Adversary is scheduled on September 21, 2021, which will likely be continued pending a trial or resolution of the criminal case.

### H.     Claims Objections

All Claims objections have been resolved. Allowed Class 3 General Unsecured Claims total $69,306,740.20.[4]

### I.     Office of the United States Trustee

The Plan Administrator has paid the following fees to the Office of the United States Trustee, which he believes amounts to all fees owing to the OUST through December 31, 2020 and will submit his quarterly report to the OUST shortly.

---

[4] A summary of the disposition of each proof of claim that was filed against the Liberty estate has previously been provided to the Court in connection with prior post-confirmation status reports.

6

DOCS_LA:337291.1 52593/003

Dated:  April 13, 2021                              PACHULSKI STANG ZIEHL & JONES LLP

                                                            By      */s/ Erin Gray*
                                                                            Erin Gray

                                                                            Attorneys for Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

7

DOCS_LA:337291.1 52593/003

# EXHIBIT A

**Liberty Asset Management**
**Cash Flow Summary**
As of March 31, 2021

| | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Receipts** | | | | | | | | | | | | | | | |
| Unrestricted | | | | | | | | | | | | | | | |
| Initial Deposit | $ 3,369,498.04 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Interest Received | 888 | 2,031 | 1,201 | 1,208 | 1,036 | 780 | 757 | 546 | 454 | 433 | 433 | 371 | 380 | 379 | 637 |
| Bank Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Pre-Effective Date Funds - LNBYB | - | - | - | 1,120,000 | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Funds (Escrowed & Kirk) | - | - | - | - | 30,752 | - | - | - | - | - | - | - | - | - | - |
| Litigation Recoveries | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General Receipts | - | - | - | - | - | - | 339 | 13 | - | - | - | - | - | 42,458 | 4,037,179 |
| ELSV | - | 120,000 | 1,080,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Sales | | | | | | | | | | | | | | | |
| Mel Canyon | - | 75,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Garvey - Crystal Waterfalls | - | 625,705 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | 142,818 | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve Release | - | - | 291,423 | - | - | 143,694 | 805,279 | 8,750 | - | 146,389 | - | - | - | - | - |
| Second Distribution Reserve Release | - | - | - | - | - | 100,741 | 564,563 | 6,134 | - | 102,630 | - | - | - | - | - |
| Third Distribution Reserve Release | - | - | - | - | - | - | - | - | - | 41,452 | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | 15,300 | - | - | - |
| Admin Prof. Fee Holdback Reserve Released | - | - | - | 1,264 | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee Applications Reserve Released | - | - | - | 54,010 | - | - | - | - | - | - | - | - | - | - | - |
| Total Unrestricted Receipts | 3,370,386 | 822,736 | 1,372,624 | 1,176,481 | 174,607 | 245,215 | 1,370,937 | 15,443 | 454 | 290,904 | 433 | 15,671 | 380 | 42,836 | 4,037,816 |
| **Restricted** | | | | | | | | | | | | | | | |
| Initial Deposit | $ 5,242,489.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Reimbursement | - | - | - | - | - | 200,000 | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | 1,395,534 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | 774,067 | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | 41,452 | - | - | - | - | - | - |
| Total Restricted Receipts | 5,242,489 | 1,395,534 | - | - | 774,067 | 200,000 | - | 41,452 | - | - | - | - | - | - | - |
| **Total Receipts** | 8,612,875 | 2,218,270 | 1,372,624 | 1,176,481 | 948,674 | 445,215 | 1,370,937 | 56,895 | 454 | 290,904 | 433 | 15,671 | 380 | 42,836 | 4,037,816 |
| **Disbursements** | | | | | | | | | | | | | | | |
| Unrestricted Disbursements | | | | | | | | | | | | | | | |
| Pre-Effective Date Related | | | | | | | | | | | | | | | |
| Priority Tax Payments | (3,588) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Payments | | | | | | | | | | | | | | | |
| Franchise Tax Board and UST Fee | (2,042) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vison | (11,455) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LA County Treasurer | - | - | - | - | - | (2,473) | - | - | - | - | - | - | - | - | - |
| Post-Effective Date Related | | | | | | | | | | | | | | | |
| Mel Canyon Closing Costs | - | (23,179) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transfer to Reimburse Bank Stock Reserve | - | - | - | - | - | (200,000) | - | - | - | - | - | - | - | - | - |
| Bank Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GUC Distributions | | | | | | | | | | | | | | | |
| First Distribution Disbursements | - | (2,490,709) | (113,758) | - | - | (58,087) | (369,445) | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | (1,395,534) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to - Specific Claimant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Disbursements | - | - | - | - | (1,746,180) | (120,469) | (259,521) | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | (774,067) | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Disbursements | - | - | - | - | - | - | - | (826,336) | (32,212) | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | (41,452) | - | - | - | - | - | - | - |
| Fourth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | (288,744) | (11,005) | (251) | - | - |
| Fourth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (2,999,988) |
| Fifth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sixth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Unrestricted Disbursements | (17,085) | (3,909,421) | (113,758) | - | (2,520,247) | (381,029) | (628,966) | (867,788) | (32,212) | - | (288,744) | (11,005) | (251) | - | (2,999,988) |

**Liberty Asset Management**
**Cash Flow Summary**
As of March 31, 2021

| | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Restricted Disbursements** | | | | | | | | | | | | | | | |
| Admin Prof. Fee Holdback-Disb. - Note 1 | - | - | (55,279) | (709,811) | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Disb. - Note 2 | - | - | (282,577) | (1,036,704) | - | - | - | - | - | - | - | - | - | - | - |
| First Dist. Res. Amt. Released to Unrest. Cash | - | - | (291,423) | - | - | (143,694) | (805,279) | (8,750) | - | (146,389) | - | - | - | - | - |
| Second Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | (100,741) | (564,563) | (6,134) | - | (102,630) | - | - | - | - | - |
| Third Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | (41,452) | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | (15,300) | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | (142,818) | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Disbursements - Note 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disbursements | | | | | | | | | | | | | | | |
| Development Specialists, Inc. | - | - | - | - | (44,471) | - | - | (32,200) | - | (21,449) | - | - | (16,950) | - | - |
| Franchise Tax Board / IRS | - | - | - | (23) | - | - | - | - | - | - | (800) | - | - | (4,611) | - |
| Knapp, Petersen & Clarke | (15,000) | - | (5,780) | - | (7,916) | (4,789) | (540) | (2,388) | (6,782) | (2,718) | - | - | - | - | - |
| Legal Vison | - | - | - | (1,682) | - | - | - | - | - | - | - | - | - | - | - |
| Levene Neal Bender Yoo | - | - | - | - | - | (13,372) | - | - | - | - | - | - | - | - | - |
| Pachulski Stang Ziehl & Jones LLP | - | - | - | (302,349) | - | - | (171,307) | (61,484) | (42,925) | (19,858) | - | - | - | (24,917) | (13,792) |
| Sierra Constellation Partners, LLC | - | - | (2,365) | - | - | - | - | - | - | - | - | (44,766) | - | - | - |
| Swicker & Associates | - | - | (17,968) | - | (13,611) | - | - | - | - | - | (6,354) | - | - | (11,590) | (7,907) |
| Tisdale & Nicholson, LLP | - | - | - | - | - | - | - | - | (34,131) | - | - | - | - | - | - |
| Transwest Investigations | - | - | (7,634) | (25,450) | (17,589) | (3,222) | (6,918) | (7,478) | - | (5,874) | - | - | - | - | - |
| United States Trustee Fees | - | - | - | (30,313) | - | - | (40,800) | - | - | (18,977) | - | - | (4,875) | - | - |
| **Total Restricted Disbursements** | (15,000) | - | (663,025) | (2,106,332) | (226,404) | (265,817) | (1,589,406) | (152,565) | (49,706) | (359,347) | (7,154) | (60,066) | (21,825) | (41,118) | (21,698) |
| **Total Disbursements** | (32,085) | (3,909,421) | (776,783) | (2,106,332) | (2,746,651) | (646,846) | (2,218,372) | (1,020,353) | (81,918) | (359,347) | (295,898) | (71,070) | (22,076) | (41,118) | (3,021,687) |
| | | | | | | | | | | | | | | | |
| **Cash Balances** | | | | | | | | | | | | | | | |
| Unrestricted | | | | | | | | | | | | | | | |
| Beginning Balance | - | 3,353,302 | 266,617 | 1,525,483 | 2,701,965 | 356,324 | 220,510 | 962,481 | 110,136 | 78,378 | 369,282 | 80,971 | 85,638 | 85,766 | 128,603 |
| (Applied) / Retained Cash | 3,353,302 | (3,086,685) | 1,258,867 | 1,176,481 | (2,345,640) | (135,814) | 741,971 | (852,345) | (31,758) | 290,904 | (288,311) | 4,666 | 129 | 42,836 | 1,037,828 |
| Unrestricted Ending Balance | 3,353,302 | 266,617 | 1,525,483 | 2,701,965 | 356,324 | 220,510 | 962,481 | 110,136 | 78,378 | 369,282 | 80,971 | 85,638 | 85,766 | 128,603 | 1,166,431 |
| | | | | | | | | | | | | | | | |
| Restricted | | | | | | | | | | | | | | | |
| Beginning Balances | | | | | | | | | | | | | | | |
| Admin Claim POC #41 | - | 142,818 | 142,818 | 142,818 | 142,818 | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve - Note 1 | - | 765,090 | 765,090 | 709,811 | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Reserve - Note 2 | - | 1,319,281 | 1,319,281 | 1,036,704 | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Remaining Reserve - Note 3 | - | 1,785,000 | 1,785,000 | 1,751,254 | 1,391,436 | 1,307,850 | 1,486,468 | 1,266,903 | 1,129,222 | 1,079,515 | 1,010,639 | 1,003,485 | 958,720 | 936,895 | 895,776 |
| Bank Stock Reserve - Indemnification | - | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 |
| Tax Reserve | - | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Disputed Lien Reserve - Mel Canyon | - | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | - | - | - |
| First Distribution Reserve | - | - | 1,395,534 | 1,104,111 | 1,104,111 | 1,104,111 | 960,417 | 155,139 | 146,389 | 146,389 | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | 774,067 | 673,327 | 108,764 | 102,630 | 102,630 | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | - | 41,452 | 41,452 | - | - | - | - |
| Total Beginning Balances | - | 5,227,489 | 6,623,023 | 5,959,998 | 3,853,665 | 4,401,328 | 4,335,512 | 2,746,106 | 2,634,993 | 2,585,286 | 2,225,939 | 2,218,785 | 2,158,720 | 2,136,895 | 2,095,776 |
| (Applied) / Retained Cash | 5,227,489 | 1,395,534 | (663,025) | (2,106,332) | 547,664 | (65,817) | (1,589,406) | (111,113) | (49,706) | (359,347) | (7,154) | (60,066) | (21,825) | (41,118) | (21,698) |
| Restricted Ending Balance | 5,227,489 | 6,623,022 | 5,959,998 | 3,853,665 | 4,401,328 | 4,335,512 | 2,746,106 | 2,634,993 | 2,585,286 | 2,225,939 | 2,218,785 | 2,158,720 | 2,136,895 | 2,095,776 | 2,074,078 |
| | | | | | | | | | | | | | | | |
| **Total Cash Balance** | | | | | | | | | | | | | | | |
| Beginning Balance | - | 8,580,791 | 6,889,640 | 7,485,481 | 6,555,630 | 4,757,653 | 4,556,022 | 3,708,587 | 2,745,128 | 2,663,664 | 2,595,221 | 2,299,756 | 2,244,357 | 2,222,661 | 2,224,379 |
| (Applied) / Retained Cash | 8,580,791 | (1,691,152) | 595,841 | (929,851) | (1,797,977) | (201,631) | (847,435) | (963,458) | (81,464) | (68,443) | (295,465) | (55,399) | (21,696) | 1,718 | 1,016,129 |
| Ending Balance | $ 8,580,791 | $ 6,889,639 | $ 7,485,481 | $ 6,555,630 | $ 4,757,653 | $ 4,556,022 | $ 3,708,587 | $ 2,745,128 | $ 2,663,664 | $ 2,595,221 | $ 2,299,756 | $ 2,244,357 | $ 2,222,661 | $ 2,224,379 | $ 3,240,509 |

**Liberty Asset Management**
**Cash Flow Summary**
As of March 31, 2021

| | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-30 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | | |
| Unrestricted | | | | | | | | | | | | | | | | | | |
| Initial Deposit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Interest Received | 550 | 527 | 543 | 408 | 291 | 177 | 15 | 15 | 15 | 15 | 15 | 14 | 9 | 8 | 8 | 8 | 8 | 8 |
| Bank Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Pre-Effective Date Funds - LNBYB | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Funds (Escrowed & Kirk) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Litigation Recoveries | 30,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General Receipts | - | - | - | 748,650 | - | - | - | - | - | - | - | 2,373 | 26,093 | 677,163 | 17,757 | - | - | 1,114 |
| ELSV | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Sales | | | | | | | | | | | | | | | | | | |
| Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Garvey - Crystal Waterfalls | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | 200,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - | 750,000 | - | - | - | - | - |
| First Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve Released | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee Applications Reserve Released | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Unrestricted Receipts | 30,550 | 527 | 543 | 949,058 | 291 | 177 | 15 | 15 | 15 | 15 | 2,388 | 26,107 | 1,427,172 | 17,765 | 8 | 8 | 8 | 1,122 |
| | | | | | | | | | | | | | | | | | | |
| Restricted | | | | | | | | | | | | | | | | | | |
| Initial Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Reimbursement | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Restricted Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | | |
| Total Receipts | 30,550 | 527 | 543 | 949,058 | 291 | 177 | 15 | 15 | 15 | 15 | 2,388 | 26,107 | 1,427,172 | 17,765 | 8 | 8 | 8 | 1,122 |
| | | | | | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | | | | | |
| Unrestricted Disbursements | | | | | | | | | | | | | | | | | | |
| Pre-Effective Date Related | | | | | | | | | | | | | | | | | | |
| Priority Tax Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Payments | | | | | | | | | | | | | | | | | | |
| Franchise Tax Board and UST Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vison | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LA County Treasurer | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-Effective Date Related | | | | | | | | | | | | | | | | | | |
| Mel Canyon Closing Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transfer to Reimburse Bank Stock Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Fees | - | - | - | - | - | - | (300) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) |
| GUC Distributions | | | | | | | | | | | | | | | | | | |
| First Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to - Specific Claimant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fourth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fourth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Disbursements | (12) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sixth Distribution Disbursements | - | - | - | (2,098,243) | (1,757) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | (1,448,973) | (6) | - | - | - | (1,022) |
| Seventh Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Unrestricted Disbursements | (12) | - | - | (2,098,243) | (1,757) | - | (300) | (600) | (600) | (600) | (600) | (600) | (1,449,573) | (606) | (600) | (600) | (600) | (1,622) |

**Liberty Asset Management**
**Cash Flow Summary**
As of March 31, 2021

| | Oct-19 | Nov-19 | Dec-19 | Jan-20 | Feb-20 | Mar-30 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Restricted Disbursements** | | | | | | | | | | | | | | | | | | |
| Admin Prof. Fee Holdback-Disb. - Note 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Disb. - Note 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | (200,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - | (750,000) | - | - | - | - | - |
| Plan Expenses Disbursements - Note 3 | | | | | | | | | | | | | | | | | | |
| Disbursements | | | | | | | | | | | | | | | | | | |
| Development Specialists, Inc. | (12,326) | - | - | - | - | (7,187) | (8,065) | - | - | (8,796) | - | - | (5,627) | - | - | - | (6,542) | - |
| Franchise Tax Board / IRS | (800) | (800) | - | - | - | - | (338) | - | - | - | (1,600) | - | - | - | - | - | - | - |
| Knapp, Petersen & Clarke | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vison | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Levene Neal Bender Yoo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pachulski Stang Ziehl & Jones LLP | (18,144) | (9,352) | - | (3,272) | (4,706) | (22,769) | (248) | (4,052) | - | (172) | - | - | (5,536) | (990) | (1,660) | - | - | - |
| Sierra Constellation Partners, LLC | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Swicker & Associates | - | (5,329) | - | - | - | (4,638) | - | - | - | - | (10,156) | - | - | - | - | - | - | - |
| Tisdale & Nicholson, LLP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transwest Investigations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| United States Trustee Fees | (30,849) | - | - | (975) | - | - | (21,445) | - | - | (650) | - | - | (650) | - | - | (6,500) | - | (25,272) |
| **Total Restricted Disbursements** | (62,119) | (15,480) | - | (204,247) | (4,706) | (34,594) | (30,096) | (4,052) | - | (9,618) | (11,756) | - | (761,813) | (990) | (1,660) | (6,500) | (6,542) | (25,272) |
| **Total Disbursements** | (62,130) | (15,480) | - | (2,302,490) | (6,463) | (34,594) | (30,396) | (4,652) | (600) | (10,218) | (12,356) | (600) | (2,211,386) | (1,596) | (2,260) | (7,100) | (7,142) | (26,893) |
| **Cash Balances** | | | | | | | | | | | | | | | | | | |
| Unrestricted | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 1,166,431 | 1,196,969 | 1,197,496 | 1,198,038 | 48,853 | 47,387 | 47,564 | 47,279 | 46,694 | 46,108 | 45,523 | 47,311 | 72,818 | 50,418 | 67,577 | 66,985 | 66,394 | 65,801 |
| (Applied) / Retained Cash | 30,538 | 527 | 543 | (1,149,185) | (1,466) | 177 | (285) | (585) | (585) | (585) | 1,788 | 25,507 | (22,401) | 17,159 | (592) | (592) | (592) | (499) |
| Unrestricted Ending Balance | 1,196,969 | 1,197,496 | 1,198,038 | 48,853 | 47,387 | 47,564 | 47,279 | 46,694 | 46,108 | 45,523 | 47,311 | 72,818 | 50,418 | 67,577 | 66,985 | 66,394 | 65,801 | 65,302 |
| Restricted | | | | | | | | | | | | | | | | | | |
| Beginning Balances | | | | | | | | | | | | | | | | | | |
| Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve - Note 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Reserve - Note 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Remaining Reserve - Note 3 | 874,077.93 | 811,958.97 | 796,478.67 | 796,478.67 | 792,231.89 | 787,525.99 | 752,932.07 | 722,835.72 | 718,783.52 | 718,783.52 | 709,165.87 | 697,410.12 | 697,410.12 | 685,596.95 | 684,606.95 | 682,947.25 | 676,447.25 | 669,905.24 |
| Bank Stock Reserve - Indemnification | 200,000 | 200,000 | 200,000 | 200,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax Reserve | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Disputed Lien Reserve - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Beginning Balances | 2,074,078 | 2,011,959 | 1,996,479 | 1,996,479 | 1,792,232 | 1,787,526 | 1,752,932 | 1,722,836 | 1,718,784 | 1,718,784 | 1,709,166 | 1,697,410 | 1,697,410 | 935,597 | 934,607 | 932,947 | 926,447 | 919,905 |
| (Applied) / Retained Cash | (62,119) | (15,480) | - | (204,247) | (4,706) | (34,594) | (30,096) | (4,052) | - | (9,618) | (11,756) | - | (761,813) | (990) | (1,660) | (6,500) | (6,542) | (25,272) |
| Restricted Ending Balance | 2,011,959 | 1,996,479 | 1,996,479 | 1,792,232 | 1,787,526 | 1,752,932 | 1,722,836 | 1,718,784 | 1,718,784 | 1,709,166 | 1,697,410 | 1,697,410 | 935,597 | 934,607 | 932,947 | 926,447 | 919,905 | 894,634 |
| **Total Cash Balance** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 3,240,509 | 3,208,928 | 3,193,974 | 3,194,517 | 1,841,085 | 1,834,913 | 1,800,496 | 1,770,114.27 | 1,765,477 | 1,764,892 | 1,754,689 | 1,744,721 | 1,770,228 | 986,015 | 1,002,184 | 999,933 | 992,841 | 985,707 |
| (Applied) / Retained Cash | (31,581) | (14,954) | 543 | (1,353,432) | (6,172) | (34,417) | (30,382) | (4,637) | (585) | (10,203) | (9,968) | 25,507 | (784,214) | 16,169 | (2,251) | (7,092) | (7,134) | (25,771) |
| Ending Balance | $ 3,208,928 | $ 3,193,974 | $ 3,194,517 | $ 1,841,085 | $ 1,834,913 | $ 1,800,496 | $ 1,770,114 | $ 1,765,477 | $ 1,764,892 | $ 1,754,689 | $ 1,744,721 | $ 1,770,228 | $ 986,015 | $ 1,002,184 | $ 999,933 | $ 992,841 | $ 985,707 | $ 959,936 |

Note 1:  The original reserve amount for the Administrative Professional Fee Holdback was $765,090.  $55,279 was released to Development Specialist, Inc., on October 1, 2018.  An additional $708,547.75 was paid to PSZJ on October 18, 2018.  The remaining balance of $1,264 was transferred to the general bank account.

Note 2:  The original reserve amount for the Administrative Final Fee Applications was $1,319,281.  $355,129 was released to pay for approved professional fees pursuant to court document no. 770, entered on September 13, 2018.  An additiona $910,142.28 was paid to PSZJ on October 18, 2018.  The remaining balance of $54,010 was transferred to the general bank account.

Note 3:  The original reserve amount for the Plan Expenses was $2,000,000. $200,000 was segregated to the Bank Stock Reserve account.  In December 2018, the $200,000 was reimbursed from unrestricted funds.  Approximately $1,355,366 has been spent on expenses for the estate. A balance of $644,634 remains reserved for the purpose of plan expenses as of March 31, 2021.

# EXHIBIT B

Liberty Asset Management Corp.
Claim Distribution Summary Schedule

| POC No. | Creditor Name | Claim Amount | First Distribution | | Second Distribution | | Third Distribution | | Fourth Distribution | | Fifth Distribution | | Sixth Distribution | | Seventh Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount |
| 6-3 | Nixon Peabody, LLP | $ 343,855.26 | $ 15,042.82 | - | $ 10,546.18 | - | $ 4,259.56 | - | $ 1,488.41 | | $ 14,884.06 | | $ 10,418.84 | | 7,193.96 | |
| 7-1 | Tisdale & Nicholson LLP | 57,726.93 | 2,525.41 | - | 1,770.51 | - | 715.10 | - | 249.88 | | 2,498.76 | | 1,749.13 | | 1,207.73 | |
| 9-1 | Cox Castle & Nicholson LLP | 47,524.01 | 2,079.06 | - | 1,457.58 | - | 588.71 | - | 205.71 | | 2,057.12 | | 1,439.98 | | 994.27 | |
| 10-1 | Latham & Watkins LLP | 48,831.56 | 2,136.23 | - | 1,497.68 | - | 604.91 | - | 211.37 | | 2,113.71 | | 1,479.60 | | 1,021.63 | |
| 11-1 | Law Offices of Steven D. Hoffman (aka Lucy Gao) | 22,023.31 | 963.47 | - | 675.46 | - | 272.82 | - | 95.33 | | 953.30 | | 667.31 | | 460.76 | |
| 15-1 | HCL 2011 LLC | 32,500,000.00 | 1,421,794.97 | - | 996,788.37 | - | 402,598.85 | - | 140,678.96 | | 1,406,789.58 | | 984,752.71 | | 679,948.30 | |
| 19-1 | JD Brothers LLC | 24,433,689.49 | 1,068,913.75 | - | 749,391.31 | - | 302,676.16 | - | 105,763.26 | | 1,057,632.61 | | 740,342.83 | | 511,189.09 | |
| 20-1 | Callahan & Blaine, APLC | 80,096.42 | 3,504.02 | - | 2,456.59 | - | 992.21 | - | 346.70 | | 3,467.04 | | 2,426.93 | | 1,675.74 | |
| 21-1 | Huesing Holdings, LLC | 2,000,000.00 | 87,495.08 | - | 61,340.82 | - | 24,775.31 | - | 8,657.17 | | 86,571.67 | | 60,600.17 | | 41,842.97 | |
| 25-1 | Wan-Ting Liu (Transferred to ASM Capital [Doc. No. 546] | 625,800.00 | 27,377.21 | - | 19,193.54 | - | 7,752.20 | - | 2,708.83 | | 27,088.27 | | 18,961.79 | | 13,092.67 | |
| 27-1 | Yu-Fang Liu Chen (Transferred to ASM Capital [Doc. No. 549]) | 179,990.00 | 7,874.12 | - | 5,520.37 | - | 2,229.65 | - | 779.10 | | 7,791.02 | | 5,453.71 | | 3,765.66 | |
| 28-1 | Wen-Che Liu (Transferred to ASM Capital [Doc. No. 548]) | 296,990.00 | 12,992.58 | - | 9,108.81 | - | 3,679.01 | - | 1,285.55 | | 12,855.46 | | 8,998.82 | | 6,213.47 | |
| 29-1 | Chiu-Mei Chen (Transferred to ASM Capital [Doc. No. 579]) | 225,008.00 | 9,843.55 | - | 6,901.09 | - | 2,787.32 | - | 973.97 | | 9,739.66 | | 6,817.76 | | 4,707.50 | |
| 31-1 | Chin-I Tu and Li-Chu Wang (aka Remy Associates Inc.) | 8,444,939.00 | 369,445.29 | - | 259,512.98 | - | 104,613.01 | - | 36,554.62 | | 365,546.22 | | 255,882.36 | | 176,680.67 | |
| 37-1 | Franchise Tax Board | 266.22 | 11.65 | - | 8.17 | - | 3.30 | - | 1.15 | | 11.52 | | 8.07 | | 5.57 | |
| 2-1 | YCJS 2012 LLC | 1,210,191.78 | - | 52,942.91 | - | 37,117.08 | | 14,991.44 | | | | | | | | |
| 3-1 | Frank Lee, Co Trustee of The Lee Living Trust Dated 06/23/1987 and Christopher D. Lee | 1,176,164.38 | - | 51,454.30 | - | 36,073.45 | | 14,569.92 | | | | | | | | |
| 4-1 | AHA 2012 LLC (aka Olivia Chang) | 959,868.49 | - | 41,991.88 | - | 29,439.56 | | 11,890.52 | | | | | | | | |
| | | $ 72,652,964.85 | $ 3,031,999.21 | $ 146,389.09 | $ 2,126,169.46 | $ 102,630.09 | $ 858,548.12 | $ 41,451.88 | $ 300,000.00 | | $ 3,000,000.00 | | $ 2,100,000.00 | | $ 1,450,000.00 | |

Page 1 of 1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): **SEVENTH POST-CONFIRMATION STATUS REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **April 13, 2021**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 13, 2021 | Mary de Leon | /s/ Mary de Leon |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:298820.6 52593/002

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:
   - *Robert S Altagen    robertaltagen@altagenlaw.com*
   - *Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
   - *Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com*
   - *John H Choi    johnchoi@kpcylaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com*
   - *Alexandre I Cornelius    aicornelius@costell-law.com, alex.cornelius100@gmail.com*
   - *Jeffrey Lee Costell    jlcostell@costell-law.com, aicornelius@costell-law.com;ssaad@costell-law.com;mharris@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com*
   - *William Crockett - SUSPENDED -    wec@weclaw.com, ksa@weclaw.com*
   - *Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com*
   - *Lei Lei Wang Ekvall    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
   - *Julie A Esposito    cesarjuliem@yahoo.com, sensberg@aol.com*
   - *Oscar Estrada    oestrada@ttc.lacounty.gov*
   - *Sandford L. Frey    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com*
   - *John-Patrick M Fritz    jpf@lnbyb.com, JPF.LNBYB@ecf.inforuptcy.com*
   - *Cynthia Futter    cfutter@futterwells.com*
   - *Barry S Glaser    bglaser@lkfirm.com, jlee@lkfirm.com*
   - *David B Golubchik    dbg@lnbyb.com, stephanie@lnbyb.com*
   - *Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
   - *Irving M Gross    img@lnbyb.com, john@lnbyb.com*
   - *David S Henshaw    david@henshawlaw.com, info@henshawlaw.com*
   - *James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com*
   - *James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com*
   - *Eve H Karasik    ehk@lnbyb.com*
   - *Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
   - *Linda Kim    lkim@t-nlaw.com, lkim@t-nlaw.com*
   - *Jeffrey S Kwong    jsk@lnbyb.com, jsk@ecf.inforuptcy.com*
   - *Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;cbullock@sklarkirsh.com*
   - *Robert S Lawrence    rlawrence@callahan-law.com, mwalters@callahan-law.com*
   - *Mitchell B Ludwig    mbl@kpclegal.com*
   - *Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com*
   - *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com*
   - *David W. Meadows    david@davidwmeadowslaw.com*
   - *Charles Alex Naegele    alex@canlawcorp.com, alexcr74753@notify.bestcase.com*
   - *Victoria Newmark    vnewmark@pszjlaw.com*
   - *Laura Palazzolo    laura.palazzolo@berliner.com, sabina.hall@berliner.com*
   - *Kimberly A Posin    kim.posin@lw.com*
   - *Uzzi O Raanan    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com*
   - *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
   - *Mark Romeo    romeolaw@msn.com*
   - *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
   - *Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com*
   - *Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com*
   - *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
   - *Rachel M Sposato    rsposato@hindslawgroup.com, mduran@hindslawgroup.com*
   - *Michael Stein    mdstein91104@gmail.com*
   - *Ralph J Swanson    , sabina.hall@berliner.com*
   - *Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*
   - *David A Trinh    dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
   - *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
   - *Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com*
   - *Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com*
   - *Douglas Wolfe    dwolfe@asmcapital.com*
   - *James S Yan    jsyan@msn.com*
   - *Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                                  **F 9013-3.1.PROOF.SERVICE**

DOCS_LA:298820.6 52593/002