# UNITED STATES BANKRUPTCY COURT

Central DISTRICT OF California

Los Angeles Division

In re: Liberty Asset Management Corporation    §    Case No. 16-13575
                                                §
                                                §
                      Debtor(s)                 §    ☐ Jointly Administered

## Post-confirmation Report                                        Chapter 11

Quarter Ending Date: 12/31/2021                        Petition Date: 03/21/2016

Plan Confirmed Date: 06/18/2018                        Plan Effective Date: 07/02/2018

This Post-confirmation Report relates to:  ⬤ Reorganized Debtor

                                           ◯ Other Authorized Party or Entity: _____
                                                                                Name of Authorized Party or Entity

/s/ Erin Gray                                          ERIN GRAY
Signature of Responsible Party                         Printed Name of Responsible Party

01/05/2022
Date
                                                       10100 Santa Monica Boulevard, Suite 1300
                                                       Los Angeles, California 90067
                                                       Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Liberty Asset Management Corporation        Case No.  16-13575

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $18,442 | $16,333,338 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $18,442 | $16,333,338 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | $0 | $5,427,760 | $0 | $5,427,760 |

*Itemized Breakdown by Firm*

| | Firm Name | Role | | | | |
|---|---|---|---:|---:|---:|---:|
| i | Levene Neale Bender | Lead Counsel | $0 | $1,140,142 | $0 | $1,140,142 |
| ii | Sierra Constellation | Financial Professional | $0 | $581,856 | $0 | $581,856 |
| iii | Pachulski Stang Ziehl Jones | Lead Counsel | $0 | $3,236,133 | $0 | $3,236,133 |
| iv | Development Specialists, Inc | Financial Professional | $0 | $129,095 | $0 | $129,095 |
| v | Callahan & Blaine | Special Counsel | $0 | $63,996 | $0 | $63,996 |
| vi | Tisdale & Nicholson, LLP | Special Counsel | $0 | $276,539 | $0 | $276,539 |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |

Debtor's Name Liberty Asset Management Corporation　　　　　　　　　　Case No. 16-13575

| | | | | | | |
|---|---|---|---|---|---|---|
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |

Debtor's Name Liberty Asset Management Corporation    Case No. 16-13575

| | | | | | |
|---|---|---|---|---|---|
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---|---|---|---|---|
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor  *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | | Firm Name | Role | | | | |
| | i | | | | | | |
| | ii | | | | | | |
| | iii | | | | | | |
| | iv | | | | | | |
| | v | | | | | | |
| | vi | | | | | | |

Debtor's Name Liberty Asset Management Corporation　　　　　　　　　　Case No. 16-13575

| | | | | | | |
|---|---|---|---|---|---|---|
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |

UST Form 11-PCR (12/01/2021)　　　　　　5

Debtor's Name Liberty Asset Management Corporation　　　　　　　　　　　Case No. 16-13575

| | | | | | | |
|---|---|---|---|---|---|---|
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvii | | | | | | |
| lxxxviii | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |

UST Form 11-PCR (12/01/2021) 　　　　　　　　　　6

Debtor's Name Liberty Asset Management Corporation                                      Case No. 16-13575

| | | | | | | |
|---|---|---|---|---|---|---|
| | xci | | | | | |
| | xcii | | | | | |
| | xciii | | | | | |
| | xciv | | | | | |
| | xcv | | | | | |
| | xcvi | | | | | |
| | xcvii | | | | | |
| | xcviii | | | | | |
| | xcix | | | | | |
| | c | | | | | |
| | ci | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

**Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan**

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---|---|---|---|---|
| a. Administrative claims | $1,600,090 | $0 | $2,036,604 | $2,036,604 | 100% |
| b. Secured claims | $14,700 | $0 | $10,335 | $10,335 | 100% |
| c. Priority claims | $16,450 | $0 | $3,588 | $3,588 | 100% |
| d. General unsecured claims | $13,600,000 | $0 | $12,866,717 | $69,306,740 | 19% |
| e. Equity interests | $0 | $0 | $0 | | |

**Part 4: Questionnaire**

a. Is this a final report?                                                             Yes ◯   No ⦿
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated:   09/30/2022
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ⦿   No ◯

| Debtor's Name Liberty Asset Management Corporation | Case No. 16-13575 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

Nicholas R. Troszak
Signature of Responsible Party
Financial Advisor to Plan Administrator
Title

Nicholas R. Troszak
Printed Name of Responsible Party
01/05/2022
Date

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): **POST-CONFIRMATION REPORT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 5, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 5, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 5, 2022 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*  **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:298820.6 52593/002

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Robert S Altagen    robertaltagen@altagenlaw.com*
- *Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Sara Chenetz    schenetz@perkinscoie.com, dlax@perkinscoie.com;cmallahi@perkinscoie.com;chenetz-sara-perkins-coie-8670@ecf.pacerpro.com*
- *John H Choi    johnchoi@kpcylaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com*
- *Alexandre I Cornelius    aicornelius@costell-law.com, alex.cornelius100@gmail.com;cohanghadosh@thecalaw.com;officemgr@thecalaw.com*
- *Jeffrey Lee Costell    jlcostell@costell-law.com, smaghareh@costell-law.com;hyoungblood@costell-law.com;ladelson@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com*
- *William Crockett - SUSPENDED -    wec@weclaw.com, ksa@weclaw.com*
- *Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com*
- *Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Julie A Esposito    cesarjuliem@yahoo.com, sensberg@aol.com*
- *Oscar Estrada    oestrada@ttc.lacounty.gov*
- *Sandford L. Frey    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com*
- *John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Cynthia Futter    cfutter@futterwells.com*
- *Barry S Glaser    bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com*
- *David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com*
- *Erin E Gray    egray@pszjlaw.com*
- *Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
- *Irving M Gross    img@lnbyb.com, john@lnbyb.com*
- *David S Henshaw    david@henshawlaw.com, info@henshawlaw.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com*
- *Eve H. Karasik    ehk@lnbyb.com*
- *Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
- *Linda Kim    lkim@t-nlaw.com, lkim@t-nlaw.com*
- *Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com*
- *Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com*
- *Robert S Lawrence    rlawrence@callahan-law.com, mwalters@callahan-law.com*
- *Mitchell B Ludwig    mbl@kpclegal.com*
- *Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Charles Alex Naegele    alex@canlawcorp.com, alexcr74753@notify.bestcase.com*
- *Victoria Newmark    vnewmark@pszjlaw.com*
- *Laura Palazzolo    laura.palazzolo@berliner.com, sabina.hall@berliner.com*
- *Kimberly A Posin    kim.posin@lw.com*
- *Uzzi O Raanan    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Mark Romeo    romeolaw@msn.com*
- *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com*
- *Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com*
- *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Rachel M Sposato    rmsposato@mintz.com, mduran@hindslawgroup.com*
- *Michael Stein    mdstein91104@gmail.com*
- *Ralph J Swanson    , sabina.hall@berliner.com*
- *Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:298820.6 52593/002

- *Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com*
- *David A Trinh    dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com*
- *Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com*
- *Douglas Wolfe    asm@asmcapital.com*
- *James S Yan    jsyan@msn.com*
- *Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

DOCS_LA:298820.6 52593/002

**F 9013-3.1.PROOF.SERVICE**