Gail S. Greenwood (CA Bar No. 169939)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: ggreenwood@pszjlaw.com
        egray@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Liquidating Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>**AMENDED PROOF OF SERVICE OF:**<br><br>**(1) PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF**<br><br>**(2) DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CASE** |

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of:

1. **PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF; and**

2. **DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CASE**

were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 12, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 12, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 12, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 12, 2022 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346454.1

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Robert S Altagen     robertaltagen@altagenlaw.com*
- *Kyra E Andrassy     kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *John H Choi     info@jcbklaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com*
- *Alexandre I Cornelius     aicornelius@costell-law.com, alex.cornelius100@gmail.com;cohanghadosh@thecalaw.com;officemgr@thecalaw.com*
- *Jeffrey Lee Costell     jlcostell@costell-law.com, smaghareh@costell-law.com;hyoungblood@costell-law.com;ladelson@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com*
- *William Crockett - SUSPENDED -     wec@weclaw.com, ksa@weclaw.com*
- *Raphael Cung     rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com*
- *Lei Lei Wang Ekvall - DECEASED -     lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Julie A Esposito     cesarjuliem@yahoo.com, sensberg@aol.com*
- *Oscar Estrada     oestrada@ttc.lacounty.gov*
- *Sandford L. Frey     sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com*
- *John-Patrick M Fritz     jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Cynthia Futter     cfutter@futterwells.com*
- *Barry S Glaser     bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com*
- *David B Golubchik     dbg@lnbyg.com, stephanie@lnbyb.com*
- *Erin E Gray     egray@pszjlaw.com*
- *Gail S Greenwood     ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
- *Irving M Gross     img@lnbyb.com, john@lnbyb.com*
- *David S Henshaw     david@henshawlaw.com, info@henshawlaw.com*
- *James Andrew Hinds     jhinds@hindslawgroup.com, mduran@hindslawgroup.com*
- *James Andrew Hinds     jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com*
- *Eve H. Karasik     ehk@lnbyb.com*
- *Kelly M Kaufmann     bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
- *Linda Kim     lkim@t-nlaw.com, lkim@t-nlaw.com*
- *Jeffrey S Kwong     jsk@lnbyg.com, jsk@ecf.inforuptcy.com*
- *Ian Landsberg     ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com*
- *Robert S Lawrence     rlawrence@callahan-law.com, mwalters@callahan-law.com*
- *Mitchell B Ludwig     mbl@kpclegal.com, kad@kpclegal.com*
- *Patricia H Lyon     phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com*
- *Daniel J McCarthy     dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com*
- *David W. Meadows     david@davidwmeadowslaw.com*
- *Charles Alex Naegele     alex@canlawcorp.com, alexcr74753@notify.bestcase.com*
- *Victoria Newmark     vnewmark@pszjlaw.com*
- *Laura Palazzolo     laura.palazzolo@berliner.com, sabina.hall@berliner.com*
- *Kimberly A Posin     kim.posin@lw.com*
- *Uzzi O Raanan     uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com*
- *Jeremy V Richards     jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Mark Romeo     romeolaw@msn.com*
- *Robert M Saunders     rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Paul R Shankman     PShankman@fortislaw.com, info@fortislaw.com*
- *Timothy J Silverman     tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com*
- *Lindsey L Smith     lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Rachel M Sposato     rmsposato@mintz.com, mduran@hindslawgroup.com*
- *Michael Stein     mdstein91104@gmail.com*
- *Ralph J Swanson     , sabina.hall@berliner.com*
- *Derrick Talerico     dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*
- *Mary Ellmann Tang     mtang@frenchlyontang.com, nfears@frenchlyontang.com*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- *David A Trinh    dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com*
- *Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com*
- *Douglas Wolfe    asm@asmcapital.com*
- *James S Yan    jsyan@msn.com*
- *Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**
DOCS_LA:346454.1