| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Ira D. Kharasch (CA Bar No. 109084)<br>Gail S. Greenwood (CA Bar No. 169939)<br>Erin Gray (CA Bar No. 157658)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067-4100<br>Telephone: 310.277-6910<br>Facsimile: 310.201-0760<br>Email: ikharasch@pszjlaw.com<br>        ggreenwood@pszjlaw.com<br>        egray@pszjlaw.com<br><br>☐ *Movant(s) appearing without an attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY |
| --- | --- |

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION, | CASE NO.: 2:16-bk-13575-ER<br>CHAPTER: 11 |
| --- | --- |
| | **DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION LBR 9013-1(o)(3)** |
| Liquidating Debtor. | [No Hearing Required] |

1. I am the ☐ Movant(s) or ☒ attorney for Movant or ☐ employed by attorney for Movant.

2. On (*date*): <u>12.12.2022</u> Movant filed a motion or application (Motion) entitled: <u>Plan Administrator's Motion</u>
<u>For Entry of a Final Decree and Order Closing Chapter 11 Case</u>

3. A copy of the Motion and notice of motion is attached to this declaration.

4. On (*date*): <u>12.12.2022</u> Movant, served a copy of ☐ the notice of motion or ☒ the Motion and notice of motion on required parties using the method(s) identified on the proofs of service of the notice of motion and Motion.

5. Pursuant to LBR 9013-1(o), the notice of motion provides that the deadline to file and serve a written response and request for a hearing is 14 days after the date of service of the notice of motion, plus 3 additional days if served by mail, or pursuant to F.R.Civ.P. 5(b)(2)(D) or (F).

6. More than <u>21</u> days have passed after Movant served the notice of motion.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.



7.  I checked the docket for this bankruptcy case and/or adversary proceeding, and no response and request for hearing was timely filed.

8.  No response and request for hearing was timely served on Movant(s) via Notice of Electronic Filing, or at the street address, email address, or facsimile number specified in the notice of motion.

---

American LegalNet, Inc.
www.FormsWorkFlow.com

9.   Based on the foregoing, and pursuant to LBR 9013-1(o), a hearing is not required.

Movant requests that the court grant the motion and enter an order without a hearing.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.


Date: <u>01.04.2023</u>                    <u>*/s/ Erin Gray*                                        </u>
                                          Signature


                                          <u>Erin Gray                                            </u>
                                           Printed name

---

*December 2016*                              Page 2               **F 9013-1.2.NO.REQUEST.HEARING.DEC**
DOCS_LA:346784.1 52593/003

American LegalNet, Inc.
www.FormsWorkFlow.com

1   Ira D. Kharasch (CA Bar No. 109084)
    Gail S. Greenwood (CA Bar No. 169939)
2   Erin Gray (CA Bar No. 157658)
3   PACHULSKI STANG ZIEHL & JONES LLP
    10100 Santa Monica Blvd., 13th Floor
4   Los Angeles, California  90067-4100
    Telephone: 310/277-6910
5   Facsimile:  310/201-0760
    Email: ggreenwood@pszjlaw.com
6          egray@pszjlaw.com

7

8   Attorneys for Bradley D. Sharp, Plan Administrator under
    the Confirmed First Amended Chapter 11 Plan of
9   Liquidation Dated January 31, 2018 for Liberty Asset
    Management Corporation

10

11                    **UNITED STATES BANKRUPTCY COURT**

12                    **CENTRAL DISTRICT OF CALIFORNIA**

13                           **LOS ANGELES DIVISION**

| | |
|---|---|
| 14  In re:| Case No.: 2:16-bk-13575-ER |
| 15  LIBERTY ASSET MANAGEMENT CORPORATION,| Chapter 11 |
| 16 | **PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF** |
| 17        Liquidating Debtor.| |
| 18 | |
| 19 | [Pursuant to LBR 3022-1 and 9013-1(o), no hearing date requested] |

20

21          Bradley D. Sharp, the Plan Administrator under the *Confirmed First Amended Chapter 11*

*Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation* ("Liberty"
22
or the "Debtor") submits this motion for entry of a final decree and order closing the chapter 11 case
23
pursuant to Section 350(a) of the Bankruptcy Code, Rule 3022 of the Federal Rules of Bankruptcy
24
Procedure, and Local Bankruptcy Rule 3022-1 (the "Motion").[1]  The Plan Administrator brings the
25
Motion on the grounds that the Debtor's estate has been fully administered. As is more particularly
26
described below and in the Declaration of Bradley D. Sharp (the "Sharp Declaration") submitted
27

28

---

[1] Capitalized terms that are not defined herein have the meanings given to them in the Plan [Docket No. 609, Exh. A].

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

concurrently herewith, the Plan Administrator has (1) collected and liquidated all of the Estate's

remaining Assets, including Causes of Action, (2) overseen the settlement and closure of all

outstanding adversary proceedings and appeals, (3) objected to and/or settled all Disputed Claims,

(4) paid all pre-Effective Date Professional Fee Claims,[2] (5) paid substantially all Plan Expenses, (6)

filed all tax returns (except 2022, which will be filed shortly) and made all required tax payments,

(7) reported to the Office of the United States Trustee ("OUST") as required and paid all OUST fees,

and (8) to date, distributed $12,866,716 in Interim Distributions to Holders of Allowed Class Three

Unsecured Claims.[3] As is more particularly described on **Exhibit C**, after paying remaining Plan

Expenses, the Plan Administrator has determined that there will be $888,566.00 to distribute as a

Final Distribution to Holders of Allowed Class Three General Unsecured Claims.[4]  Including the

Final Distribution, the Plan Administrator will have made aggregate distributions totaling

$13,755,283  to the Holders of Allowed Class 3 General Unsecured Claims, a dividend of  19.8%,

exceeding the Debtor's  projections in connection with the Plan, which were estimated to be between

fifteen and eighteen percent. *See First Amended Disclosure Statement* [Docket No. 609], pp. 5-6.  As

this case has been fully administered, the Plan Administrator asks the Court to grant the Motion and

enter a final decree in this chapter 11 case.

# I.

# FACTUAL BACKGROUND

## A.    The Bankruptcy and Plan of Liquidation

Pre-petition, the Debtor was a real estate investment company that bought and sold real

property using a combination of its own cash, cash from investors, and bank loans. On March 21,

2016 (the "Petition Date"), the Debtor filed a voluntary petition under chapter 11 of title 11 of the

United States Code (the "Bankruptcy Code").  On June 18, 2018, the Court entered an order

---

[2] These include the pre-Effective Date Professional Fee Claims asserted by Development Specialists, Inc. ("DSI"), Sierra Constellation Partners, LLC, Levene, Neale, Bender, Yoo & Brill LLP, Tisdale & Nicholson LLP, and Pachulski Stang Ziehl & Jones LLP. *See* Exhibit A.

[3] Attached hereto as **Exhibit A** is a Cash Flow Summary for July 1, 2018 through November 30, 2022. Attached hereto as **Exhibit B** is a summary of all Distributions made through November 30, 2022.

[4] If no objections to the Motion are filed, the Plan Administrator intends to make the Final Distribution upon the expiration of the objection period on the Motion. If objections are filed, the Plan Administrator intends to make the Final Distribution upon entry of a final order granting the Motion.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_DE:241418.5 52593/003

confirming the *First Amended Chapter 11 Plan of Liquidation dated January 31, 2018* (the "Plan"), which became effective on July 2, 2018 (the "Effective Date"). [Docket Nos. 609, 665, 678.] Pursuant to the Plan, Bradly D. Sharp (the "Plan Administrator") was appointed to, among other matters, pursue, collect, liquidate and distribute the Debtor's assets for the benefit of creditors.

**B.    Post-Confirmation Administration of the Estate**

1.    **Collection and Liquidation of Assets**

As is more particularly described in the nine Post-Confirmation Status Reports previously filed by the Plan Administrator,[5] since the Effective Date, the Plan Administrator has collected and liquidated the Debtor's remaining Assets. This includes the Debtor's interests in (1) numerous real properties; (2) 20,000,000 shares of common stock in California International Bank, N.A. ("CIB") (the "Bank Stock"); (3) *Oak River Asset Management LLC* ("Oak River");[6] (4) *Crystal Waterfalls LLC* ("Crystal Waterfalls")[7] and (5) Claims and Causes of Action against East Heights LLC (Adv. Pro. No. 2:16-ap-01141-ER), ELSV LLC (Adv. Pro. No. 2:17-ap-01525), Lucy Gao and Benny Kirk (Adv. Pro. No. 2:16-ap-01337), and Tsai Luan Ho a/k/a Shelby Ho ("Ho") (Adv. Pro. No. 2:16-ap-01374) (the "Ho Adversary").[8] Each of these above transactions has been described in detail in the Post-Confirmation Status Reports or other filings with the Court. Since filing the Ninth Post-Confirmation Status Report on June 1, 2022, the Plan Administrator: (1) sought and obtained a wire for the balance of funds held by Oak River's former professionals in the amount of approximately $13,000; (2) obtained an order dismissing the Ho Adversary and denying Ho's motion for $50,000 in attorney's fees;[9] and (3) closed the sale of the Bank Stock for which the Estate received $168,000.

---

[5] The Plan Administrator has filed nine post-confirmation status reports: (1) October 3, 2018 [Doc. No. 789], (2) January 2, 2019 [Doc. No. 873], (3) May 6, 2019 [Doc. No. 921], (4) November 15, 2019 [Doc. No. 928], (5) April 28, 2020 [Doc. No. 936], (6) November 9, 2020 [Doc. No. 940], (7) April 13, 2021 [Doc. No. 944], (8) December 28, 2021 [Doc. No. 954], and (9) June 1, 2022 [Doc. No. 961].

[6] Oak River was previously a chapter 11 debtor in Case No. 2:16-bk-19233 (Bankr. C.D. Cal.).

[7] Crystal Waterfalls was previously a chapter 11 debtor in Case No. 2:15-bk-27769 (Bankr. C.D. Cal.).

[8] In 2018, Ho filed a chapter 7 bankruptcy (Case No. 18-bk-30581 (Bankr. N.D.Cal.)). In April 2019, Ho's debts were held to be nondischargeable under Bankruptcy Code section 727(a)(3). The Ho Adversary was stayed pending completion of her bankruptcy and, subsequently, pending completion of criminal trial proceedings against Kirk and Gao.

[9] The Court entered its Order (1) Denying Fee Motion and (2) Dismissing Action Without Prejudice Pursuant to Civil Rule 41(A)(2) (the "Fee Order") and Memorandum of Decision thereon on November 14, 2022 [Adv. Doc. Nos. 205,

DOCS_DE:241418.5 52593/003

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

2.    **Resolution of All Adversary Proceedings and Appeals**

All adversary actions brought by or against the Estate (either pre-Effective Date or post-Effective Date) have been fully and finally resolved, as have all attendant appeals.[10]

3.    **Objections to Claims**

All Claims objections have been resolved. Allowed Class 3 General Unsecured Claims total $69,306,740.20.[11]

4.    **Interim Distributions**

On the Effective Date, the Plan Administrator paid allowed administrative claims, priority claims, and tax claims. The total amount of Allowed Class 3 General Unsecured Claims is $69,306,740. As was noted above, between the Effective Date of the Plan and November 30, 2022, the Plan Administrator made seven Distributions to holders of Allowed Class 3 General Unsecured Claims totaling $12,866,716 to Holders of Allowed Class Three Unsecured Claims, a dividend of 18.56%.

5.    **Taxes and Tax Reserves**

---

206]. Ho did not appeal the Fee Order and the appeal period expired on November 29, 2022. Fed. R. Bankr. P. 8002(a)(1).

[10] The following adversary actions brought in this chapter 11 case alone: *LAMC v. Gao et al* (2:16-ap-01139); *LMAC v. Green Oak Asset Management LLC et al* (2:16-ap-01140); *LAMC v. East Heights LLC et al* (2:16-ap-01141); *LMAC v. RH Investment LLC et al* (2:16-ap-01142); LAMC v. Lowridge Place, LLC et al (2:16-ap-01143); *LAMC v. Bridgestream Management*, LLC et al (2:16-ap-01144); *LAMC v. Mel Canyon LLC et al* (2:16-ap-01170); *LAMC v. Golden Field Investment LLC* (2:16-ap-01171); *ELSV, LLC v. LUCY GAO aka XIANGXIN GAO* et al (2:16-ap-01276); *10th Street Santa Monica Project, LLC et al v. Maxwell Real Estate Investment LLC* (2:16-ap-01277); *AHA 2012 LLC et al v. Benny Ko et al.* (2:16-ap-01278); *LAMC et al v. Gao et al* (2:16-ap-01337); *LAMC v. ELSV, LLC* (2:16-ap-01350); *Official Unsecured Creditors Committee for Liberty v. Ho et al* (2:16-ap-01374); *Official Unsecured Creditors Committee for Liberty v. SCG America Group, Inc.* (2:16-ap-01468); *Kirk v. Perkins* (2:16-ap-01570); *LAMC v. Tsang et al* (2:17-ap-01317); *LAMC v. Tsang et al* (2:17-ap-01319); *Official Unsecured Creditors Committee for Liberty v. Blue Sky Communications, Inc.* (2:17-ap-01477); *Official Unsecured Creditors Committee for Liberty v. Tsang et al* (2:17-ap-01525); *LAMC v. Pan* (2:17-ap-01540); *Sharp v. Wright et al* (2:19-ap-01077).

[11] A summary of the disposition of each proof of claim that was filed against the Estate has previously been provided to the Court in connection with prior Post-Confirmation Status Reports.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

After the Effective Date, the Plan Administrator established a separate $1 million reserve (in addition to the $2 million Plan Reserve) for potential tax liabilities (the "Tax Reserve"). Neither the Debtor nor the Debtor's CRO had filed tax returns for 2013, 2015, 2016 and 2017. Accordingly, the Plan Administrator retained Swicker & Associates, an accounting firm to do so. All tax returns for years prior to 2022 have been filed. The Plan Administrator released $750,000 of the Tax Reserve to Holders of Allowed Claims in connection with the Seventh Interim Distribution, which occurred on or about October 7, 2020. As of November 30, 2022, the balance of the Tax Reserves was $250,000.

6.    **Plan Expenses and Plan Reserve**

On the Effective Date, the Plan Administrator funded a $2 million Plan Reserve for Plan Expenses (and subsequently replenished the Plan Reserves by $200,000). *See* **Exhibit A**. Through November 30, 2022, the Plan Administrator has paid a total of $1,558,106 in Plan Expenses. Accordingly, as of November 30, 2022, the balance of the Plan Reserve was $441,894. *See* **Exhibit A**.

7.    **Unrestricted Cash**

As a result of the disposition of the remaining Assets of the Estate, as of November 30, 2022, the Plan Administrator is holding $238,450 in Unrestricted Cash.

**C.    Final Distribution**

After paying remaining Plan Expenses, the Plan Administrator has determined that there will be $888,566 to distribute as a Final Distribution to Holders of Allowed Class Three General Unsecured Claims. *See* **Exhibit C**. Including the Final Distribution, the Plan Administrator will have made aggregate distributions totaling $13,755,283 to the Holders of Allowed Class 3 General Unsecured Claims, a dividend of 19.8%.

**II.**

**LEGAL ARGUMENT**

5

**A.    Section 350(a) of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure 3022, and the Plan Each Support a Final Decree of Closure.**

Section 350(a) of the Bankruptcy Code provides that "[a]fter an estate is fully administered . . . the court shall close the case."  Federal Rule of Bankruptcy Procedure 3022 implements Section 350(a) in the context of chapter 11 reorganizations.  Rule 3022 provides that "[a]fter an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case."  Once a case has been fully administered, entry of a final decree is mandatory.  *In re Indian Creek Ltd. Partnership,* 205 B.R. 609, 612 (Bankr. D. Az. 1997) (final decree cannot be conditioned on payment of U.S. Trustee fees).

Section 350(a) of the Bankruptcy Code and Rule 3022 of the Federal Rules of Bankruptcy Procedure reflect a general policy favoring closure of a bankruptcy case as soon as the Court's oversight is no longer necessary.  *See, e.g., North American Car Corp. v. Peerless Weighing & Vending Machine Corp.*, 143 F.2d 938, 940 (2d Cir. 1944) ("Since the purpose of reorganization clearly is to rehabilitate the business…, it should be the objective of courts to cast off as quickly as possible all leading strings which may limit and hamper its activities and throw doubt upon its responsibility.").  The Advisory Committee Notes (1991) to Rule 3022 of the Federal Rules of Bankruptcy Procedure state, "Entry of a final decree closing a chapter 11 case should not be delayed solely because the payments required by the Plan have not been completed.  The court should not keep the case open only because of the possibility that the court's jurisdiction may be invoked in the future."

The Plan Administrator believes that the Estate has been fully administered and has submitted a final accounting, consistent with his prior Post Confirmation Status Reports. *See Exhibits* A-C.  Pursuant to Section X.E of the Plan, the Plan Administrator has completed all Interim Distributions, is prepared to make the Final Distribution and is promptly seeking entry of a final decree.

**B.    A Final Decree Is Appropriate Because the Plan Administrator Has Satisfied the Factors Demonstrating That the Estate Has Been Fully Administered.**

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

The Advisory Committee Notes to Federal Rule of Bankruptcy Procedure 3022 set forth six factors that a court should consider to determine whether an estate has been fully administered. Those factors include:

(1)   Whether the order confirming the plan has become final;

(2)   Whether deposits required by the plan have been distributed;

(3)   Whether the property proposed by the plan to be transferred has been transferred;

(4)   Whether the debtor has assumed the business or the management of the property dealt with by the plan;

(5)   Whether payments under the plan have commenced; and

(6)   Whether all motions, contested matters and adversary proceedings have finally been resolved.

Fed. R. Bankr. P. 3022, Advisory Committee Notes (1991).  Not all of these factors must be present or satisfied before the court may enter the final decree.  *See, e.g., In re Rollins,* 2011 Bankr. LEXIS 2885, at *4 (Bankr. S.D. Cal. July 25, 2011) ("Incomplete payments under the plan should not, on their own, delay entry of a final decree.").  Nor are the factors listed in the Advisory Committee Notes exclusive.  *See, e.g., Nesselrode v. Provident Fin. (In re Nesselrode),* 2010 Bankr. LEXIS 5047, at *26 (BAP 9th Cir. Oct. 12, 2010), *aff'd,* 466 F. App'x 672 (9th Cir. 2012) ("[B]ankruptcy courts have flexibility in determining whether an estate is fully administered by considering the factors set forth in Rule 3022, along with any other relevant factors;" affirming entry of final decree notwithstanding appeal of adversary dismissal).  Rather, courts take these factors into consideration as a flexible guide to determine whether the estate has been fully administered.  *See generally In re Menk,* 241 B.R. 896, 911 (9th Cir. B.A.P. 1999) (explaining that the consequence of closing a case are limited, and relate primarily to the debtor or trustee's ability to recovery property for the estate).

The Plan Administrator has satisfied all of the factors articulated in the Advisory Committee Notes, to the extent applicable:  (1) the confirmation order entered in June 2018 has become final and no appeal was filed or is pending; (2) all deposits required by the Plan have been distributed; (3) all transfers of property required by the Plan have been made; (4) the Plan Administrator has

7

liquidated the Estate to the extent necessary to pay creditors; (5) payments to creditors required under the Plan have been substantially completed; and (6) all motions, contested matters, and adversary proceedings involving the Debtor have been finally resolved. The Plan Administrator will file and pay all fees that are due to the Office of the United States Trustee through the date of closing this case. Under these circumstances, the Estate has been "fully administered" and entry of a final decree closing the case is appropriate.

### III.

### NOTICE

Pursuant to Local Bankruptcy Rule 3022-1(a), the Plan Administrator will serve a copy of the Notice of Motion and Motion and the Memorandum, including all supporting papers, on the Office of the United States Trustee and all parties on the ECF list, and will serve a copy of the Notice of the Motion and Motion upon all parties upon whom the Plan was served.

### IV.

### CONCLUSION

The Plan Administrator has administered the assets of the Estate pursuant to the Plan and respectfully requests that the Court enter a final decree closing this chapter 11 case consistent with the form of order attached hereto as **Exhibit D**.

Dated:  December 12, 2022                    PACHULSKI STANG ZIEHL & JONES LLP

By      */s/ Erin E. Gray*
Erin E. Gray

Attorneys for Bradley D. Sharp, Plan Administrator under the Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset Management Corporation

DOCS_DE:241418.5 52593/003

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# EXHIBIT A

**Liberty Asset Management**
**Cash Flow Summary**
As of November 30, 2022

| | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | | |
| Unrestricted | | | | | | | | | | | | | | | | | | |
| Initial Deposit | $ 3,369,498.04 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| Interest Received | 888 | 2,031 | 1,201 | 1,208 | 1,036 | 780 | 757 | 546 | 454 | 433 | 433 | 371 | 380 | 379 | 637 | 550 | 527 | 543 |
| Bank Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Pre-Effective Date Funds - LNBYB | - | - | - | - | 1,120,000 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Funds (Escrowed & Kirk) | - | - | - | - | 30,752 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Litigation Recoveries | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | 30,000 | - |
| General Receipts | - | - | - | - | - | - | 339 | 13 | - | - | - | - | - | 42,458 | 4,037,179 | - | - | - |
| ELSV | - | 120,000 | 1,080,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Sales | | | | | | | | | | | | | | | | | | |
| Mel Canyon | - | 75,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Garvey - Crystal Waterfalls | - | 625,705 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | 142,818 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve Release | - | - | 291,423 | - | - | 143,694 | 805,279 | 8,750 | - | 146,389 | - | - | - | - | - | - | - | - |
| Second Distribution Reserve Release | - | - | - | - | - | 100,741 | 564,563 | 6,134 | - | 102,630 | - | - | - | - | - | - | - | - |
| Third Distribution Reserve Release | - | - | - | - | - | - | - | - | - | 41,452 | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | 15,300 | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve Released | - | - | - | 1,264 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee Applications Reserve Released | - | - | - | - | 54,010 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Unrestricted Receipts** | 3,370,386 | 822,736 | 1,372,624 | 1,176,481 | 174,607 | 245,215 | 1,370,937 | 15,443 | 454 | 290,904 | 433 | 15,671 | 380 | 42,836 | 4,037,816 | 30,550 | 527 | 543 |
| | | | | | | | | | | | | | | | | | | |
| Restricted | | | | | | | | | | | | | | | | | | |
| Initial Deposit | $ 5,242,489.00 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Reimbursement | - | - | - | - | - | 200,000 | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | 1,395,534 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | 774,067 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | 41,452 | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restricted Receipts** | 5,242,489 | 1,395,534 | - | - | 774,067 | 200,000 | - | 41,452 | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | | |
| **Total Receipts** | 8,612,875 | 2,218,270 | 1,372,624 | 1,176,481 | 948,674 | 445,215 | 1,370,937 | 56,895 | 454 | 290,904 | 433 | 15,671 | 380 | 42,836 | 4,037,816 | 30,550 | 527 | 543 |
| | | | | | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | | | | | |
| Unrestricted Disbursements | | | | | | | | | | | | | | | | | | |
| Pre-Effective Date Related | | | | | | | | | | | | | | | | | | |
| Priority Tax Payments | (3,588) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Payments | | | | | | | | | | | | | | | | | | |
| Franchise Tax Board and UST Fee | (2,042) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vision | (11,455) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LA County Treasurer | - | - | - | - | - | (2,473) | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-Effective Date Related | | | | | | | | | | | | | | | | | | |
| Mel Canyon Closing Costs | - | (23,179) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transfer to Reimburse Bank Stock Reserve | - | - | - | - | - | (200,000) | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Fees | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| GUC Distributions | | | | | | | | | | | | | | | | | | |
| First Distribution Disbursements | - | (2,490,709) | (113,758) | - | - | (58,087) | (369,445) | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | | | | | | | | | | | | | | | | | | |
| Res. Amt. Released to Restricted Cash | - | (1,395,534) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to - Specific Claimant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Disbursements | - | - | - | - | (1,746,180) | (120,469) | (259,521) | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | | | | | | | | | | | | | | | | | | |
| Res. Amt. Released to Restricted Cash | - | - | - | - | (774,067) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Disbursements | - | - | - | - | - | - | - | (826,336) | (32,212) | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | (41,452) | - | - | - | - | - | - | - | - | - | - |
| Fourth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | (288,744) | (11,005) | (251) | - | - | - | - | - |
| Fourth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | (2,999,988) | (12) | - | - |
| Fifth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sixth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**Liberty Asset Management**
**Cash Flow Summary**
As of November 30, 2022

| Line Item | Jul-18 | Aug-18 | Sep-18 | Oct-18 | Nov-18 | Dec-18 | Jan-19 | Feb-19 | Mar-19 | Apr-19 | May-19 | Jun-19 | Jul-19 | Aug-19 | Sep-19 | Oct-19 | Nov-19 | Dec-19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Total Unrestricted Disbursements** | (17,085) | (3,909,421) | (113,758) | - | (2,520,247) | (381,029) | (628,966) | (867,788) | (32,212) | - | (288,744) | (11,005) | (251) | - | (2,999,988) | (12) | - | - |
| **Restricted Disbursements** | | | | | | | | | | | | | | | | | | |
| Admin Prof. Fee Holdback-Disb. - Note 1 | - | - | (55,279) | (709,811) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Disb. - Note 2 | - | - | (282,577) | (1,036,704) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Dist. Res. Amt. Released to Unrest. Cash | - | - | (291,423) | - | - | (143,694) | (805,279) | (8,750) | - | (146,389) | - | - | - | - | - | - | - | - |
| Second Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | (100,741) | (564,563) | (6,134) | - | (102,630) | - | - | - | - | - | - | - | - |
| Third Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | (41,452) | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | (15,300) | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | (142,818) | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Disbursements - Note 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disbursements | | | | | | | | | | | | | | | | | | |
| Stock Sale Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Development Specialists, Inc. | - | - | - | - | (44,471) | - | - | (32,200) | - | (21,449) | - | - | (16,950) | - | - | (12,326) | - | - |
| Franchise Tax Board / IRS | - | - | - | (23) | - | - | - | - | - | - | (800) | - | - | (4,611) | - | (800) | (800) | - |
| Knapp, Petersen & Clarke | (15,000) | - | (5,780) | - | (7,916) | (4,789) | (540) | (2,388) | (6,782) | (2,718) | - | - | - | - | - | - | - | - |
| Legal Vison | - | - | - | (1,682) | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Levene Neal Bender Yoo | - | - | - | - | - | (13,372) | - | - | - | - | - | - | - | - | - | - | - | - |
| Pachulski Stang Ziehl & Jones LLP | - | - | - | (302,349) | - | - | (171,307) | (61,484) | (42,925) | (19,858) | - | - | - | (24,917) | (13,792) | (18,144) | (9,352) | - |
| Sierra Constellation Partners, LLC | - | (2,365) | - | - | - | - | - | - | - | - | - | (44,766) | - | - | - | - | - | - |
| Swicker & Associates | - | - | (17,968) | - | (13,611) | - | - | - | - | - | (6,354) | - | - | (11,590) | (7,907) | - | (5,329) | - |
| Tisdale & Nicholson, LLP | - | - | - | - | - | - | - | (34,131) | - | - | - | - | - | - | - | - | - | - |
| Transwest Investigations | - | (7,634) | (25,450) | - | (17,589) | (3,222) | - | (6,918) | (7,478) | (5,874) | - | - | - | - | - | - | - | - |
| United States Trustee Fees | - | - | (30,313) | - | - | - | (40,800) | - | - | (18,977) | - | - | (4,875) | - | - | (30,849) | - | - |
| **Total Restricted Disbursements** | (15,000) | - | (663,025) | (2,106,332) | (226,404) | (265,817) | (1,589,406) | (152,565) | (49,706) | (359,347) | (7,154) | (60,066) | (21,825) | (41,118) | (21,698) | (62,119) | (15,480) | - |
| **Total Disbursements** | (32,085) | (3,909,421) | (776,783) | (2,106,332) | (2,746,651) | (646,846) | (2,218,372) | (1,020,353) | (81,918) | (359,347) | (295,898) | (71,070) | (22,076) | (41,118) | (3,021,687) | (62,130) | (15,480) | - |
| **Cash Balances** | | | | | | | | | | | | | | | | | | |
| **Unrestricted** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | - | 3,353,302 | 266,617 | 1,525,483 | 2,701,965 | 356,324 | 220,510 | 962,481 | 110,136 | 78,378 | 369,282 | 80,971 | 85,638 | 85,766 | 128,603 | 1,166,431 | 1,196,969 | 1,197,496 |
| (Applied) / Retained Cash | 3,353,302 | (3,086,685) | 1,258,867 | 1,176,481 | (2,345,640) | (135,814) | 741,971 | (852,345) | (31,758) | 290,904 | (288,311) | 4,666 | 129 | 42,836 | 1,037,828 | 30,538 | 527 | 543 |
| Unrestricted Ending Balance | 3,353,302 | 266,617 | 1,525,483 | 2,701,965 | 356,324 | 220,510 | 962,481 | 110,136 | 78,378 | 369,282 | 80,971 | 85,638 | 85,766 | 128,603 | 1,166,431 | 1,196,969 | 1,197,496 | 1,198,038 |
| **Restricted** | | | | | | | | | | | | | | | | | | |
| **Beginning Balances** | | | | | | | | | | | | | | | | | | |
| Admin Claim POC #41 | - | 142,818 | 142,818 | 142,818 | 142,818 | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve - Note 1 | - | 765,090 | 765,090 | 709,811 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Reserve - Note 2 | - | 1,319,281 | 1,319,281 | 1,036,704 | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Remaining Reserve - Note 3 | - | 1,785,000 | 1,785,000 | 1,751,254 | 1,391,436 | 1,307,850 | 1,486,468 | 1,266,903 | 1,129,222 | 1,079,515 | 1,010,639 | 1,003,485 | 958,720 | 936,895 | 895,776 | 874,078 | 811,959 | 796,479 |
| Bank Stock Reserve - Indemnification | - | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 |
| Tax Reserve | - | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 |
| Disputed Lien Reserve - Mel Canyon | - | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | 15,300 | - | - | - | - | - | - |
| First Distribution Reserve | - | - | 1,395,534 | 1,104,111 | 1,104,111 | 1,104,111 | 960,417 | 155,139 | 146,389 | 146,389 | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | 774,067 | 673,327 | 108,764 | - | 102,630 | 102,630 | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | - | 41,452 | 41,452 | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Beginning Balances** | - | 5,227,489 | 6,623,023 | 5,959,998 | 3,853,665 | 4,401,328 | 4,335,512 | 2,746,106 | 2,634,993 | 2,585,286 | 2,225,939 | 2,218,785 | 2,158,720 | 2,136,895 | 2,095,776 | 2,074,078 | 2,011,959 | 1,996,479 |
| (Applied) / Retained Cash | 5,227,489 | 1,395,534 | (663,025) | (2,106,332) | 547,664 | (65,817) | (1,589,406) | (111,113) | (49,706) | (359,347) | (7,154) | (60,066) | (21,825) | (41,118) | (21,698) | (62,119) | (15,480) | - |
| Restricted Ending Balance | 5,227,489 | 6,623,022 | 5,959,998 | 3,853,665 | 4,401,328 | 4,335,512 | 2,746,106 | 2,634,993 | 2,585,286 | 2,225,939 | 2,218,785 | 2,158,720 | 2,136,895 | 2,095,776 | 2,074,078 | 2,011,959 | 1,996,479 | 1,996,479 |
| **Total Cash Balance** | | | | | | | | | | | | | | | | | | |
| Beginning Balance | - | 8,580,791 | 6,889,640 | 7,485,481 | 6,555,630 | 4,757,653 | 4,556,022 | 3,708,587 | 2,745,128 | 2,663,664 | 2,595,221 | 2,299,756 | 2,244,357 | 2,222,661 | 2,224,379 | 3,240,509 | 3,208,928 | 3,193,974 |
| (Applied) / Retained Cash | 8,580,791 | (1,691,152) | 595,841 | (929,851) | (1,797,977) | (201,631) | (847,435) | (963,458) | (81,464) | (68,443) | (295,465) | (55,399) | (21,696) | 1,718 | 1,016,129 | (31,581) | (14,954) | 543 |
| Ending Balance | $ 8,580,791 | $ 6,889,640 | $ 7,485,481 | $ 6,555,630 | $ 4,757,653 | $ 4,556,022 | $ 3,708,587 | $ 2,745,128 | $ 2,663,664 | $ 2,595,221 | $ 2,299,756 | $ 2,244,357 | $ 2,222,661 | $ 2,224,379 | $ 3,240,509 | $ 3,208,928 | $ 3,193,974 | $ 3,194,517 |

**Liberty Asset Management**
**Cash Flow Summary**
As of November 30, 2022

| | Jan-20 | Feb-20 | Mar-30 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | | | |
| **Unrestricted** | | | | | | | | | | | | | | | | | | | |
| Initial Deposit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Interest Received | 408 | 291 | 177 | 15 | 15 | 15 | 15 | 15 | 14 | 9 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 | 8 |
| Bank Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Pre-Effective Date Funds - LNBYB | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Funds (Escrowed & Kirk) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Litigation Recoveries | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General Receipts | 748,650 | - | - | - | - | - | - | 2,373 | 26,093 | 677,163 | 17,757 | - | - | - | 1,114 | - | - | - | - |
| ELSV | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Sales | | | | | | | | | | | | | | | | | | | |
| Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Garvey - Crystal Waterfalls | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | 200,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | 750,000 | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve Released | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee Applications Reserve Released | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Unrestricted Receipts** | 949,058 | 291 | 177 | 15 | 15 | 15 | 15 | 2,388 | 26,107 | 1,427,172 | 17,765 | 8 | 8 | 8 | 1,122 | 8 | 8 | 8 | 8 |
| | | | | | | | | | | | | | | | | | | | |
| **Restricted** | | | | | | | | | | | | | | | | | | | |
| Initial Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Reimbursement | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Restricted Receipts** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | | | |
| **Total Receipts** | 949,058 | 291 | 177 | 15 | 15 | 15 | 15 | 2,388 | 26,107 | 1,427,172 | 17,765 | 8 | 8 | 8 | 1,122 | 8 | 8 | 8 | 8 |
| | | | | | | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | | | | | | |
| **Unrestricted Disbursements** | | | | | | | | | | | | | | | | | | | |
| Pre-Effective Date Related | | | | | | | | | | | | | | | | | | | |
| Priority Tax Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Payments | | | | | | | | | | | | | | | | | | | |
| Franchise Tax Board and UST Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vison | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LA County Treasurer | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-Effective Date Related | | | | | | | | | | | | | | | | | | | |
| Mel Canyon Closing Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transfer to Reimburse Bank Stock Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Fees | - | - | - | (300) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (600) | (300) | (300) | (300) | (300) |
| **GUC Distributions** | | | | | | | | | | | | | | | | | | | |
| First Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to - Specific Claimant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fourth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fourth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sixth Distribution Disbursements | (2,098,243) | (1,757) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Disbursements | - | - | - | - | - | - | - | - | - | (1,448,973) | (6) | - | - | - | (1,022) | - | - | - | - |
| Seventh Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**Liberty Asset Management**
**Cash Flow Summary**
As of November 30, 2022

| | Jan-20 | Feb-20 | Mar-30 | Apr-20 | May-20 | Jun-20 | Jul-20 | Aug-20 | Sep-20 | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 | Jul-21 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Unrestricted Disbursements | (2,098,243) | (1,757) | - | (300) | (600) | (600) | (600) | (600) | (600) | (1,449,573) | (606) | (600) | (600) | (600) | (1,622) | (300) | (300) | (300) | (300) |
| **Restricted Disbursements** | | | | | | | | | | | | | | | | | | | |
| Admin Prof. Fee Holdback-Disb. - Note 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Disb. - Note 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | (200,000) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | (750,000) | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Disbursements - Note 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disbursements | | | | | | | | | | | | | | | | | | | |
| Stock Sale Expense | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Development Specialists, Inc. | - | - | (7,187) | (8,065) | - | - | (8,796) | - | - | (5,627) | - | - | - | (6,542) | - | - | - | - | - |
| Franchise Tax Board / IRS | - | - | (338) | - | - | - | - | (1,600) | - | - | - | - | - | - | - | (800) | - | - | - |
| Knapp, Petersen & Clarke | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vison | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Levene Neal Bender Yoo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pachulski Stang Ziehl & Jones LLP | (3,272) | (4,706) | (22,769) | (248) | (4,052) | - | (172) | - | - | (5,536) | (990) | (1,660) | - | - | - | - | - | - | - |
| Sierra Constellation Partners, LLC | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Swicker & Associates | - | - | (4,638) | - | - | - | - | (10,156) | - | - | - | - | - | - | - | - | - | - | - |
| Tisdale & Nicholson, LLP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transwest Investigations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| United States Trustee Fees | (975) | - | - | (21,445) | - | - | (650) | - | - | (650) | - | - | (6,500) | - | (25,272) | (650) | - | (471) | (250) |
| **Total Restricted Disbursements** | (204,247) | (4,706) | (34,594) | (30,096) | (4,052) | - | (9,618) | (11,756) | - | (761,813) | (990) | (1,660) | (6,500) | (6,542) | (25,272) | (1,450) | - | (471) | (250) |
| **Total Disbursements** | (2,302,490) | (6,463) | (34,594) | (30,396) | (4,652) | (600) | (10,218) | (12,356) | (600) | (2,211,386) | (1,596) | (2,260) | (7,100) | (7,142) | (26,893) | (1,750) | (300) | (771) | (550) |
| | | | | | | | | | | | | | | | | | | | |
| **Cash Balances** | | | | | | | | | | | | | | | | | | | |
| **Unrestricted** | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 1,198,038 | 48,853 | 47,387 | 47,564 | 47,279 | 46,694 | 46,108 | 45,523 | 47,311 | 72,818 | 50,418 | 67,577 | 66,985 | 66,394 | 65,801 | 65,302 | 65,010 | 64,718 | 64,426 |
| (Applied) / Retained Cash | (1,149,185) | (1,466) | 177 | (285) | (585) | (585) | (585) | 1,788 | 25,507 | (22,401) | 17,159 | (592) | (592) | (592) | (499) | (292) | (292) | (292) | (292) |
| Unrestricted Ending Balance | 48,853 | 47,387 | 47,564 | 47,279 | 46,694 | 46,108 | 45,523 | 47,311 | 72,818 | 50,418 | 67,577 | 66,985 | 66,394 | 65,801 | 65,302 | 65,010 | 64,718 | 64,426 | 64,134 |
| | | | | | | | | | | | | | | | | | | | |
| **Restricted** | | | | | | | | | | | | | | | | | | | |
| **Beginning Balances** | | | | | | | | | | | | | | | | | | | |
| Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve - Note 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Reserve - Note 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Remaining Reserve - Note 3 | 796,479 | 792,232 | 787,526 | 752,932 | 722,836 | 718,784 | 718,784 | 709,166 | 697,410 | 697,410 | 685,597 | 684,607 | 682,947 | 676,447 | 669,905 | 644,634 | 643,184 | 643,184 | 642,713 |
| Bank Stock Reserve - Indemnification | 200,000 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax Reserve | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 1,000,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Disputed Lien Reserve - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Beginning Balances** | 1,996,479 | 1,792,232 | 1,787,526 | 1,752,932 | 1,722,836 | 1,718,784 | 1,718,784 | 1,709,166 | 1,697,410 | 1,697,410 | 935,597 | 934,607 | 932,947 | 926,447 | 919,905 | 894,634 | 893,184 | 893,184 | 892,713 |
| (Applied) / Retained Cash | (204,247) | (4,706) | (34,594) | (30,096) | (4,052) | - | (9,618) | (11,756) | - | (761,813) | (990) | (1,660) | (6,500) | (6,542) | (25,272) | (1,450) | - | (471) | (250) |
| Restricted Ending Balance | 1,792,232 | 1,787,526 | 1,752,932 | 1,722,836 | 1,718,784 | 1,718,784 | 1,709,166 | 1,697,410 | 1,697,410 | 935,597 | 934,607 | 932,947 | 926,447 | 919,905 | 894,634 | 893,184 | 893,184 | 892,713 | 892,463 |
| | | | | | | | | | | | | | | | | | | | |
| **Total Cash Balance** | | | | | | | | | | | | | | | | | | | |
| Beginning Balance | 3,194,517 | 1,841,085 | 1,834,913 | 1,800,496 | 1,770,114.27 | 1,765,477 | 1,764,892 | 1,754,689 | 1,744,721 | 1,770,228 | 986,015 | 1,002,184 | 999,933 | 992,841 | 985,707 | 959,936 | 958,194 | 957,902 | 957,139 |
| (Applied) / Retained Cash | (1,353,432) | (6,172) | (34,417) | (30,382) | (4,637) | (585) | (10,203) | (9,968) | 25,507 | (784,214) | 16,169 | (2,251) | (7,092) | (7,134) | (25,771) | (1,742) | (292) | (763) | (542) |
| Ending Balance | $ 1,841,085 | $ 1,834,913 | $ 1,800,496 | $ 1,770,114 | $ 1,765,477 | $ 1,764,892 | $ 1,754,689 | $ 1,744,721 | $ 1,770,228 | $ 986,015 | $ 1,002,184 | $ 999,933 | $ 992,841 | $ 985,707 | $ 959,936 | $ 958,194 | $ 957,902 | $ 957,139 | $ 956,597 |

**Liberty Asset Management**
**Cash Flow Summary**
As of November 30, 2022

| | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Receipts** | | | | | | | | | | | | | | | | | |
| Unrestricted | | | | | | | | | | | | | | | | | |
| Initial Deposit | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | - |
| Interest Received | 8 | 8 | 8 | 8 | 8 | 8 | 7 | 8 | 7 | 8 | 8 | 9 | 9 | 7 | 9 | 8 | - |
| Bank Stock | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Pre-Effective Date Funds - LNBYB | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Turnover of Funds (Escrowed & Kirk) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Litigation Recoveries | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General Receipts | - | - | - | - | - | - | 8,636 | - | 2,342 | - | 12 | - | - | - | - | - | - |
| ELSV | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Property Sales | | | | | | | | | | | | | | | | | |
| Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Garvey - Crystal Waterfalls | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | 168,000 | - | - | - | - | - | - |
| First Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve Release | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve Released | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee Applications Reserve Released | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Unrestricted Receipts** | 8 | 8 | 8 | 8 | 8 | 8 | 8,643 | 8 | 2,350 | 8 | 168,020 | 9 | 9 | 7 | 9 | 8 | - |
| | | | | | | | | | | | | | | | | | |
| **Restricted** | | | | | | | | | | | | | | | | | |
| Initial Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Reimbursement | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | 80,000 | - | - | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | 85,000 | 83,000 | - | - | - | - | - | - | - |
| **Total Restricted Receipts** | - | - | - | - | - | - | - | - | 165,000 | 83,000 | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | | | | | |
| **Total Receipts** | 8 | 8 | 8 | 8 | 8 | 8 | 8,643 | 8 | 167,350 | 83,008 | 168,020 | 9 | 9 | 7 | 9 | 8 | - |
| | | | | | | | | | | | | | | | | | |
| **Disbursements** | | | | | | | | | | | | | | | | | |
| Unrestricted Disbursements | | | | | | | | | | | | | | | | | |
| Pre-Effective Date Related | | | | | | | | | | | | | | | | | |
| Priority Tax Payments | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Administrative Payments | | | | | | | | | | | | | | | | | |
| Franchise Tax Board and UST Fee | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vison | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| LA County Treasurer | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Post-Effective Date Related | | | | | | | | | | | | | | | | | |
| Mel Canyon Closing Costs | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transfer to Reimburse Bank Stock Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Bank Fees | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | - |
| GUC Distributions | | | | | | | | | | | | | | | | | |
| First Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to - Specific Claimant | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Res. Amt. Released to Restricted Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fourth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fourth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Fifth Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sixth Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Seventh Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

**Liberty Asset Management**
Cash Flow Summary
As of November 30, 2022

| | Aug-21 | Sep-21 | Oct-21 | Nov-21 | Dec-21 | Jan-22 | Feb-22 | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 | Oct-22 | Nov-22 | Dec-22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Unrestricted Disbursements | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | (300) | - |
| **Restricted Disbursements** | | | | | | | | | | | | | | | | | |
| Admin Prof. Fee Holdback-Disb. - Note 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Disb. - Note 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Dist. Res. Amt. Released to Unrest. Cash | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disputed Lien Reserve Release - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Bank Stock Indemnification | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Partial Tax Reserve | - | - | - | - | - | - | - | - | - | - | (80,000) | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Release of Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | - | (168,000) | - | - | - | - | - | - |
| Plan Expenses Disbursements - Note 3 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Disbursements | | | | | | | | | | | | | | | | | |
| Stock Sale Expense | - | - | - | - | - | - | - | - | - | - | (100) | - | - | - | - | - | - |
| Development Specialists, Inc. | - | - | (17,292) | - | - | (2,915) | - | - | (3,566) | - | (21,191) | - | - | - | (13,415) | - | - |
| Franchise Tax Board / IRS | - | - | - | - | - | - | - | - | (800) | - | - | - | - | - | - | - | - |
| Knapp, Petersen & Clarke | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal Vison | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Levene Neal Bender Yoo | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pachulski Stang Ziehl & Jones LLP | - | - | - | - | - | - | (21,954) | - | - | - | (45,449) | - | - | (59,149) | - | - | - |
| Sierra Constellation Partners, LLC | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Swicker & Associates | (9,858) | - | - | - | - | - | - | - | - | - | - | - | (3,583) | - | - | - | - |
| Tisdale & Nicholson, LLP | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Transwest Investigations | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| United States Trustee Fees | - | - | - | (250) | - | (250) | - | - | (250) | - | - | - | (289) | - | (256) | - | - |
| **Total Restricted Disbursements** | (9,858) | - | (17,292) | (250) | - | (3,165) | (21,954) | - | (3,816) | (800) | (314,740) | - | (3,872) | (59,149) | (13,671) | - | - |
| **Total Disbursements** | (10,158) | (300) | (17,592) | (550) | (300) | (3,465) | (22,254) | (300) | (4,116) | (1,100) | (315,040) | (300) | (4,172) | (59,449) | (13,971) | (300) | - |
| | | | | | | | | | | | | | | | | | |
| **Cash Balances** | | | | | | | | | | | | | | | | | |
| **Unrestricted** | | | | | | | | | | | | | | | | | |
| Beginning Balance | 64,134 | 63,842 | 63,550 | 63,258 | 62,966 | 62,674 | 62,381 | 70,724 | 70,432 | 72,482 | 72,189 | 239,909 | 239,618 | 239,326 | 239,033 | 238,742 | 238,450 |
| (Applied) / Retained Cash | (292) | (292) | (292) | (292) | (292) | (292) | 8,343 | (292) | 2,050 | (292) | 167,720 | (291) | (291) | (293) | (291) | (292) | - |
| Unrestricted Ending Balance | 63,842 | 63,550 | 63,258 | 62,966 | 62,674 | 62,381 | 70,724 | 70,432 | 72,482 | 72,189 | 239,909 | 239,618 | 239,326 | 239,033 | 238,742 | 238,450 | 238,450 |
| | | | | | | | | | | | | | | | | | |
| **Restricted** | | | | | | | | | | | | | | | | | |
| **Beginning Balances** | | | | | | | | | | | | | | | | | |
| Admin Claim POC #41 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Prof. Fee Holdback Reserve - Note 1 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Admin Final Fee App. Reserve - Note 2 | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Plan Expenses Remaining Reserve - Note 3 | 642,463 | 632,605 | 632,605 | 615,312 | 615,062 | 615,062 | 611,897 | 589,943 | 589,943 | 586,127 | 585,327 | 518,586 | 518,586 | 514,714 | 455,565 | 441,894 | 441,894 |
| Bank Stock Reserve - Indemnification | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Tax Reserve | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 |
| Disputed Lien Reserve - Mel Canyon | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| First Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Second Distribution Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Third Distribution Reserve | | | | | | | | | | | | | | | | | |
| Stock Sale - Deposit (Bidder #1) | - | - | - | - | - | - | - | - | - | 80,000 | 80,000 | - | - | - | - | - | - |
| Stock Sale - Deposit (Bidder #2) | - | - | - | - | - | - | - | - | - | 85,000 | 168,000 | - | - | - | - | - | - |
| **Total Beginning Balances** | 892,463 | 882,605 | 882,605 | 865,312 | 865,062 | 865,062 | 861,897 | 839,943 | 839,943 | 1,001,127 | 1,083,327 | 768,586 | 768,586 | 764,714 | 705,565 | 691,894 | 691,894 |
| (Applied) / Retained Cash | (9,858) | - | (17,292) | (250) | - | (3,165) | (21,954) | - | 161,184 | 82,200 | (314,740) | - | (3,872) | (59,149) | (13,671) | - | - |
| **Restricted Ending Balance** | 882,605 | 882,605 | 865,312 | 865,062 | 865,062 | 861,897 | 839,943 | 839,943 | 1,001,127 | 1,083,327 | 768,586 | 768,586 | 764,714 | 705,565 | 691,894 | 691,894 | 691,894 |
| | | | | | | | | | | | | | | | | | |
| **Total Cash Balance** | | | | | | | | | | | | | | | | | |
| Beginning Balance | 956,597 | 946,447 | 946,155 | 928,570 | 928,028 | 927,736 | 924,279 | 910,667 | 910,375 | 1,073,608 | 1,155,516 | 1,008,496 | 1,008,204 | 1,004,040 | 944,598 | 930,636 | 930,344 |
| (Applied) / Retained Cash | (10,150) | (292) | (17,584) | (542) | (292) | (3,457) | (13,612) | (292) | 163,233 | 81,908 | (147,020) | (291) | (4,164) | (59,442) | (13,962) | (292) | - |
| Ending Balance | $   946,447 | $   946,155 | $   928,570 | $   928,028 | $   927,736 | $   924,279 | $   910,667 | $   910,375 | $   1,073,608 | $   1,155,516 | $   1,008,496 | $   1,008,204 | $   1,004,040 | $   944,598 | $   930,636 | $   930,344 | $   930,344 |

Note 1: The original reserve amount for the Administrative Professional Fee Holdback was $765,090. $55,279 was released to Development Specialist, Inc., on October 1, 2018. An additional $708,547.75 was paid to PSZJ on October 18, 2018. The remaining balance of $1,264 was transferred to the general fund account.

Note 2: The original reserve amount for the Administrative Final Fee Applications was $1,319,281. $355,129 was released to pay for approved professional fees pursuant to court document no. 770, entered on September 13, 2018. An additional $910,142.28 was paid to PSZJ on October 18, 2018. The remaining balance of $54,010 was transferred to the general bank account.

Note 3: The original reserve amount for the Plan Expenses was $2,000,000. $200,000 was segregated to the Bank Stock Reserve account. In December 2018, the $200,000 was reimbursed from unrestricted funds. Approximately $1,558,106 has been spent on expenses for the estate. A balance of $441,894 remains reserved for the purpose of plan expenses as of April 30, 2022.

# EXHIBIT B

Liberty Asset Management Corp.
Claim Distribution Summary Schedule

| POC No. | Creditor Name | Claim Amount | First Distribution | | Second Distribution | | Third Distribution | | Fourth Distribution | | Fifth Distribution | | Sixth Distribution | | Seventh Distribution | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount | Disbursement Amount | Reserve Amount |
| 6-3 | Nixon Peabody, LLP | $ 343,855.26 | $ 15,042.82 | - | $ 10,546.18 | - | $ 4,259.56 | - | $ 1,488.41 | | $ 14,884.06 | | $ 10,418.84 | | 7,193.96 | |
| 7-1 | Tisdale & Nicholson LLP | 57,726.93 | 2,525.41 | - | 1,770.51 | - | 715.10 | - | 249.88 | | 2,498.76 | | 1,749.13 | | 1,207.73 | |
| 9-1 | Cox Castle & Nicholson LLP | 47,524.01 | 2,079.06 | - | 1,457.58 | - | 588.71 | - | 205.71 | | 2,057.12 | | 1,439.98 | | 994.27 | |
| 10-1 | Latham & Watkins LLP | 48,831.56 | 2,136.23 | - | 1,497.68 | - | 604.91 | - | 211.37 | | 2,113.71 | | 1,479.60 | | 1,021.63 | |
| 11-1 | Law Offices of Steven D. Hoffman (aka Lucy Gao) | 22,023.31 | 963.47 | - | 675.46 | - | 272.82 | - | 95.33 | | 953.30 | | 667.31 | | 460.76 | |
| 15-1 | HCL 2011 LLC | 32,500,000.00 | 1,421,794.97 | - | 996,788.37 | - | 402,598.85 | - | 140,678.96 | | 1,406,789.58 | | 984,752.71 | | 679,948.30 | |
| 19-1 | JD Brothers LLC | 24,433,689.49 | 1,068,913.75 | - | 749,391.31 | - | 302,676.16 | - | 105,763.26 | | 1,057,632.61 | | 740,342.83 | | 511,189.09 | |
| 20-1 | Callahan & Blaine, APLC | 80,096.42 | 3,504.02 | - | 2,456.59 | - | 992.21 | - | 346.70 | | 3,467.04 | | 2,426.93 | | 1,675.74 | |
| 21-1 | Huesing Holdings, LLC | 2,000,000.00 | 87,495.08 | - | 61,340.82 | - | 24,775.31 | - | 8,657.17 | | 86,571.67 | | 60,600.17 | | 41,842.97 | |
| 25-1 | Wan-Ting Liu (Transferred to ASM Capital [Doc. No. 546]) | 625,800.00 | 27,377.21 | - | 19,193.54 | - | 7,752.20 | - | 2,708.83 | | 27,088.27 | | 18,961.79 | | 13,092.67 | |
| 27-1 | Yu-Fang Liu Chen (Transferred to ASM Capital [Doc. No. 549]) | 179,990.00 | 7,874.12 | - | 5,520.37 | - | 2,229.65 | - | 779.10 | | 7,791.02 | | 5,453.71 | | 3,765.66 | |
| 28-1 | Wen-Che Liu (Transferred to ASM Capital [Doc. No. 548]) | 296,990.00 | 12,992.58 | - | 9,108.81 | - | 3,679.01 | - | 1,285.55 | | 12,855.46 | | 8,998.82 | | 6,213.47 | |
| 29-1 | Chiu-Mei Chen (Transferred to ASM Capital [Doc. No. 579]) | 225,008.00 | 9,843.55 | - | 6,901.09 | - | 2,787.32 | - | 973.97 | | 9,739.66 | | 6,817.76 | | 4,707.50 | |
| 31-1 | Chin-I Tu and Li-Chu Wang (aka Remy Associates Inc.) | 8,444,939.00 | 369,445.29 | - | 259,512.98 | - | 104,613.01 | - | 36,554.62 | | 365,546.22 | | 255,882.36 | | 176,680.67 | |
| 37-1 | Franchise Tax Board | 266.22 | 11.65 | - | 8.17 | - | 3.30 | | 1.15 | | 11.52 | | 8.07 | | 5.57 | |
| 2-1 | YCJS 2012 LLC | 1,210,191.78 | - | 52,942.91 | - | 37,117.08 | | 14,991.44 | | | | | | | | |
| 3-1 | Frank Lee, Co Trustee of the Lee Living Trust Dated 06/23/1987 and Christopher D. Lee | 1,176,164.38 | - | 51,454.30 | - | 36,073.45 | | 14,569.92 | | | | | | | | |
| 4-1 | AHA 2012 LLC (aka Olivia Chang) | 959,868.49 | - | 41,991.88 | - | 29,439.56 | | 11,890.52 | | | | | | | | |
| | | $ 72,652,964.85 | $ 3,031,999.21 | $ 146,389.09 | $ 2,126,169.46 | $ 102,630.09 | $ 858,548.12 | $ 41,451.88 | 300,000.00 | | $ 3,000,000.00 | | $ 2,100,000.00 | | $ 1,450,000.00 | |

# EXHIBIT C

**Liberty Asset Management**
**Estimated Final Cash Flow**
As of December 07, 2022

|  | Amount |
|---|---|
| Beginning Cash (as of December 1, 2022) | $930,343.79 |
|  |  |
| Administrative Expenses |  |
| US Trustee Fees |  |
| Oct. 1, 2022 - Dec. 31, 2022 [1] | (3,778.46) |
| Monthly Bank Fees - December 31, 2022 | (300.00) |
| Professional Fees |  |
| Incurred and Unpaid through November 30, 2022 |  |
| PSZJ | (11,081.67) |
| DSI | (3,822.02) |
| To Close Case and Final Distribution |  |
| PSZJ | (13,000.00) |
| DSI | (4,945.00) |
| Art Swicker | (4,850.00) |
|  |  |
| Ending Cash to be Distributed | 888,566.64 |
|  |  |
| Estimated Final Distribution |  |
| Nixon Peabody, LLP | (4,408.51) |
| Tisdale & Nicholson LLP | (740.11) |
| Cox Castle & Nicholson LLP | (609.30) |
| Latham & Watkins LLP | (626.06) |
| Law Offices of Steven D. Hoffman (aka Lucy Gao) | (282.36) |
| HCL 2011 LLC | (416,677.03) |
| JD Brothers LLC | (313,260.22) |
| Callahan & Blaine, APLC | (1,026.90) |
| Huesing Holdings, LLC | (25,641.66) |
| Wan-Ting Liu  (Transferred to ASM Capital [Doc. No. 546] | (8,023.28) |
| Yu-Fang Liu Chen (Transferred to ASM Capital [Doc. No. 549]) | (2,307.62) |
| Wen-Che Liu (Transferred to ASM Capital [Doc. No. 548]) | (3,807.66) |
| Chiu-Mei Chen  (Transferred to ASM Capital [Doc. No. 579]) | (2,884.79) |
| Chin-I Tu and Li-Chu Wang (aka Remy Associates Inc.) | (108,271.14) |
|  |  |
| Total Final Distribution Amount | (888,566.64) |
|  |  |
| Ending Cash Balance | ($0.00) |

[1]  Final UST Quarterly Fee payment is calculated using .4% of total quarterly disbursements of $944,614.97
      ($14,271.18 disbursed prior to December 1, 2022 and remaining cash balance of $930,343.79).

# EXHIBIT D

Ira D. Kharasch (CA Bar No. 109084)
Gail S. Greenwood (CA Bar No. 169939)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California  90067-4100
Telephone: 310/277-6910
Facsimile:  310/201-0760
Email: ggreenwood@pszjlaw.com
        egray@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>              Liquidating Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>**FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE PURSUANT TO SECTION 350(A) OF THE BANKRUPTCY CODE**<br><br>[Pursuant to LBR 3022-1 and 9013-1(o), no hearing date requested] |

Upon the *Plan Administrator's Motion for Entry of a Final Decree and Order Closing the Chapter 11 Case* [Docket No. ___] (the "<u>Motion</u>") in the above-referenced chapter 11 case of Liberty Asset Management Corporation (the "<u>Debtor</u>"); and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and venue being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, its creditors, and all other parties in interest; and the Plan Administrator having provided appropriate notice of the Motion and the opportunity for a hearing on the Motion; and the Court having

DOCS_DE:241596.1 52593/003

considered the Motion, all pleadings and papers filed in connection with the Motion, and after due

deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.       The Motion is GRANTED.

2.       A final decree is hereby entered and the case is closed pursuant to section 350(a) of

the Bankruptcy Code, Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local

Bankruptcy Rule 3022-1(a).

### #

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of the foregoing document entitled (*specify*): ***NOTICE OF PLAN ADMINISTRATOR'S MOTION
FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE*** will be served or was served **(a)**
on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**December 12, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 12, 2022**, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 12, 2022**, I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 12, 2022 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

**1. <u>TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)</u>:**

- *Robert S Altagen    robertaltagen@altagenlaw.com*
- *Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *John H Choi    info@jcbklaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com*
- *Alexandre I Cornelius    aicornelius@costell-law.com, alex.cornelius100@gmail.com;cohanghadosh@thecalaw.com;officemgr@thecalaw.com*
- *Jeffrey Lee Costell    jlcostell@costell-law.com, smghareh@costell-law.com;hyoungblood@costell-law.com;ladelson@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com*
- *William Crockett - SUSPENDED -    wec@weclaw.com, ksa@weclaw.com*
- *Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com*
- *Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Julie A Esposito    cesarjuliem@yahoo.com, sensberg@aol.com*
- *Oscar Estrada    oestrada@ttc.lacounty.gov*
- *Sandford L. Frey    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com*
- *John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Cynthia Futter    cfutter@futterwells.com*
- *Barry S Glaser    bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com*
- *David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com*
- *Erin E Gray    egray@pszjlaw.com*
- *Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
- *Irving M Gross    img@lnbyb.com, john@lnbyb.com*
- *David S Henshaw    david@henshawlaw.com, info@henshawlaw.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com*
- *Eve H. Karasik    ehk@lnbyb.com*
- *Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
- *Linda Kim    lkim@t-nlaw.com, lkim@t-nlaw.com*
- *Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com*
- *Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com*
- *Robert S Lawrence    rlawrence@callahan-law.com, mwalters@callahan-law.com*
- *Mitchell B Ludwig    mbl@kpclegal.com, kad@kpclegal.com*
- *Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Charles Alex Naegele    alex@canlawcorp.com, alexcr74753@notify.bestcase.com*
- *Victoria Newmark    vnewmark@pszjlaw.com*
- *Laura Palazzolo    laura.palazzolo@berliner.com, sabina.hall@berliner.com*
- *Kimberly A Posin    kim.posin@lw.com*
- *Uzzi O Raanan    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Mark Romeo    romeolaw@msn.com*
- *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com*
- *Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com*
- *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Rachel M Sposato    rmsposato@mintz.com, mduran@hindslawgroup.com*
- *Michael Stein    mdstein91104@gmail.com*
- *Ralph J Swanson    , sabina.hall@berliner.com*
- *Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*
- *Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- *David A Trinh    dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com*
- *Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com*
- *Douglas Wolfe    asm@asmcapital.com*
- *James S Yan    jsyan@msn.com*
- *Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2.  SERVED BY UNITED STATES MAIL**:

*See attached service list*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:298820.6 52593/002

**USBC CDCA**
**Case Number 2:16-bk-13575-ER**

ASM Capital V, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM SPV, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P.
(Claim 25-1 transferred by Wan-Ting Liu)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. Claim 27-1
transferred by Yu-Fang Liu Chen)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. (Claim 28-1
transferred by Wen-Che Liu)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. (Claim 29-1
transferred by Chiu-Mei Chen)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Crystal Waterfalls LLC
1211 E. Garvey Street
Covina, CA 91724-3666

Attorneys for Crystal Waterfalls LLC
c/o Ian S. Landsberg; Casey Z. Donoyan
Landsberg Law, APC
9300 Wilshire Blvd., Suite 565
Beverly Hills, California 90212

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 95812-2952

Franchise Tax Board Bankruptcy
Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

Levene, Neale, Bender, Yoo &
 Brill L.L.P.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Liberty Asset Management Corporation
2648 E. Workman Avenue, #3001-263
West Covina, CA 91791-1604

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

LA County Treasurer & Tax Collector
Steckbauer, Weinhart, LLP
c/o Barry S. Glaser
333 South Hope Street, Ste. 3600
Los Angeles, CA 90071-3045

Maxwell Real Estate Investment, LLC et
al.
c/o Law Offices of Stephen E. Ensberg
1609 W. Garvey Ave. North
West Covina, CA 91790-2141

Northern CA Mortgage Fund VII, LLC
101 Lucas Valley Road
San Rafael, CA 94903-1700

SLBiggs
10960 Wilshire Blvd., 7th Floor
Los Angeles, CA 90024-3710

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Shanghai Commercial Bank
5670 Wilshire Blvd., Ste. 2170
Los Angeles, CA 90036-5663

TT Investment Los Angeles Fund I, LLC
c/o Cynthia Futter
Futter-Wells, PC
2463 Ashland Avenue
Santa Monica, CA 90405-6031

U.S. Bank National Association, as Trustee
c/o McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

AHA 2012 LLC
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

AHA 2012 LLC
c/o Olivia Chang
949 Brookgrove Lane
Cupertino, CA 95014-4667

AMF Bowling Centers, Inc.
Mark Hatcher, VP of Real Estate
1020 S. Baldwin Avenue
Arcadia, CA 91007-7234

Alhambra Park LLC
1744 Coach Place
Hacienda Heights, CA 91745-3763

Bank Sino Pac
355 S Grand Ave,
Los Angeles, CA 90071-1560

Blue Sky Communications
17800 Castleton Street #210
Rowland Heights, CA 91748-6743

Brooker Parker LLC
20651 Golden Springs St., #334
Diamond Bar, CA 91789-3866

Brooker Parker LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Raphael Cung
Callahan & Blaine APLC
3 Hutton Centre Drive, 9th Floor
Santa Ana, CA 92707-8722

Chin-I Tu
126 Atherton Avenue
Atherton, CA 94027-4021

Chin-I Tu
c/o Sara Chenetz & Amir Gamliel
 Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Chiu-Mei Chen
2416 Monet Terrace
Fremont, CA 94539-2508

Chiu-Mei Chen
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Christopher D. Lee
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Christopher Deryen Lee
15997 Grandview Avenue
Monte Sereno, CA 95030-3117

Cox Castle & Nicholson LLP
Attn: Charles E. Noneman
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007

ELSV LLC
c/o Joseph E Dworak Esq
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113-2226

ELSV, LLC
c/o Laura Palazzolo Berliner Cohen LLP
10 Almaden Blvd., 11th Floor
San Jose, CA 95113-2226

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Faith Hope International Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2952

Frank Lee
c/o David S Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

George Eschoo
702 Marshall Street, #500
Redwood City, CA 94063-1826

Good Special International Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Great Vista Real Estate Investment Corp.
126 Atherton Ave.
Atherton, CA 94027-4021

Great Vista Real Estate Investment Corp.
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

HCL 2011 LLC
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

HT 2011 REO Management LLC
1181 Spring Hill Way
San Jose, CA 95120-4238

HT 2011 REO Management LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Heusing Holdings LLC
1127 Ebbtide Road
Corona Del Mar, CA 92625-1402

Huesing Holdings LLC
8 Aristotle
Irvine, CA 92603-3619

Attorneys for Heusing Holdings LLC
Lei Lei Wang Ekvall,
Kyra E. Andrassy
SMILEY WANG-EKVALL, LLP

Hopkins & Carley, ALC
Breck E. Milde, Esq.
70 S. First Street
San Jose, CA 95113-2406

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Isabel Liu
2416 Monet Terrace
Fremont, CA 94539-2508

JD Brothers LLC
530 Showers Drive, Suite 7-315
Mountain View, CA 94040-4740

JD Brothers LLC
c/o C. Alex Naegele, Esq.
95 South Market St., Ste. 300
San Jose, CA 95113-2350

Jean Hung
156 Bay View Drive
San Carlos, CA 94070-1649

Jean Hung
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Jeffrey A Tisdale
Tisdale & Nicholson, LLP
2029 Century Park East, Suite 900
Los Angeles CA 90067-2910

Law Offices of Steven D. Hoffman
563 South Murphy Avenue
Sunnyvale, CA 94086-6117

Los Angeles County Treasurer and
Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Latham & Watkins LLP
Mitchell Seider and Marc Zelina
885 Third Avenue
New York, NY 10022-4874

Lee Walgreens 2013 LLC
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Lee Walgreens 2013 LLC
2880 Lakeside Drive, Suite 112
Santa Clara, CA 95054

Lucy Gao
3218 E Holt Avenue
West Covina, CA 91791-2310

Lucy Gao
c/o Costell & Cornelius Law Corp
1299 Ocean Avenue, Suite 450
Santa Monica, CA 90401-1050

Maxwell Real Estate Investment, LLC
Chunbo Zhang aka George Zhang
Chenhan Wu aka Hugo Wu
c/o Law Offices of Stephen E. Ensberg
1609 W. Garvey Ave. North
West Covina, CA 91790-2141

Nixon Peabody LLP
c/o French Lyon Tang
1990 N. California Blvd., Suite 300
Walnut Creek, CA 94596-3788

Minyu Jessica Chang
3832 Sequoia Creek Court
San Jose CA 95121-3205

Northern Ca. Mtg. Fund VII LLC
101 Lucas Valley Rd.
San Rafael, CA 94903-1791

Minyu Jessica Chang
803 Pilgram Loop
Fremont, CA 94539-6289

PA One LLC
Good Special International Ltd
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

PA One LLC
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Pioneer Gen Eng Contractors Inc.
c/o Robert T. Bryson Esq
10100 Santa Monica Blvd., 12th Floor
Los Angeles, CA 90067-4003

Remy Associates Inc.
126 Atherton Ave
Atherton, CA 94027-4021

Remy Associates Inc.
677 Washington Blvd.
Stamford, CT 06901-3707

Richbest Holding LLC
803 Pilgram Loop
Fremont, CA 94539-6289

Richbest Holding LLC
c/o Minya Jessica Chang
3832 Sequoia Creek Court
San Jose CA 95121-3205

Richbest Holding LLC
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Santa Clara Tax Collector
70 W Hedding St.
San Jose, CA 95110-1767

(p)U.S. Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, 9th Floor
Los Angeles CA 90071-2934

Shanghai Commercial Bank Ltd.
383 E Valley Blvd.
Alhambra, CA 91801-5135

Smart Gear Development Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

The Espada Dynasty, LLC
aka Remy Associates Inc.
677 Washington Blvd.
Stamford, CT 06901

Dynasty, LLC aka Remy Associates Inc.
c/o Sara Chenetz; Amir Gamliel
Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Tsai Luan Ho aka Shelby Ho
c/o James Andrew Hinds Jr.
21257 Hawthorne Blvd., 2nd Floor
Torrance CA 90503-5501

The Lee Living Trust dated 6/23/1987
15997 Grandview Avenue
Monte Sereno, CA 95030-3117

Union Square 117 Project LLC
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

The Lee Living Trust
c/o David S. Henshaw
1871 The Alameda, Suite 333
San Jose, CA 95126

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wan-Ting Liu
2416 Monet Terrace
Fremont, CA 94539-2508

Wan-Ting Liu
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Washe LLC
702 Marshall Street, #500
Redwood City, CA 94063-1826

Washe LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Wei Huang Indiv & as Trustee
c/o C Alex Naegele Esq.
95 S. Market Street, Suite 300
San Jose, CA 95113-2350

Wen-Che Liu
2416 Monet Terrace
Fremont, CA 94539-2508

Wen-Che Liu
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Wynne Partners Development
927 Deep Valley Drive, Suite 100
Rolling Hills Estates, CA 90274-3839

Wynne Partners Development
c/o Brenda K. Radmacher, Esq.
Wood, Smith, Henning & Berman, LLP
505 N. Brand Blvd., Suite 1100
Glendale, CA 91203-3928

YCJS 2012 LLC
c/o David S. Henshaw Esq
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

YCJS 2012 LLC
c/o Yuchi Wang
13566 Toni Ann Place
Saratoga, CA 95070-4852

Yu-Fang Liu Chen
2416 Monet Terrace
Fremont, CA 94539-2508

Yu-Gang Lieu Chen
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Alfred E Valladares
10246 Newville Avenue
Downey, CA 90241-3037

Benjamin Kirk
2648 E. Workman Ave., #3001-263
West Covina, CA 91791-1604

Attorney for Benjamin Kirk Derrick Talerico
Zolkin Talerico LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025-1164

David Trinh
Trinh Law
99 N. 1st Street, Ste. 200
San Jose, CA 95113-1203

David B Golubchik
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067-6253

David W. Meadows
Law Offices David W. Meadows
1801 Century Park East, Ste. 1235
Los Angeles, CA 90067-2314

Eve H Karasik
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

Frank Lee
c/o Henshaw Law Office
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Jeffrey S. Kwong
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

John-Patrick M Fritz
Levene Neale Bender Yoo et al.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

Sandford L. Frey
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Ave., Suite 210
Pasadena, CA 91101-2419

Shelby Ho a/k/a Tsai Luan Ho
126 Atherton Avenue
Atherton, CA 94027-4021

Scott Whitman
Scott L. Whitman, Inc.
5670 Wilshire Blvd., Ste. 2170
Los Angeles, CA 90036-5663

Coldwell Banker / Keller Wms, etc.
Lawrence R. Perkins
c/o Levene Neale Bender Yoo & Brill LLP
Attn: David B Golubchik
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067-6253

1   Ira D. Kharasch (CA Bar No. 109084)
    Gail S. Greenwood (CA Bar No. 169939)
2   Erin Gray (CA Bar No. 157658)
    PACHULSKI STANG ZIEHL & JONES LLP
3   10100 Santa Monica Blvd., 13th Floor
    Los Angeles, California  90067-4100
4   Telephone: 310/277-6910
    Facsimile:  310/201-0760
5   Email: ggreenwood@pszjlaw.com
         egray@pszjlaw.com
6

7   Attorneys for Bradley D. Sharp, Plan Administrator under
    the Confirmed First Amended Chapter 11 Plan of
8   Liquidation Dated January 31, 2018 for Liberty Asset
    Management Corporation
9

10                   **UNITED STATES BANKRUPTCY COURT**

11                  **CENTRAL DISTRICT OF CALIFORNIA**

12                       **LOS ANGELES DIVISION**

| | |
|---|---|
| 13   In re: | Case No.: 2:16-bk-13575-ER |
| 14   LIBERTY ASSET MANAGEMENT | Chapter 11 |
| 15   CORPORATION, | **NOTICE OF MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE** |
| 16       Liquidating Debtor. | |
| 17 | [Pursuant to LBR 3022-1 and 9013-1(o), no hearing date requested] |
| 18 | |

19   **TO THE HONORABLE ERNEST M. ROBLES, UNITED STATES BANKRUPTCY**

20   **JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, PARTIES ON THIS**

21   **COURT'S ECF SERVICE LIST, AND ALL PARTIES SERVED WITH THE FIRST**

22   **AMENDED CHAPTER 11 PLAN OF LIQUIDATION DATED JANUARY 31, 2018.**

23         **PLEASE TAKE NOTICE** that Bradley D. Sharp, the Plan Administrator under the

24   *Confirmed First Amended Chapter 11 Plan of Liquidation Dated January 31, 2018 for Liberty Asset*

25   *Management Corporation* ("Liberty" or the "Debtor") has filed a *Motion for Entry of Final Decree*

26   *and Order Closing the Chapter 11 Case* (the "Motion") [Docket No. 970].  A copy of the Motion is

27   available upon written request to bdassa@pszjlaw.com or upon request by telephone to Beth Dassa

28   at (310) 277-6910.

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

**PLEASE TAKE FURTHER NOTICE** that the Motion seeks entry of a final decree closing the chapter 11 case.[1] The Plan Administrator brings the Motion on the grounds that the Debtor's estate has been fully administered. As is more particularly described in the Motion and in the Declaration of Bradley D. Sharp (the "Sharp Declaration") submitted concurrently therewith, the Plan Administrator has (1) collected and liquidated all of the Estate's remaining Assets, including Causes of Action, (2) overseen the settlement and closure of all outstanding adversary proceedings and appeals, (3) objected to and/or settled all Disputed Claims, (4) paid all pre-Effective Date Professional Fee Claims, (5) paid substantially all Plan Expenses, (6) filed all tax returns (except 2022, which will be filed shortly) and made all required tax payments, (7) reported to the Office of the United States Trustee ("OUST") as required and paid all OUST fees, and (8) to date, distributed $12,866,716.00 in Interim Distributions to Holders of Allowed Class Three Unsecured Claims.  As is more particularly described in the Motion, after paying remaining Plan Expenses, the Plan Administrator has determined that there will be $888,566.00 to distribute as a Final Distribution to Holders of Allowed Class Three General Unsecured Claims.[2]  Including the Final Distribution, the Plan Administrator will have made aggregate distributions totaling $13,755,283 to the Holders of Allowed Class 3 General Unsecured Claims, a dividend of 19.8%, exceeding the Debtor's projections in connection with the Plan, which were estimated to be between fifteen and eighteen percent. *See First Amended Disclosure Statement* [Docket No. 609], pp. 5-6.  As this case has been fully administered, the Plan Administrator asks the Court to grant the Motion and enter a final decree in this chapter 11 case.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 3022-1(a), the Plan Administrator will serve a copy of this Notice of Motion and the Motion, all well as all supporting papers, on the Office of the United States Trustee and all parties on the ECF list, and will serve a copy of this Notice of the Motion upon all parties upon whom the Plan was served.

---

[1] A copy of the proposed order is attached to the Motion as Exhibit D.

[2] If no objections to the Motion are filed, the Plan Administrator intends to make the Final Distribution upon the expiration of the objection period on the Motion. If objections are filed, the Plan Administrator intends to make the Final Distribution upon entry of a final order granting the Motion.

DOCS_DE:241594.2 52593/003

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

1      **PLEASE TAKE FURTHER NOTICE** that pursuant to Local Bankruptcy Rule 9013-

2  1(o)(1), any interested party opposing the relief requested in the Motion must file a written response

3  and a request for hearing with the Bankruptcy Court and serve a copy of it upon counsel to the Plan

4  Administrator and the United States Trustee, within fourteen (14) days after the date of service of

5  this Notice. Pursuant to Local Bankruptcy Rule 9013-1(h), the failure to timely file and serve a

6  written opposition may be deemed by the Court to be consent to the granting of the relief requested

7  in the Motion.

8  Dated:  December 12, 2022        PACHULSKI STANG ZIEHL & JONES LLP

9

10                    By    */s/ Erin Gray*
                                Erin Gray

11

12                                  Attorneys for Bradley D. Sharp, Plan
Administrator under the Confirmed First

13                                  Amended Chapter 11 Plan of Liquidation
Dated January 31, 2018 for Liberty Asset

14                                  Management Corporation

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

DOCS_DE:241594.2 52593/003

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*):  ***NOTICE OF MOTION FOR ENTRY OF A FINAL
DECREE AND ORDER CLOSING THE CHAPTER 11 CASE*** will be served or was served **(a)** on the judge in chambers
in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General
Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*)
**December 12, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that
the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated
below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) **December 12, 2022**, I served the following persons and/or entities at the last known addresses in this
bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United
States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that
mailing to the judge will be completed no later than 24 hours after the document is filed.

☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method
for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 12, 2022**, I
served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a
declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the
document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 12, 2022 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- Robert S Altagen    robertaltagen@altagenlaw.com
- Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- John H Choi    info@jcbklaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com
- Alexandre I Cornelius    aicornelius@costell-law.com, alex.cornelius100@gmail.com;cohanghadosh@thecalaw.com;officemgr@thecalaw.com
- Jeffrey Lee Costell    jlcostell@costell-law.com, smaghareh@costell-law.com;hyoungblood@costell-law.com;ladelson@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com
- William Crockett - SUSPENDED -    wec@weclaw.com, ksa@weclaw.com
- Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com
- Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com
- Julie A Esposito    cesarjuliem@yahoo.com, sensberg@aol.com
- Oscar Estrada    oestrada@ttc.lacounty.gov
- Sandford L. Frey    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com
- John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com
- Cynthia Futter    cfutter@futterwells.com
- Barry S Glaser    bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com
- David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com
- Erin E Gray    egray@pszjlaw.com
- Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com
- Irving M Gross    img@lnbyb.com, john@lnbyb.com
- David S Henshaw    david@henshawlaw.com, info@henshawlaw.com
- James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com
- Eve H. Karasik    ehk@lnbyb.com
- Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com
- Linda Kim    lkim@t-nlaw.com, lkim@t-nlaw.com
- Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com
- Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com
- Robert S Lawrence    rlawrence@callahan-law.com, mwalters@callahan-law.com
- Mitchell B Ludwig    mbl@kpclegal.com, kad@kpclegal.com
- Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com
- Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com
- David W. Meadows    david@davidwmeadowslaw.com
- Charles Alex Naegele    alex@canlawcorp.com, alexcr74753@notify.bestcase.com
- Victoria Newmark    vnewmark@pszjlaw.com
- Laura Palazzolo    laura.palazzolo@berliner.com, sabina.hall@berliner.com
- Kimberly A Posin    kim.posin@lw.com
- Uzzi O Raanan    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com
- Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com
- Mark Romeo    romeolaw@msn.com
- Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com
- Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com
- Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com
- Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com
- Rachel M Sposato    rmsposato@mintz.com, mduran@hindslawgroup.com
- Michael Stein    mdstein91104@gmail.com
- Ralph J Swanson    , sabina.hall@berliner.com
- Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com
- Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

- *David A Trinh    dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com*
- *Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com*
- *Douglas Wolfe    asm@asmcapital.com*
- *James S Yan    jsyan@msn.com*
- *Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2.  SERVED BY UNITED STATES MAIL:**

*See attached service list*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**USBC CDCA**
**Case Number 2:16-bk-13575-ER**

ASM Capital V, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM SPV, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P.
(Claim 25-1 transferred by Wan-Ting Liu)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. Claim 27-1
transferred by Yu-Fang Liu Chen)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. (Claim 28-1
transferred with Wen-Che Liu)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. (Claim 29-1
transferred by Chiu-Mei Chen)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Crystal Waterfalls LLC
1211 E. Garvey Street
Covina, CA 91724-3666

Attorneys for Crystal Waterfalls LLC
c/o Ian S. Landsberg; Casey Z. Donoyan
Landsberg Law, APC
9300 Wilshire Blvd., Suite 565
Beverly Hills, California 90212

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 95812-2952

Franchise Tax Board Bankruptcy
Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

Levene, Neale, Bender, Yoo &
  Brill L.L.P.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Liberty Asset Management Corporation
2648 E. Workman Avenue, #3001-263
West Covina, CA 91791-1604

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

LA County Treasurer & Tax Collector
Steckbauer, Weinhart, LLP
c/o Barry S. Glaser
333 South Hope Street, Ste. 3600
Los Angeles, CA 90071-3045

Maxwell Real Estate Investment, LLC et
al.
c/o Law Offices of Stephen E. Ensberg
1609 W. Garvey Ave. North
West Covina, CA 91790-2141

Northern CA Mortgage Fund VII, LLC
101 Lucas Valley Road
San Rafael, CA 94903-1700

SLBiggs
10960 Wilshire Blvd., 7th Floor
Los Angeles, CA 90024-3710

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Shanghai Commercial Bank
5670 Wilshire Blvd., Ste. 2170
Los Angeles, CA 90036-5663

TT Investment Los Angeles Fund I, LLC
c/o Cynthia Futter
Futter-Wells, PC
2463 Ashland Avenue
Santa Monica, CA 90405-6031

U.S. Bank National Association, as Trustee
c/o McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

AHA 2012 LLC
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

AHA 2012 LLC
c/o Olivia Chang
949 Brookgrove Lane
Cupertino, CA 95014-4667

AMF Bowling Centers, Inc.
Mark Hatcher, VP of Real Estate
1020 S. Baldwin Avenue
Arcadia, CA 91007-7234

Alhambra Park LLC
1744 Coach Place
Hacienda Heights, CA 91745-3763

Bank Sino Pac
355 S Grand Ave,
Los Angeles, CA 90071-1560

Blue Sky Communications
17800 Castleton Street #210
Rowland Heights, CA 91748-6743

Brooker Parker LLC
20651 Golden Springs St., #334
Diamond Bar, CA 91789-3866

Brooker Parker LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Raphael Cung
Callahan & Blaine APLC
3 Hutton Centre Drive, 9th Floor
Santa Ana, CA 92707-8722

Chin-I Tu
126 Atherton Avenue
Atherton, CA 94027-4021

Chin-I Tu
c/o Sara Chenetz & Amir Gamliel
  Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Chiu-Mei Chen
2416 Monet Terrace
Fremont, CA 94539-2508

Chiu-Mei Chen
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Christopher D. Lee
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Christopher Deryen Lee
15997 Grandview Avenue
Monte Sereno, CA 95030-3117

Cox Castle & Nicholson LLP
Attn: Charles E. Noneman
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007

ELSV LLC
c/o Joseph E Dworak Esq
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113-2226

ELSV, LLC
c/o Laura Palazzolo Berliner Cohen LLP
10 Almaden Blvd., 11th Floor
San Jose, CA 95113-2226

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Faith Hope International Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2952

Frank Lee
c/o David S Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

George Eschoo
702 Marshall Street, #500
Redwood City, CA 94063-1826

Good Special International Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Great Vista Real Estate Investment Corp.
126 Atherton Ave.
Atherton, CA 94027-4021

Great Vista Real Estate Investment Corp.
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

HCL 2011 LLC
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

HT 2011 REO Management LLC
1181 Spring Hill Way
San Jose, CA 95120-4238

HT 2011 REO Management LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Heusing Holdings LLC
1127 Ebbtide Road
Corona Del Mar, CA 92625-1402

Huesing Holdings LLC
8 Aristotle
Irvine, CA 92603-3619

Attorneys for Heusing Holdings LLC
Lei Lei Wang Ekvall,
Kyra E. Andrassy
SMILEY WANG-EKVALL, LLP

Hopkins & Carley, ALC
Breck E. Milde, Esq.
70 S. First Street
San Jose, CA 95113-2406

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 7346
Philadelphia, PA 19101-7346

Isabel Liu
2416 Monet Terrace
Fremont, CA 94539-2508

JD Brothers LLC
530 Showers Drive, Suite 7-315
Mountain View, CA 94040-4740

JD Brothers LLC
c/o C. Alex Naegele, Esq.
95 South Market St., Ste. 300
San Jose, CA 95113-2350

Jean Hung
156 Bay View Drive
San Carlos, CA 94070-1649

Jean Hung
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Jeffrey A Tisdale
Tisdale & Nicholson, LLP
2029 Century Park East, Suite 900
Los Angeles CA 90067-2910

Law Offices of Steven D. Hoffman
563 South Murphy Avenue
Sunnyvale, CA 94086-6117

Los Angeles County Treasurer and
Tax Collector
PO Box 54110
Los Angeles, CA 90054-0110

Latham & Watkins LLP
Mitchell Seider and Marc Zelina
885 Third Avenue
New York, NY 10022-4874

Lee Walgreens 2013 LLC
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Lee Walgreens 2013 LLC
2880 Lakeside Drive, Suite 112
Santa Clara, CA 95054

Lucy Gao
3218 E Holt Avenue
West Covina, CA 91791-2310

Lucy Gao
c/o Costell & Cornelius Law Corp
1299 Ocean Avenue, Suite 450
Santa Monica, CA 90401-1050

Maxwell Real Estate Investment, LLC
Chunbo Zhang aka George Zhang
  Chenhan Wu aka Hugo Wu
c/o Law Offices of Stephen E. Ensberg
1609 W. Garvey Ave. North
West Covina, CA 91790-2141

Nixon Peabody LLP
c/o French Lyon Tang
1990 N. California Blvd., Suite 300
Walnut Creek, CA 94596-3788

Minyu Jessica Chang
3832 Sequoia Creek Court
San Jose CA 95121-3205

Northern Ca. Mtg. Fund VII LLC
101 Lucas Valley Rd.
San Rafael, CA 94903-1791

Minyu Jessica Chang
803 Pilgram Loop
Fremont, CA 94539-6289

PA One LLC
Good Special International Ltd
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

PA One LLC
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Pioneer Gen Eng Contractors Inc.
c/o Robert T. Bryson Esq
10100 Santa Monica Blvd., 12th Floor
Los Angeles, CA 90067-4003

Remy Associates Inc.
126 Atherton Ave
Atherton, CA 94027-4021

Remy Associates Inc.
677 Washington Blvd.
Stamford, CT 06901-3707

Richbest Holding LLC
803 Pilgram Loop
Fremont, CA 94539-6289

Richbest Holding LLC
c/o Minya Jessica Chang
3832 Sequoia Creek Court
San Jose CA 95121-3205

Richbest Holding LLC
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Santa Clara Tax Collector
70 W Hedding  St.
San Jose, CA 95110-1767

(p)U.S. Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, 9th Floor
Los Angeles CA 90071-2934

Shanghai Commercial Bank Ltd.
383 E Valley Blvd.
Alhambra, CA 91801-5135

Smart Gear Development Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

The Espada Dynasty, LLC
aka Remy Associates Inc.
677 Washington Blvd.
Stamford, CT 06901

Dynasty, LLC aka Remy Associates Inc.
c/o Sara Chenetz; Amir Gamliel
Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Tsai Luan Ho aka Shelby Ho
c/o James Andrew Hinds Jr.
21257 Hawthorne Blvd., 2nd Floor
Torrance CA 90503-5501

The Lee Living Trust dated 6/23/1987
15997 Grandview Avenue
Monte Sereno, CA 95030-3117

Union Square 117 Project LLC
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

The Lee Living Trust
c/o David S. Henshaw
1871 The Alameda, Suite 333
San Jose, CA 95126

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wan-Ting Liu
2416 Monet Terrace
Fremont, CA 94539-2508

Wan-Ting Liu
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Washe LLC
702 Marshall Street, #500
Redwood City, CA 94063-1826

Washe LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
 Los Angeles, CA 90071

Wei Huang Indiv & as Trustee
c/o C Alex Naegele Esq.
95 S. Market Street, Suite 300
San Jose, CA 95113-2350

Wen-Che Liu
2416 Monet Terrace
Fremont, CA 94539-2508

Wen-Che Liu
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Wynne Partners Development
927 Deep Valley Drive, Suite 100
Rolling Hills Estates, CA 90274-3839

Wynne Partners Development
c/o Brenda K. Radmacher, Esq.
Wood, Smith, Henning & Berman, LLP
505 N. Brand Blvd., Suite 1100
Glendale, CA 91203-3928

YCJS 2012 LLC
c/o David S. Henshaw Esq
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

YCJS 2012 LLC
c/o Yuchi Wang
13566 Toni Ann Place
Saratoga, CA 95070-4852

Yu-Fang Liu Chen
2416 Monet Terrace
Fremont, CA 94539-2508

Yu-Gang Lieu Chen
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Alfred E Valladares
10246 Newville Avenue
Downey, CA 90241-3037

Benjamin Kirk
2648 E. Workman Ave., #3001-263
West Covina, CA 91791-1604

Attorney for Benjamin Kirk Derrick Talerico
Zolkin Talerico LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025-1164

David Trinh
Trinh Law
99 N. 1st Street, Ste. 200
San Jose, CA 95113-1203

David B Golubchik
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067-6253

David W. Meadows
Law Offices David W. Meadows
1801 Century Park East, Ste. 1235
Los Angeles, CA 90067-2314

Eve H Karasik
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

Frank Lee
c/o Henshaw Law Office
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Jeffrey S. Kwong
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

John-Patrick M Fritz
Levene Neale Bender Yoo et al.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

Sandford L. Frey
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Ave., Suite 210
Pasadena, CA 91101-2419

Shelby Ho a/k/a Tsai Luan Ho
126 Atherton Avenue
Atherton, CA 94027-4021

Scott Whitman
Scott L. Whitman, Inc.
5670 Wilshire Blvd., Ste. 2170
Los Angeles, CA 90036-5663

Coldwell Banker / Keller Wms, etc.
Lawrence R. Perkins
c/o Levene Neale Bender Yoo & Brill LLP
Attn:  David B Golubchik
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067-6253

1  Gail S. Greenwood (CA Bar No. 169939)
   Erin Gray (CA Bar No. 157658)
2  PACHULSKI STANG ZIEHL & JONES LLP
   10100 Santa Monica Blvd., 13th Floor
3  Los Angeles, California  90067-4100
   Telephone: 310/277-6910
4  Facsimile:  310/201-0760
   Email: ggreenwood@pszjlaw.com
5         egray@pszjlaw.com

6
   Attorneys for Bradley D. Sharp, Plan Administrator under
7  the Confirmed First Amended Chapter 11 Plan of
   Liquidation Dated January 31, 2018 for Liberty Asset
8  Management Corporation

9
               UNITED STATES BANKRUPTCY COURT
10
                CENTRAL DISTRICT OF CALIFORNIA
11
                    LOS ANGELES DIVISION
12

13 In re:                            Case No.: 2:16-bk-13575-ER

14 LIBERTY ASSET MANAGEMENT           Chapter 11
   CORPORATION,
15                                    AMENDED PROOF OF SERVICE OF:
          Liquidating Debtor.
16                                    (1) PLAN ADMINISTRATOR'S MOTION
                                      FOR ENTRY OF A FINAL DECREE AND
17                                    ORDER CLOSING CHAPTER 11 CASE;
                                      MEMORANDUM OF POINTS &
18                                    AUTHORITIES IN SUPPORT THEREOF

19                                    (2) DECLARATION OF BRADLEY D.
                                      SHARP IN SUPPORT OF MOTION FOR
20                                    ENTRY OF A FINAL DECREE AND
                                      ORDER CLOSING THE CASE
21

22

23

24

25

26

27

28

PACHULSKI STANG ZIEHL & JONES LLP
ATTORNEYS AT LAW
LOS ANGELES, CALIFORNIA

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California 90067**

A true and correct copy of:

> **1. *PLAN ADMINISTRATOR'S MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE; MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT THEREOF; and***
>
> **2. *DECLARATION OF BRADLEY D. SHARP IN SUPPORT OF MOTION FOR ENTRY OF A FINAL DECREE AND ORDER CLOSING THE CASE***

were served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **December 12, 2022**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **December 12, 2022**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **December 12, 2022**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| December 12, 2022 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346454.1

**F 9013-3.1.PROOF.SERVICE**

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Robert S Altagen    robertaltagen@altagenlaw.com*
- *Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *John H Choi    info@jcbklaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com*
- *Alexandre I Cornelius    aicornelius@costell-law.com, alex.cornelius100@gmail.com;cohanghadosh@thecalaw.com;officemgr@thecalaw.com*
- *Jeffrey Lee Costell    jlcostell@costell-law.com, smaghareh@costell-law.com;hyoungblood@costell-law.com;ladelson@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com*
- *William Crockett - SUSPENDED -    wec@weclaw.com, ksa@weclaw.com*
- *Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com*
- *Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Julie A Esposito    cesarjuliem@yahoo.com, sensberg@aol.com*
- *Oscar Estrada    oestrada@ttc.lacounty.gov*
- *Sandford L. Frey    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com*
- *John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Cynthia Futter    cfutter@futterwells.com*
- *Barry S Glaser    bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com*
- *David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com*
- *Erin E Gray    egray@pszjlaw.com*
- *Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
- *Irving M Gross    img@lnbyb.com, john@lnbyb.com*
- *David S Henshaw    david@henshawlaw.com, info@henshawlaw.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com*
- *Eve H. Karasik    ehk@lnbyb.com*
- *Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
- *Linda Kim    lkim@t-nlaw.com, lkim@t-nlaw.com*
- *Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com*
- *Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com*
- *Robert S Lawrence    rlawrence@callahan-law.com, mwalters@callahan-law.com*
- *Mitchell B Ludwig    mbl@kpclegal.com, kad@kpclegal.com*
- *Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Charles Alex Naegele    alex@canlawcorp.com, alexcr74753@notify.bestcase.com*
- *Victoria Newmark    vnewmark@pszjlaw.com*
- *Laura Palazzolo    laura.palazzolo@berliner.com, sabina.hall@berliner.com*
- *Kimberly A Posin    kim.posin@lw.com*
- *Uzzi O Raanan    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Mark Romeo    romeolaw@msn.com*
- *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com*
- *Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com*
- *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Rachel M Sposato    rmsposato@mintz.com, mduran@hindslawgroup.com*
- *Michael Stein    mdstein91104@gmail.com*
- *Ralph J Swanson    , sabina.hall@berliner.com*
- *Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com;sfritz@ztlegal.com*
- *Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

DOCS_LA:346454.1

- *David A Trinh     dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
- *United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov*
- *Stephen R Wade     srw@srwadelaw.com, reception@srwadelaw.com*
- *Scott L Whitman     slw@mwlegal.com, holly@mwlegal.com*
- *Douglas Wolfe     asm@asmcapital.com*
- *James S Yan     jsyan@msn.com*
- *Hatty K Yip     hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the foregoing document entitled (*specify*): ***DECLARATION THAT NO PARTY REQUESTED A HEARING ON MOTION [LBR 9013-1(o)(3)]*** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **January 4, 2023**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) **January 4, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **January 4, 2023**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**VIA OVERNIGHT DELIVERY**
Honorable Ernest M. Robles
United States Bankruptcy Court
Central District of California
255 E. Temple Street, Suite 1560
Los Angeles, CA 90012

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 4, 2023 | Myra Kulick | /s/ Myra Kulick |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

- *Robert S Altagen    robertaltagen@altagenlaw.com*
- *Kyra E Andrassy    kandrassy@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *John H Choi    info@jcbklaw.com, christinewong@kpcylaw.com;aleeshim@kpcylaw.com*
- *Alexandre I Cornelius    aicornelius@costell-law.com, alex.cornelius100@gmail.com;cohanghadosh@thecalaw.com;officemgr@thecalaw.com*
- *Jeffrey Lee Costell    jlcostell@costell-law.com, smaghareh@costell-law.com;hyoungblood@costell-law.com;ladelson@costell-law.com;smcduffie@costell-law.com;jstambaugh@costell-law.com*
- *William Crockett - SUSPENDED -    wec@weclaw.com, ksa@weclaw.com*
- *Raphael Cung    rcung@callahan-law.com, jeggleston@callahan-law.com;deisenbrey@callahan-law.com;mmartinez@callahan-law.com*
- *Lei Lei Wang Ekvall - DECEASED -    lekvall@swelawfirm.com, lgarrett@swelawfirm.com;gcruz@swelawfirm.com;jchung@swelawfirm.com*
- *Julie A Esposito    cesarjuliem@yahoo.com, sensberg@aol.com*
- *Oscar Estrada    oestrada@ttc.lacounty.gov*
- *Sandford L. Frey    sfrey@leechtishman.com, lmoya@leechtishman.com;dmulvaney@leechtishman.com;rsokol@leechtishman.com;kgutierrez@leechtishman.com;NArango@LeechTishman.com*
- *John-Patrick M Fritz    jpf@lnbyg.com, JPF.LNBYB@ecf.inforuptcy.com*
- *Cynthia Futter    cfutter@futterwells.com*
- *Barry S Glaser    bglaser@salvatoboufadel.com, gsalvato@salvatoboufadel.com;Jboufadel@salvatoboufadel.com;gsalvato@ecf.courtdrive.com*
- *David B Golubchik    dbg@lnbyg.com, stephanie@lnbyb.com*
- *Erin E Gray    egray@pszjlaw.com*
- *Gail S Greenwood    ggreenwood@pszjlaw.com, rrosales@pszjlaw.com*
- *Irving M Gross    img@lnbyb.com, john@lnbyb.com*
- *David S Henshaw    david@henshawlaw.com, info@henshawlaw.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com, mduran@hindslawgroup.com*
- *James Andrew Hinds    jhinds@hindslawgroup.com;mduran@hindslawgroup.com, mduran@hindslawgroup.com*
- *Eve H. Karasik    ehk@lnbyb.com*
- *Kelly M Kaufmann    bknotice@mccarthyholthus.com, kraftery@ecf.courtdrive.com*
- *Linda Kim    lkim@t-nlaw.com, lkim@t-nlaw.com*
- *Jeffrey S Kwong    jsk@lnbyg.com, jsk@ecf.inforuptcy.com*
- *Ian Landsberg    ilandsberg@sklarkirsh.com, lskaist@sklarkirsh.com;yalarcon@sklarkirsh.com;mmadden@sklarkirsh.com;ilandsberg@ecf.inforuptcy.com;kfrazier@sklarkirsh.com;mduran@sklarkirsh.com*
- *Robert S Lawrence    rlawrence@callahan-law.com, mwalters@callahan-law.com*
- *Mitchell B Ludwig    mbl@kpclegal.com, kad@kpclegal.com*
- *Patricia H Lyon    phlyon@frenchlyontang.com, mwoodward@frenchlyontang.com*
- *Daniel J McCarthy    dmccarthy@hillfarrer.com, spadilla@hillfarrer.com;nchacon@hfbllp.com*
- *David W. Meadows    david@davidwmeadowslaw.com*
- *Charles Alex Naegele    alex@canlawcorp.com, alexcr74753@notify.bestcase.com*
- *Victoria Newmark    vnewmark@pszjlaw.com*
- *Laura Palazzolo    laura.palazzolo@berliner.com, sabina.hall@berliner.com*
- *Kimberly A Posin    kim.posin@lw.com*
- *Uzzi O Raanan    uraanan@DanningGill.com, DanningGill@gmail.com;uraanan@ecf.inforuptcy.com*
- *Jeremy V Richards    jrichards@pszjlaw.com, bdassa@pszjlaw.com;imorris@pszjlaw.com*
- *Mark Romeo    romeolaw@msn.com*
- *Robert M Saunders    rsaunders@pszjlaw.com, rsaunders@pszjlaw.com*
- *Paul R Shankman    PShankman@fortislaw.com, info@fortislaw.com*
- *Timothy J Silverman    tsilverman@scheerlawgroup.com, tsilverman1@ecf.courtdrive.com*
- *Lindsey L Smith    lls@lnbyb.com, lls@ecf.inforuptcy.com*
- *Rachel M Sposato    rmsposato@mintz.com, mduran@hindslawgroup.com*
- *Michael Stein    mdstein91104@gmail.com*
- *Ralph J Swanson    , sabina.hall@berliner.com*
- *Derrick Talerico    dtalerico@ztlegal.com, maraki@ztlegal.com,sfritz@ztlegal.com*
- *Mary Ellmann Tang    mtang@frenchlyontang.com, nfears@frenchlyontang.com*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

- *David A Trinh    dtrinh@trinhlawfirm.com, kim@trinhlawfirm.com*
- *United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov*
- *Stephen R Wade    srw@srwadelaw.com, reception@srwadelaw.com*
- *Scott L Whitman    slw@mwlegal.com, holly@mwlegal.com*
- *Douglas Wolfe    asm@asmcapital.com*
- *James S Yan    jsyan@msn.com*
- *Hatty K Yip    hatty.yip@usdoj.gov, hatty.k.yip@usdoj.gov*

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**