Gail S. Greenwood (CA Bar No. 169939)
Erin Gray (CA Bar No. 157658)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4100
Telephone: 310/277-6910
Facsimile: 310/201-0760
Email: ggreenwood@pszjlaw.com
       egray@pszjlaw.com

Attorneys for Bradley D. Sharp, Plan Administrator under
the Confirmed First Amended Chapter 11 Plan of
Liquidation Dated January 31, 2018 for Liberty Asset
Management Corporation

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>LIBERTY ASSET MANAGEMENT CORPORATION,<br><br>Liquidating Debtor. | Case No.: 2:16-bk-13575-ER<br><br>Chapter 11<br><br>**PROOF OF SERVICE OF:**<br><br>**FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE PURSUANT TO SECTION 350(A) OF THE BANKRUPTCY CODE** |

# AMENDED PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**10100 Santa Monica Boulevard, 13th Floor, Los Angeles, California  90067**

A true and correct copy of the ***FINAL DECREE AND ORDER CLOSING THE CHAPTER 11 CASE PURSUANT TO SECTION 350(A) OF THE BANKRUPTCY CODE*** was served in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2**. **SERVED BY UNITED STATES MAIL**:
On (*date*) **January 13, 2023**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3**. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| January 17, 2023 | Myra Kulick | */s/ Myra Kulick* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*
DOCS_LA:346454.1

**F 9013-3.1.PROOF.SERVICE**

**USBC CDCA**
**Case Number 2:16-bk-13575-ER**

ASM Capital V, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM SPV, L.P.
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P.
(Claim 25-1 transferred by Wan-Ting Liu)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. Claim 27-1
transferred by Yu-Fang Liu Chen)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. (Claim 28-1
transferred by Wen-Che Liu)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

ASM Capital V, L.P. (Claim 29-1
transferred by Chiu-Mei Chen)
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797-1705

Crystal Waterfalls LLC
1211 E. Garvey Street
Covina, CA 91724-3666

Attorneys for Crystal Waterfalls LLC
c/o Ian S. Landsberg; Casey Z. Donoyan
Landsberg Law, APC
9300 Wilshire Blvd., Suite 565
Beverly Hills, California 90212

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 95812-2952

Franchise Tax Board Bankruptcy
Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

L.A. County Tax Collector
Bankruptcy Unit
P.O. Box 54110
Los Angeles, CA 90054-0110

Levene, Neale, Bender, Yoo &
 Brill L.L.P.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067

Liberty Asset Management Corporation
2648 E. Workman Avenue, #3001-263
West Covina, CA 91791-1604

Los Angeles City Clerk
P.O. Box 53200
Los Angeles, CA 90053-0200

LA County Treasurer & Tax Collector
Steckbauer, Weinhart, LLP
c/o Barry S. Glaser
333 South Hope Street, Ste. 3600
Los Angeles, CA 90071-3045

Maxwell Real Estate Investment, LLC et al.
c/o Law Offices of Stephen E. Ensberg
1609 W. Garvey Ave. North
West Covina, CA 91790-2141

Northern CA Mortgage Fund VII, LLC
101 Lucas Valley Road
San Rafael, CA 94903-1700

SLBiggs
10960 Wilshire Blvd., 7th Floor
Los Angeles, CA 90024-3710

Securities & Exchange Commission
444 South Flower St., Suite 900
Los Angeles, CA 90071-2934

Shanghai Commercial Bank
5670 Wilshire Blvd., Ste. 2170
Los Angeles, CA 90036-5663

TT Investment Los Angeles Fund I, LLC
c/o Cynthia Futter
Futter-Wells, PC
2463 Ashland Avenue
Santa Monica, CA 90405-6031

U.S. Bank National Association, as Trustee
c/o McCarthy & Holthus LLP
1770 Fourth Avenue
San Diego, CA 92101-2607

Los Angeles Division
255 East Temple Street
Los Angeles, CA 90012-3332

AHA 2012 LLC
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

AHA 2012 LLC
c/o Olivia Chang
949 Brookgrove Lane
Cupertino, CA 95014-4667

AMF Bowling Centers, Inc.
Mark Hatcher, VP of Real Estate
1020 S. Baldwin Avenue
Arcadia, CA 91007-7234

Alhambra Park LLC
1744 Coach Place
Hacienda Heights, CA 91745-3763

Bank Sino Pac
355 S Grand Ave,
Los Angeles, CA 90071-1560

Blue Sky Communications
17800 Castleton Street #210
Rowland Heights, CA 91748-6743

Brooker Parker LLC
20651 Golden Springs St., #334
Diamond Bar, CA 91789-3866

Brooker Parker LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Raphael Cung
Callahan & Blaine APLC
3 Hutton Centre Drive, 9th Floor
Santa Ana, CA 92707-8722

Chin-I Tu
126 Atherton Avenue
Atherton, CA 94027-4021

Chin-I Tu
c/o Sara Chenetz & Amir Gamliel
 Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Chiu-Mei Chen
2416 Monet Terrace
Fremont, CA 94539-2508

Chiu-Mei Chen
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Christopher D. Lee
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Christopher Deryen Lee
15997 Grandview Avenue
Monte Sereno, CA 95030-3117

Cox Castle & Nicholson LLP
Attn: Charles E. Noneman
2029 Century Park East, Suite 2100
Los Angeles, CA 90067-3007

ELSV LLC
c/o Joseph E Dworak Esq
Ten Almaden Blvd., 11th Floor
San Jose, CA 95113-2226

ELSV, LLC
c/o Laura Palazzolo Berliner Cohen LLP
10 Almaden Blvd., 11th Floor
San Jose, CA 95113-2226

Franchise Tax Board
Bankruptcy Section MS A340
PO Box 2952
Sacramento CA 95812-2952

Faith Hope International Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Franchise Tax Board
Special Procedures
POB 2952
Sacramento, CA 95812-2952

Frank Lee
c/o David S Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

George Eschoo
702 Marshall Street, #500
Redwood City, CA 94063-1826

Good Special International Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

Great Vista Real Estate Investment Corp.
126 Atherton Ave.
Atherton, CA 94027-4021

Great Vista Real Estate Investment Corp.
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

HCL 2011 LLC
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

HT 2011 REO Management LLC
1181 Spring Hill Way
San Jose, CA 95120-4238

HT 2011 REO Management LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Heusing Holdings LLC
1127 Ebbtide Road
Corona Del Mar, CA 92625-1402

| | | |
|---|---|---|
| Huesing Holdings LLC<br>8 Aristotle<br>Irvine, CA 92603-3619 | Attorneys for Heusing Holdings LLC<br>Lei Lei Wang Ekvall,<br>Kyra E. Andrassy<br>SMILEY WANG-EKVALL, LLP | Hopkins & Carley, ALC<br>Breck E. Milde, Esq.<br>70 S. First Street<br>San Jose, CA 95113-2406 |
| Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Isabel Liu<br>2416 Monet Terrace<br>Fremont, CA 94539-2508 | JD Brothers LLC<br>530 Showers Drive, Suite 7-315<br>Mountain View, CA 94040-4740 |
| JD Brothers LLC<br>c/o C. Alex Naegele, Esq.<br>95 South Market St., Ste. 300<br>San Jose, CA 95113-2350 | Jean Hung<br>156 Bay View Drive<br>San Carlos, CA 94070-1649 | Jean Hung<br>c/o Daniel J. McCarthy<br>300 S. Grand Ave., 37th Floor<br>Los Angeles, CA 90071 |
| Jeffrey A Tisdale<br>Tisdale & Nicholson, LLP<br>2029 Century Park East, Suite 900<br>Los Angeles CA 90067-2910 | Law Offices of Steven D. Hoffman<br>563 South Murphy Avenue<br>Sunnyvale, CA 94086-6117 | Los Angeles County Treasurer and<br>Tax Collector<br>PO Box 54110<br>Los Angeles, CA 90054-0110 |
| Latham & Watkins LLP<br>Mitchell Seider and Marc Zelina<br>885 Third Avenue<br>New York, NY 10022-4874 | Lee Walgreens 2013 LLC<br>c/o James S. Yan, Esq.<br>980 S. Arroyo Parkway, Suite 250<br>Pasadena, CA 91105-3218 | Lee Walgreens 2013 LLC<br>2880 Lakeside Drive, Suite 112<br>Santa Clara, CA 95054 |
| Lucy Gao<br>3218 E Holt Avenue<br>West Covina, CA 91791-2310 | Lucy Gao<br>c/o Costell & Cornelius Law Corp<br>1299 Ocean Avenue, Suite 450<br>Santa Monica, CA 90401-1050 | Maxwell Real Estate Investment, LLC<br>Chunbo Zhang aka George Zhang<br>Chenhan Wu aka Hugo Wu<br>c/o Law Offices of Stephen E. Ensberg<br>1609 W. Garvey Ave. North<br>West Covina, CA 91790-2141 |
| Nixon Peabody LLP<br>c/o French Lyon Tang<br>1990 N. California Blvd., Suite 300<br>Walnut Creek, CA 94596-3788 | Minyu Jessica Chang<br>3832 Sequoia Creek Court<br>San Jose CA 95121-3205 | Northern Ca. Mtg. Fund VII LLC<br>101 Lucas Valley Rd.<br>San Rafael, CA 94903-1791 |
| Minyu Jessica Chang<br>803 Pilgram Loop<br>Fremont, CA 94539-6289 | PA One LLC<br>Good Special International Ltd<br>c/o James S. Yan, Esq.<br>980 S. Arroyo Parkway, Suite 250<br>Pasadena, CA 91105-3218 | PA One LLC<br>c/o James S. Yan, Esq.<br>980 S. Arroyo Parkway, Suite 250<br>Pasadena, CA 91105-3218 |
| Pioneer Gen Eng Contractors Inc.<br>c/o Robert T. Bryson Esq<br>10100 Santa Monica Blvd., 12th Floor<br>Los Angeles, CA 90067-4003 | Remy Associates Inc.<br>126 Atherton Ave<br>Atherton, CA 94027-4021 | Remy Associates Inc.<br>677 Washington Blvd.<br>Stamford, CT 06901-3707 |

Richbest Holding LLC
803 Pilgram Loop
Fremont, CA 94539-6289

Richbest Holding LLC
c/o Minya Jessica Chang
3832 Sequoia Creek Court
San Jose CA 95121-3205

Richbest Holding LLC
c/o David S. Henshaw Esq.
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Santa Clara Tax Collector
70 W Hedding St.
San Jose, CA 95110-1767

(p)U.S. Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, 9th Floor
Los Angeles CA 90071-2934

Shanghai Commercial Bank Ltd.
383 E Valley Blvd.
Alhambra, CA 91801-5135

Smart Gear Development Ltd.
c/o James S. Yan, Esq.
980 S. Arroyo Parkway, Suite 250
Pasadena, CA 91105-3218

The Espada Dynasty, LLC
aka Remy Associates Inc.
677 Washington Blvd.
Stamford, CT 06901

Dynasty, LLC aka Remy Associates Inc.
c/o Sara Chenetz; Amir Gamliel
Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Tsai Luan Ho aka Shelby Ho
c/o James Andrew Hinds Jr.
21257 Hawthorne Blvd., 2nd Floor
Torrance CA 90503-5501

The Lee Living Trust dated 6/23/1987
15997 Grandview Avenue
Monte Sereno, CA 95030-3117

Union Square 117 Project LLC
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500

The Lee Living Trust
c/o David S. Henshaw
1871 The Alameda, Suite 333
San Jose, CA 95126

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wan-Ting Liu
2416 Monet Terrace
Fremont, CA 94539-2508

Wan-Ting Liu
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Washe LLC
702 Marshall Street, #500
Redwood City, CA 94063-1826

Washe LLC
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Wei Huang Indiv & as Trustee
c/o C Alex Naegele Esq.
95 S. Market Street, Suite 300
San Jose, CA 95113-2350

Wen-Che Liu
2416 Monet Terrace
Fremont, CA 94539-2508

Wen-Che Liu
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Wynne Partners Development
927 Deep Valley Drive, Suite 100
Rolling Hills Estates, CA 90274-3839

Wynne Partners Development
c/o Brenda K. Radmacher, Esq.
Wood, Smith, Henning & Berman, LLP
505 N. Brand Blvd., Suite 1100
Glendale, CA 91203-3928

YCJS 2012 LLC
c/o David S. Henshaw Esq
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

YCJS 2012 LLC
c/o Yuchi Wang
13566 Toni Ann Place
Saratoga, CA 95070-4852

Yu-Fang Liu Chen
2416 Monet Terrace
Fremont, CA 94539-2508

Yu-Gang Lieu Chen
c/o Daniel J. McCarthy
300 S. Grand Ave., 37th Floor
Los Angeles, CA 90071

Alfred E Valladares
10246 Newville Avenue
Downey, CA 90241-3037

Benjamin Kirk
2648 E. Workman Ave., #3001-263
West Covina, CA 91791-1604

Attorney for Benjamin Kirk Derrick Talerico
Zolkin Talerico LLP
12121 Wilshire Blvd., Suite 1120
Los Angeles, CA 90025-1164

David Trinh
Trinh Law
99 N. 1st Street, Ste. 200
San Jose, CA 95113-1203

David B Golubchik
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067-6253

David W. Meadows
Law Offices David W. Meadows
1801 Century Park East, Ste. 1235
Los Angeles, CA 90067-2314

Eve H Karasik
Levene, Neale, Bender, Yoo & Brill L.L.P
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

Frank Lee
c/o Henshaw Law Office
1871 The Alameda, Suite 333
San Jose, CA 95126-1746

Jeffrey S. Kwong
Levene Neale Bender Yoo & Brill LLP
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

John-Patrick M Fritz
Levene Neale Bender Yoo et al.
10250 Constellation Blvd., Ste. 1700
Los Angeles, CA 90067-6253

Sandford L. Frey
Leech Tishman Fuscaldo & Lampl, Inc.
200 South Los Robles Ave., Suite 210
Pasadena, CA 91101-2419

Shelby Ho a/k/a Tsai Luan Ho
126 Atherton Avenue
Atherton, CA 94027-4021

Scott Whitman
Scott L. Whitman, Inc.
5670 Wilshire Blvd., Ste. 2170
Los Angeles, CA 90036-5663

Coldwell Banker / Keller Wms, etc.
Lawrence R. Perkins
c/o Levene Neale Bender Yoo & Brill LLP
Attn:  David B Golubchik
10250 Constellation Blvd., Ste 1700
Los Angeles, CA 90067-6253